PAGES 1 - 14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JOSEPH C. SPERO

UNITED STATES OF AMERICA, PLAINTIFF,

VS.

NAUM MORGOVSKY, DEFENDANT.

NO. 3-16-MJ-71094 MAG

SAN FRANCISCO, CALIFORNIA
TUESDAY
AUGUST 30, 2016

**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND RECORDING 10:04 - 10:18 A.M.**

**APPEARANCES:**

**FOR PLAINTIFF**
UNITED STATES ATTORNEY
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
**BY: JOHN HEMANN**
**ASSISTANT UNITED STATES ATTORNEY**

**FOR DEFENDANT**
LAW OFFICE OF WILLIAM L. OSTERHOUDT
135 BELVEDERE STREET
SAN FRANCISCO, CALIFORNIA 94117
**BY: WILLIAM L. OSTERHOUDT, ESQUIRE**

***TRANSCRIBED BY: JOAN MARIE COLUMBINI, CSR #5435, RPR***
***RETIRED OFFICIAL COURT REPORTER, USDC***

TUESDAY, AUGUST 30, 2016 10:04 A.M.

(TRANSCRIBER'S NOTE: DUE AT TIMES TO COUNSEL'S FAILURE TO IDENTIFY THEMSELVES WHEN SPEAKING, CERTAIN SPEAKER ATTRIBUTIONS ARE BASED ON EDUCATED GUESS.)

PROCEEDINGS

---OOO---

**THE CLERK:** CALLING 3-16-MJ-71094, USA VERSUS NAUM MORGOVSKY.

**MR. HEMANN:** GOOD MORNING, YOUR HONOR. JOHN HEMANN FOR THE UNITED STATES.

**THE COURT:** MR. HEMANN.

**MR. OSTERHOUDT:** WILLIAM OSTERHOUDT FOR MR. MORGOVSKY. HE'S PRESENT IN CUSTODY, YOUR HONOR.

**THE COURT:** IS THERE A MOTION BY THE UNITED STATES?

**MR. HEMANN:** TO UNSEAL, YES, YOUR HONOR.

**THE COURT:** GRANTED.

WELCOME, SIR.

**THE DEFENDANT:** GOOD MORNING.

**THE COURT:** GOOD MORNING. OKAY. SO I GAVE COUNSEL --

**MR. OSTERHOUDT:** YES. WILLIAM OSTERHOUDT APPEARING GENERALLY FOR MR. MORGOVSKY.

**THE COURT:** EXCELLENT. SO WE'RE ON FOR A BAIL HEARING?

**THE DEFENDANT:** YES.

**MR. HEMANN:** YOUR HONOR, THE PARTIES HAVE HAD A CHANCE TO LOOK AT PRETRIAL'S RECOMMENDATION, AND THE GOVERNMENT BELIEVES THAT THE CONDITIONS SUGGESTED BY PRETRIAL -- AND I THINK AS SOMEWHAT SUPPLEMENTED BY THE PARTIES IN THE DRAFT, OR THE PROPOSED BAIL FORM, WOULD ADEQUATELY ENSURE MR. MORGOVSKY'S APPEARANCE IN FUTURE COURT PROCEEDINGS.

**THE COURT:** AND REASONABLY ASSURE THE SAFETY OF THE COMMUNITY, I ASSUME?

**MR. HEMANN:** AND WOULD REASONABLY ASSURE THE SAFETY OF THE COMMUNITY.

**THE COURT:** EXCELLENT.

**MR. HEMANN:** THE GOVERNMENT'S POSITION IS MR. MORGOVSKY IS NOT A DANGER TO THE COMMUNITY.

**THE COURT:** RIGHT. EXCELLENT.

**MR. OSTERHOUDT:** MY ONLY RESERVATION -- AND I AGREE WITH WHAT COUNSEL SAID -- IS I THINK THE MILLION DOLLAR RECOMMENDATION, RESPECTFULLY, IS A LITTLE HIGH, GIVEN THE NATURE OF THE CASE AND THE NATURE OF THE CLIENT.

NOW MR. VAYN IS PREPARED TO POST BOND, AND HE HAS VERY SUBSTANTIAL EQUITY IN HIS HOME IN HILLSBOROUGH. HE'S HERE TODAY. AND HE -- BUT I FEEL -- HE MAY HAVE $3 MILLION-PLUS EQUITY, BUT I DON'T KNOW THAT WE NEED TO USE A MILLION OF IT FOR MR. MORGOVSKY, IF IT'S NECESSARY.

I RAISED THAT WITH MR. HEMANN. I THINK IT SEEMED EXCESSIVE. BUT MR. VAYN IS HERE TO POST THE BOND.

**THE COURT:** CORRECT. WHAT'S YOUR VIEW?

**MR. HEMANN:** MY VIEW IS THAT IT'S NOT EXCESSIVE FOR TWO REASONS.

FIRST OF ALL, I THINK THAT MR. MORGOVSKY FOR THE REASONS SET FORTH BY PRETRIAL AND THE REASONS SET FORTH IN THE GOVERNMENT'S PROFFER LAST WEEK IS A SIGNIFICANT FLIGHT RISK.

I THINK PRETRIAL IDENTIFIES SOME UNUSUAL FACTORS WITH REGARD TO MR. MORGOVSKY'S FINANCIAL SITUATIONS -- FINANCIAL SITUATION. THERE ARE SIGNIFICANT CONNECTIONS TO RUSSIA, SIGNIFICANT TRAVEL AND THE USE OF -- REPEATED USE OF OTHER IDENTITIES, ALL WHICH SUGGEST THAT HE IS A STRONG CANDIDATE TO FLEE. THAT'S THE FIRST REASON.

THE SECOND REASON IS THAT MR. MORGOVSKY'S STEPSON HAS A RESIDENCE AND HAS WHAT LOOKS TO BE $3 MILLION WORTH OF EQUITY IN IT. GIVEN THAT ENORMOUS AMOUNT OF THE ASSET, THE SECURITY SHOULD BE MEANINGFUL TO THE SURETY. AND A MILLION DOLLARS TO MR. MORGOVSKY'S SON -- OR STEPSON APPEARS TO BE A MEANINGFUL AMOUNT THAT WILL ENSURE MR. MORGOVSKY'S PRESENCE.

FRANKLY, $250,000 FOR A MATTER, SOMETHING AROUND THAT LEVEL THAT MR. OSTERHOUDT HAS SUGGESTED, ISN'T, IN THE GOVERNMENT'S VIEW, MEANINGFUL ENOUGH TO INCENTIVIZE MR. MORGOVSKY'S STEPSON TO ENSURE MR. MORGOVSKY'S APPEARANCE.

**THE COURT:** OKAY. I THINK WE'LL STICK WITH THE MILLION DOLLARS.

SO IS MR. -- HOLD ON. I'M SORRY. I'VE LOST HIS

NAME.

**MR. OSTERHOUDT:** VAYN.

**THE COURT:** MR. VAYN. IS MR. VAYN'S WIFE HERE?

**MR. OSTERHOUDT:** HIS WIFE IS NOT HERE.

**THE COURT:** SO SHE'S ALSO ON TITLE, THOUGH, RIGHT?

**MR. OSTERHOUDT:** YES.

**THE COURT:** OKAY. SO SHE'LL ALSO HAVE TO SIGN.

COME ON UP.

**MR. HEMANN:** WELL, I THINK, YOUR HONOR, SHE WOULDN'T HAVE TO SIGN ON THE BOND, THOUGH SHE'LL HAVE TO POST --

**UNIDENTIFIED SPEAKER:** SHE HAS TO SIGN THE BOND.

**MR. HEMANN:** OH, SHE HAS TO SIGN THE BOND?

**THE COURT:** SHE HAS TO SIGN THE BOND, YEAH.

**UNIDENTIFIED SPEAKER:** (INDISCERNIBLE.)

**THE COURT:** SO WELCOME. THANK YOU FOR COMING.

COULD YOU TELL ME YOUR NAME?

**MR. VAYN:** MARK VAYN.

**THE COURT:** AND YOU'RE MR. MORGOVSKY SON-IN-LAW -- STEPSON? STEPSON; EXCUSE ME. MY MISTAKE. STEPSON.

THANK YOU FOR COMING. I UNDERSTAND YOU ARE WILLING TO SIGN ON A BOND AND POST YOUR HOME.

**MR. VAYN:** YES.

**THE COURT:** THAT'S A GREAT THING TO DO. I ALWAYS APPRECIATE IT WHEN FAMILIES STAND WITH THEIR LOVED ONES AND HELP THEM IN THESE TIMES. BUT IT'S ALSO A VOLUNTARY THING TO

DO. NOBODY CAN FORCE YOU TO DO IT.

I DON'T EXPECT YOU TO CHANGE YOUR MIND, BUT YOU'RE ENTITLED TO IF YOU WANT. IF YOU WANT OFF THE BOND, ALL YOU HAVE TO DO IS COME INTO THIS COURT, AND THE JUDGE WILL SIGN YOU OFF THE BOND, BUT THAT'S THE ONLY WAY TO GET OFF.

BECAUSE YOU ARE ON IT TO THE EXTENT OF $1 MILLION, THERE WILL BE A LIEN ON YOUR PROPERTY TO THAT EXTENT, WHICH MEANS THAT IF MR. MORGOVSKY VIOLATES ANY OF THE CONDITIONS OF HIS BOND, THE GOVERNMENT CAN FORECLOSE ON THE PROPERTY AND GET THAT AMOUNT OF MONEY.

MR. MORGOVSKY, IT GOES WITHOUT SAYING THAT IT IS VERY IMPORTANT FOR YOU TO FOLLOW ALL THE CONDITIONS OF THE BOND.

**THE DEFENDANT:** I UNDERSTAND.

**THE COURT:** IN ADDITION TO CAUSING GREAT GRIEF TO YOUR LOVED ONES, YOU WILL HAVE -- YOU WILL BE ARRESTED IF YOU VIOLATE THE CONDITIONS, AND YOU'LL BE DETAINED IN JAIL UNTIL THE CASE IS OVER. THIS CASE IS NOT TERRIBLY COMPLICATED, BUT EVEN A CASE LIKE THIS CAN TAKE QUITE SOME TIME, AND YOU DON'T WANT TO BE DOING IT FROM AN ALAMEDA COUNTY JAIL CELL.

IN ADDITION, VIOLATING THE CONDITIONS OF THIS BOND IS ITSELF A CRIME, WHICH MEANS THAT IF, FOR EXAMPLE, YOU WERE TO FLEE, YOU CAN ADD TEN YEARS TO YOUR SENTENCE. SO IT'S VERY IMPORTANT THAT YOU NOT VIOLATE ANY OF THE CONDITIONS.

AND, FINALLY, OF COURSE, THE GOVERNMENT CAN COME AFTER YOU FOR A MILLION DOLLARS IN THE EVENT THAT YOU VIOLATE

ANY OF THE CONDITIONS OF THE BOND.

SO CAN I SEE THE BOND?

**UNIDENTIFIED SPEAKER:** (INDISCERNIBLE.)

**THE COURT:** WHEN DID YOU WANT TO SET THE PRELIMINARY HEARING?

**MR. HEMANN:** YOUR HONOR, I WOULD LIKE TO SET THE PRELIMINARY HEARING FOR THE --

**UNIDENTIFIED SPEAKER:** I THINK I PUT IT ON THERE.

**THE COURT:** IS THIS SEPTEMBER 14TH?

**MR. HEMANN:** YES, YOUR HONOR.

**THE COURT:** AT 9:30 A.M. BEFORE JUDGE LAPORTE?

**MR. HEMANN:** YES, YOUR HONOR.

**MR. OSTERHOUDT:** I WON'T BE HERE AT THAT TIME. IS THAT THE ONLY DATE --

**MR. HEMANN:** NO. WE'VE GOT 20 DAYS TO RETURN AN INDICTMENT. SO WE CAN SET IT FOR --

**THE COURT:** WHENEVER YOU WANT.

**MR. OSTERHOUDT:** I'LL BE OUT OF THE COUNTRY BETWEEN THE 12TH AND THE 19TH. I WON'T BE IN THE COUNTRY.

**MR. HEMANN:** WE CAN SET IT FOR THE WEEK OF THE 19TH IF MR. OSTERHOUDT AGREES TO WAIVE TIME UNDER RULE 5.1.

**MR. OSTERHOUDT:** YES, YES.

**THE COURT:** OKAY. I'LL FIND GOOD CAUSE UNDER RULE 5.1 TO CONTINUE THE MATTER TO A PRELIMINARY ON SEPTEMBER 19TH AT 9:30.

**MR. HEMANN:** THAT'S GREAT, YOUR HONOR. THANK YOU.

**MR. HRVATIN:** VERY GOOD, SIR.

**THE COURT:** OKAY. SO HERE ARE THE CONDITIONS:

IT'S A ONE-MILLION-DOLLAR BOND SECURED BY THE 2885 CHURCHILL DRIVE PROPERTY IN HILLSBOROUGH.

THE DEFENDANT SHALL APPEAR AT PROCEEDINGS AS ORDERED BY THE COURT AND SHALL SURRENDER FOR SERVICE OF ANY SENTENCE THAT'S IMPOSED.

DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIME.

DEFENDANT SHALL NOT HARASS, THREATEN, INTIMIDATE, INJURE, TAMPER WITH, OR RETALIATE AGAINST ANY WITNESS, VICTIM, AND FORMER JUROR, OFFICER OF THE COURT, OR OBSTRUCT ANY CRIMINAL INVESTIGATION.

DEFENDANT SHALL NOT TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA.

DEFENDANT SHALL REPORT IN PERSON IMMEDIATELY ON RELEASE TO PRETRIAL SERVICES IN SAN FRANCISCO AND SHALL SURRENDER ALL PASSPORTS AND VISAS TO PRETRIAL SERVICES BY TODAY, AND SHALL NOT APPLY FOR ANY PASSPORTS OR OTHER TRAVEL DOCUMENTS.

DEFENDANT SHALL NOT POSSESS ANY FIREARM, DESTRUCTIVE DEVICE, OR OTHER DANGEROUS WEAPON.

DEFENDANT SHALL SUBMIT -- SO THERE WERE WEAPONS IN THE HOME?

**MR. HEMANN:** THE UNREGISTERED WEAPONS WERE SEIZED. THE REGISTERED ONES WERE NOT. SO HE'LL TO HAVE MAKE ARRANGEMENTS TO HAVE SOMEBODY COLLECT THEM AND TURN THEM IN.

**THE COURT:** RIGHT.

**MR. HEMANN:** OR SECRET THEM SOMEWHERE.

**THE COURT:** YEAH, THE WEAPONS CAN'T BE IN YOUR HOME.

YOU SHALL SUBMIT TO A WARRANTLESS SEARCH OF YOUR PERSON, PLACE, OR RESIDENCE, AND VEHICLE AT THE DIRECTION OF PRETRIAL SERVICES.

YOU SHALL NOT CHANGE RESIDENCE WITHOUT PRIOR APPROVAL OF PRETRIAL SERVICES.

YOU SHALL BE SUBJECT TO ELECTRONIC MONITORING AND MAY LEAVE HOME FOR MEDICAL AND LEGAL APPOINTMENTS.

AND YOU SHALL HAVE NO CONTACT WITH MARK MIGDAL, ANNETTA KALK, BORIS KALK OUTSIDE THE PRESENCE OF COUNSEL.

DO YOU UNDERSTAND THESE?

**THE DEFENDANT:** YES, YOUR HONOR.

**THE COURT:** DO YOU PROMISE TO ABIDE BY THEM?

**THE DEFENDANT:** YES.

**THE COURT:** OKAY.

**MR. OSTERHOUDT:** YOUR HONOR, I WISH TO RECORD AN OBJECTION TO THE WARRANTLESS SEARCH PROVISION. EVEN THOUGH I KNOW IT'S COMMON, I THINK IT SHOULD BE UNCONSTITUTIONAL.

**THE COURT:** WHAT'S THE JUSTIFICATION FOR THE WARRANTLESS SEARCH?

**MR. HEMANN:** FALSE IDENTIFICATION DOCUMENTS THE DEFENDANT IS KNOWN TO POSSESS.

**THE COURT:** YEAH. I'M GOING TO CROSS IT OUT. YOU NEED SPECIAL JUSTIFICATION FOR THAT ONE. SO THERE WILL NOT BE A WARRANTLESS SEARCH CONDITION.

SO IF YOU COULD HAVE -- AND SO, MR. VAYN, THESE CONDITIONS -- THERE ARE LOTS OF THEM -- THEY CHANGE FROM TIME TO TIME. YOU DON'T HAVE TO COME IN EVERY TIME I CHANGE A CONDITION. BUT IF MR. MORGOVSKY VIOLATES A CONDITION THAT YOU HAVE NEVER HEARD OF, YOU STILL -- THEY STILL CAN FORECLOSE ON YOUR PROPERTY. OKAY.

IT'S ALSO THE CASE YOUR SPOUSE IS GOING TO HAVE TO SIGN THIS BOND AS WELL. WE CAN MAKE ARRANGEMENTS FOR THAT TO HAPPEN.

**MR. OSTERHOUDT:** YOUR HONOR, I DIDN'T TELL MR. VAYN THAT --

**THE COURT:** YEAH.

**MR. OSTERHOUDT:** -- MRS. VAYN HAD TO SIGN THE BOND. I KNEW SHE WOULD HAVE TO BE ON THE DEED OF TRUST, BUT I DIDN'T REALIZE THAT. OTHERWISE, I WOULD HAVE ADVISED HIM TO HAVE HER HERE.

**THE COURT:** OF COURSE. I APPRECIATE THAT.

**MR. HEMANN:** YOUR HONOR, WE NEED SET A DEADLINE BY WHICH THE PROPERTY NEEDS TO BE POSTED WITH THE CLERK.

**THE COURT:** POSTING DATE. HOW LONG TO POST THE

PROPERTY?

**MR. OSTERHOUDT:** I DON'T THINK THAT SHOULD TAKE MORE THAN A COUPLE DAYS.

**THE COURT:** COUPLE OF DAYS?

**MR. OSTERHOUDT:** COUPLE DAYS FOR THAT.

**THE COURT:** SO TODAY IS FRIDAY. YOU THINK BY TUESDAY OR WEDNESDAY?

**MR. HEMANN:** TODAY'S --

**UNIDENTIFIED SPEAKER:** TODAY'S WEDNESDAY.

**MR. HEMANN:** TODAY'S TUESDAY.

**THE COURT:** BY FRIDAY. I'VE GOT THIS THING ALL --

**UNIDENTIFIED SPEAKER:** TODAY IS TUESDAY, YOUR HONOR.

**THE COURT:** I'VE GOT MY CALENDAR STILL ON FRIDAY. TODAY IS TUESDAY. HOW ABOUT BY FRIDAY, THE 2ND?

**MR. HEMANN:** YES, YOUR HONOR.

**MR. OSTERHOUDT:** WE CAN CERTAINLY MAYBE SOONER THAN THAT.

**THE COURT:** OKAY. NO LATER THAN FRIDAY, THE 2ND.

**MR. OSTERHOUDT:** HOW DO WE WANT TO HANDLE HER SIGNING THE BOND?

**THE COURT:** SHE'S WELCOME TO COME AND VISIT ME ON MY MORNING CALENDAR.

**MR. OSTERHOUDT:** SHE COULD COME TOMORROW MORNING, YOUR HONOR.

**THE COURT:** FINE. WE'LL PUT IT ON FOR BOND SIGNING

TOMORROW MORNING.

**MR. HEMANN:** YOUR HONOR, I WILL NOT BE HERE TOMORROW, BUT I CAN ASK THE DUTY.

**THE COURT:** YES, EXCELLENT.

**MR. HEMANN:** THE FABULOUS PHIL KEARNEY WILL BE HERE.

**THE COURT:** ALL RIGHT. HE'S PRETTY EXPERIENCED.

**MR. OSTERHOUDT:** YOUR HONOR, MR. MORGOVSKY, HE SOUGHT MEDICAL ATTENTION IN THE LOCAL JAIL. HE DID SEE A DOCTOR, BUT HE PRESCRIBED SOMETHING, AND HIS DISTRESS CONTINUES.

**THE COURT:** YES.

**MR. OSTERHOUDT:** CAN WE ARRANGE TO HAVE HIM RELEASED AND THEN TAKE CARE OF THIS?

**THE COURT:** SO WHY DON'T YOU SIGN THE BOND?

**MR. OSTERHOUDT:** WE'LL SIGN THE BOND, AND THEN WE'LL DO IT AS QUICK AS WE CAN.

**MR. HEMANN:** HOWEVER YOU WISH, YOUR HONOR.

**THE COURT:** OKAY. WELL, SO HE'S GOING TO BE ON -- YEAH, I THINK HE CAN BE RELEASED PENDING POSTING THIS WEEK.

**MR. HEMANN:** I AGREE WITH THAT, YOUR HONOR.

**THE COURT:** SO THAT'S NOT AN ISSUE. SO DO YOU NEED A RELEASE ORDER?

**UNIDENTIFIED SPEAKER:** YES, YOUR HONOR.

**MR. OSTERHOUDT:** SO HE CAN BE RELEASED TODAY, YOUR HONOR?

**THE COURT:** YEAH.

**MR. OSTERHOUDT:** I REALLY APPRECIATE THAT.

**THE COURT:** I'M GOING TO SIGN THE BOND RIGHT NOW.

**THE DEFENDANT:** AM I SUPPOSED TO SIGN IT?

**MR. OSTERHOUDT:** YEAH, YOU'RE THE DEFENDANT.

**THE COURT:** (INDISCERNIBLE.)

SO I'LL SIGN THE BOND. THAT WILL BE AN ORDER THAT YOU'RE RELEASED.

**MR. OSTERHOUDT:** I APPRECIATE THAT, YOUR HONOR. VERY MUCH.

YOUR HONOR, PRETRIAL PROPERLY CALLED MY ATTENTION TO THE PASSPORT ISSUE. HE HAD ONE. AND I SAID -- I SPOKE TO MRS. MORGOVSKY, WHO IS HERE. SHE WAS UNDER THE IMPRESSION IT WAS SEIZED. IF IT WAS NOT SEIZED, SHE'D TURN IT IN IMMEDIATELY.

**MR. HEMANN:** THE FBI DID NOT LOCATE MR. MORGOVSKY'S PASSPORT IN MR. MORGOVSKY'S HOUSE WHEN IT CONDUCTED THE SEARCH. SO THE FBI TELLS ME THAT IT HAS NOT SEIZED THE PASSPORT.

**MR. OSTERHOUDT:** WELL, WE KNOW WHERE IT IS, SO WE'LL GET IT AND TURN IT IN.

**THE COURT:** YEAH. THAT'S EXACTLY THE RIGHT THING TO DO.

**MR. OSTERHOUDT:** WE'LL DO IT TODAY. TODAY WE'LL DO IT.

**THE COURT:** THAT WILL BE GREAT.

**THE CLERK:** THANK YOU.

**THE COURT:** OKAY. SO I'LL SEE YOU TOMORROW FOR BOND SIGNING.

**MR. OSTERHOUDT:** THANK YOU VERY MUCH, YOUR HONOR.

**MR. HEMANN:** THANK YOU, YOUR HONOR.

**UNIDENTIFIED SPEAKER:** THANK YOU.

**MR. OSTERHOUDT:** MR. VAYN DOESN'T HAVE TO COME TOMORROW?

**THE COURT:** NO, YOU DON'T HAVE TO COME. MR. MORGOVSKY HAS TO COME.

**MR. OSTERHOUDT:** GIVE ME ONE MOMENT.

**THE COURT:** YES, SURE.

**MR. HEMANN:** THANK YOU, YOUR HONOR.

(PROCEEDINGS ADJOURNED AT 10:18 A.M.)

**CERTIFICATE OF TRANSCRIBER**

I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY, OF THE ABOVE PAGES OF THE OFFICIAL ELECTRONIC SOUND RECORDING PROVIDED TO ME BY THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OF THE PROCEEDINGS TAKEN ON THE DATE AND TIME PREVIOUSLY STATED IN THE ABOVE MATTER.

I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN; AND, FURTHER, THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

jmcolumbini

JOAN MARIE COLUMBINI

SEPTEMBER 23, 2016