WILLIAM L. OSTERHOUDT (SBN 043021)
FRANK S. MOORE (SBN 158029)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691
Email: osterhoudt@aol.com

Attorneys for Defendant,
NAUM MORGOVSKY

IN THE UNITED STATE DISTRICT COURT,

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **Case No. CR-16-0411 VC** |
| Plaintiff, | ) |
| | ) **Exhibit A to Defendant Naum Morgovsky's** |
| vs. | ) **Motion for Severance of Counts** |
| | ) Date:  October 26, 2017 |
| NAUM MORGOVSKY, et. al., | ) Time:  2:00 p.m. |
| | ) Place:  Honorable Vince Chhabria |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

**EXHIBIT A**

**To be FILED UNDER SEAL**

*[Proposed] Order Setting Conditions for Pretrial Release to Turning Point Community Confinement Facility, United States v. Holloway, et. al., Case No. 08-00224-OWW*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

*[Proposed] Order Setting Conditions for Pretrial Release to Turning Point Community Confinement Facility, United States v. Holloway, et. al., Case No. 08-00224-OWW*