# Exhibit 3

# VisionTech Co.

3145 Geary Blvd. #269
San Francisco, California 94118
415 – 752 - 2872

**Invoice No. 94387**
Date:   December 13, 2010

| Shipper: | VisionTech Co.<br>3145 Geary Blvd #269<br>San Francisco, California 94118 USA<br>Tel. 650-752-2872 | Consignee: | OOO NPK Infratech<br>Moscow, Russia 117525<br>Dnepropetrovskaya Street, d. 3 corp. 5<br>Tel. (495) 374-5193 |
|---|---|---|---|
| Seller: | VisionTech Co.<br>3145 Geary Blvd #269<br>San Francisco, California 94118 USA<br>Tel. 650-752-2872 | Buyer: | OOO NPK Infratech<br>Moscow, Russia 117525<br>Dnepropetrovskaya Street, d. 3 corp. 5<br>Tel. (495) 374-5193 |

| Contract No. | Carrier | CPT | TERMS |
|---|---|---|---|
| 16 -10 from 10.11.2010 | Aeroflot | Moscow, Russia (SVO-2) | WIRE TRANSFER (USD) |

| Qty. | Country of Manuf. | Item Description | Unit Price USD | Extended Price USD |
|---|---|---|---|---|
| 30 | USA | 2" Dia. Acetal plastic rod 24" long | 48.80 | 1,464.00 |
| 15 | USA | 1.25" Dia. Acetal plastic rod 24" long | 19.00 | 285.00 |
| 9 | USA | .875" Dia. Acetal plastic rod 24" long | 9.40 | 84.60 |
| 1 | USA | .875" Dia. Acetal plastic rod 12" long | 4.70 | 4.70 |
| 100 | USA | Housing for monocular | 24.00 | 2,400.00 |
| 8 | USA | #1200 Plastic case | 42.00 | 336.00 |
| 5 | USA | #1205 Pelican plastic case | 42.00 | 210.00 |
| 6 | USA | #1300 Pelican plastic case | 50.00 | 300.00 |
| 2 | USA | #1400 Pelican plastic case | 58.00 | 116.00 |
| 1 | USA | #1405 Pelican plastic case | 58.00 | 58.00 |
| 7 | USA | #1450 Pelican plastic case | 101.00 | 707.00 |
| 3 | USA | Plastic case | 100.00 | 300.00 |
| 28 | USA | Canvas bag 4"x2"x12" | 3.00 | 84.00 |
| 1 | USA | Canvas bag 6"x10"x4" | 4.00 | 4.00 |

| 4 | USA | Canvas bag 9"x4"x7"     | 5.00 | 20.00 |
|---|-----|-------------------------|------|-------|
| 1 | USA | Canvas bag 9"x5"x5"     | 5.00 | 5.00  |
| 2 | USA | Canvas bag 10"x5"x5"    | 5.50 | 11.00 |
| 2 | USA | Canvas bag 10"x5.5"x5.5"| 5.50 | 11.00 |
| 1 | USA | Canvas bag 16"x5"x6"    | 7.00 | 7.00  |
|   |     | **Subtotal**            |      | 6,407.30 |
|   |     | **Total CPT Moscow (USD)** |   | 6,407.30 |

**Payment Terms:** Payment for the shipment to be made by a bank wire transfer. The date of bank wire transfer shown in the wire transfer order submitted by the Buyer to its bank is considered the payment date. Buyer is obligated to make a full payment for the shipment no later than 90 days from the shipment date.

**Bank Information:**
**Seller:** VisionTech Co., 3145 Geary Blvd. San Francisco, California 94118, USA, Account No. 844650770 at JPMorgan Chase Bank, N.A., 2300 Broadway Street, Redwood City, California 94063, USA, ABA Routing No. 0210-0002-1, SWIFT: CHASUS33.
**Buyer:** ООО НПК «ИнфраТех», ИНН 7726240686, 117525, г. Москва, ул. Днепропетровская, д.3, корп. 5, валютный счет 40702840838180101149 в Московском банке «СБЕРБАНКА РОССИИ ОАО» г. Москвы, к/счет 30101810400000000225, БИК 044525225, SABRRUMM.

**Shipment is being sent uninsured.**

Signature _____
Leila Freeman

**THANK YOU FOR YOUR BUSINESS!**

### Re: Scan black & white (2)

**From:** Naum, Naum Morgovsky, Morgovsky <nmorgovsky@yahoo.com>;
**To:** <nmorgovsky@yahoo.com>;
**Sent:** Tue, Dec 14, 2010 5:12:37 PM

800-463-3339

9-5

2218 Old Middlefiel d Way Suite L, mtn view 94043

650 965-4822

Leila Freeman

Auto Export Group c/o AEL
Attn.: Oleg Shkoda/ Ben
13500 S. Figueroa St.
Los Angeles, CA 90061
M-F, 8am-5pm (PST)
Tel.:1-310-806-7088
Fax :1-951-296-9080

1. 28.5x20.5x7.5 – 148#
2. 19x15x14 – 23.4#
3. 23x17x11 – 21.45#
4. 28x24x14 – 43.7#
5. 24x13x16 – 26.2#
6. 26x13x16 – 26.7#

289.45/2.2= 131.57kg

Fedex 464345060

No. 997095150624821-Eli El Salvador
Bill, Eddy, Corey Lawrens with customer advocate team in Atlanta

Vision Te....pdf

Naum, Naum Morgovsky, Morgovsky            12/14/10 at 3:44 PM