# Exhibit 4



**Naum Morgovsky** <naummorgovsky@yahoo.com>    04/14/15 at 10:46 AM
To  Josephus van Seeters

Hi Jos,

Thank you for the invitation, but I don't plan to be at the show in Baltimore.

As to the modules you quoted to me, here is my dilemma: they use pulse laser diodes which sell for no more than $150 each plus the receiver which costs another $300 or so. I can develop a module based on a much more powerful and expensive miniature erbium glass laser for the price you are charging for the smallest module based a laser diode. I therefore don't see any economic benefit of developing any products which would be based on such overpriced components, especially those which can be sold in relatively high quantities which you require to slightly lower the price.

Thank you, Naum

---

**From:** Josephus van Seeters <jos.vanseeters@idssi.com>
**To:** Naum Morgovsky <naummorgovsky@yahoo.com>
**Cc:** Marketing <Marketing@idssi.com>
**Sent:** Monday, April 13, 2015 5:16 PM
**Subject:** First Time International Defense & Security Solutions, Inc. at the SPIE-DSS

Hello Naum,

Although, this is probably not the show you typically go to, I still wanted to you know it would be a true pleasure to see you at
our very first presence at the SPIE.DSS in Baltimore, at booth 1130.

Key technologies we are high-lighting this year:

- Complete range of Laser Range Finders with range capability from a few meters up to 50 km

- 1064nm Designators with pulse energy between 35 mJ up and 120 mJ

- Single aperture HD Color-SWIR camera – see product demonstration announcement next.

**Product Demonstration RedKite at the SPIE-DSS:**
Hardware demonstration of combined simultaneous HD color – SWIR imaging with separated CMOS and InGasAs focal plane arrays
in the waveband from 460 nm to 1700 nm through one common zoom optics for sea, land and airborne applications.
**Location:** Demo Area
**Demo Date and Time:** 21 April 01:30 PM (Tuesday)

- Also in the IDSS portfolio, but not on display: tripods, pan & tilts and non-magnetic north finding.

If you are coming to the SPIE.DSS and like to stop by, please let me know as soon as possible as I like to be available for you.
In case of in-depth technological questions there will be an opportunity to arrange a meeting with the manufacturer if desired.

For more details on the SPIE-DSS and exhibition pass registration, please see the following information:

(23036 unread) - naummorgovsky@yahoo.com - Yahoo Mail
Case 3:16-cr-00411-VC    Document 116-4    Filed 09/19/17    Page 3 of 3
9/19/17, 6:58 AM

Home | Mail | Flickr | Tumblr | News | Sports | Finance | Entertainment | Lifestyle | Answers | Groups | Mobile | More

Search Mail | Search Web | Home | N

All | Naum Morgovsky, search your mailbox

josephus | Re: First Time Interna...

Compose

**Inbox (9999+)**
Drafts (237)
Sent
Archive
Spam (42)
Trash

Smart Views
- Important
- Unread
- Starred
- People
- Social
- Shopping
- Travel
- Finance
- silverman
- mseymour
- bartfield
- montgomery
- seymour
- rosas
- cheo

Folders
- Drafts
- Notes
- Sent Messages
- untitled

Sponsored



**Bob's Hideout**
Andy Griffith Ruined More Careers Than Any Show

Search results | Archive | Move | Delete | More

Re: First Time International Defense & Security Solutions, I… | People

**Naum Morgovsky** <naummorgovsky@yahoo.com>    04/15/15 at 11:01 AM
To  Josephus van Seeters

Thank you. Good luck with the show.
Naum

---

**From:** Josephus van Seeters <jos.vanseeters@idssi.com>
**To:** Naum Morgovsky <naummorgovsky@yahoo.com>
**Sent:** Tuesday, April 14, 2015 10:51 AM
**Subject:** RE: First Time International Defense & Security Solutions, Inc. at the SPIE-DSS

Hi Naum,

I appreciate your honest feedback.

If things chance, I am always open to pick up the discussion where we left off.

Best regards,
Jos

---

**From:** Naum Morgovsky [mailto:naummorgovsky@yahoo.com]
**Sent:** Tuesday, April 14, 2015 1:47 PM
**To:** Josephus van Seeters
**Subject:** Re: First Time International Defense & Security Solutions, Inc. at the SPIE-DSS

Hi Jos,

Thank you for the invitation, but I don't plan to be at the show in Baltimore.

As to the modules you quoted to me, here is my dilemma: they use pulse laser diodes which sell for no more than $150 each plus the receiver which costs another $300 or so. I can develop a module based on a much more powerful and expensive miniature erbium glass laser for the price you are charging for the smallest module based a laser diode. I therefore don't see any economic benefit of developing any products which would be based on such overpriced components, especially those which can be sold in relatively high quantities which you require to slightly lower the price.

Thank you, Naum

---

**From:** Josephus van Seeters <jos.vanseeters@idssi.com>
**To:** Naum Morgovsky <naummorgovsky@yahoo.com>
**Cc:** Marketing <Marketing@idssi.com>
**Sent:** Monday, April 13, 2015 5:16 PM
**Subject:** First Time International Defense & Security Solutions, Inc. at the SPIE-DSS

Hello Naum,

Although, this is probably not the show you typically go to, I still wanted to you know it would be a true pleasure to see you at
our very first presence at the SPIE.DSS in Baltimore, at booth 1130.



Earn 40,000 Bonus Miles
Free Checked Bag
Priority Boarding
No Foreign Transaction Fees
2 United Club℠ Passes
Terms apply
LEARN MORE ▸
Earn miles. Take vacations.