# Exhibit 5



**In stock lenses**

**Naum Morgovsky** <naummorgovsky@yahoo.com>      04/25/12 at 11:47 AM
To Devin.Standard@janostech.com

Hi Devin,
Pursuant to our telephone conversation, please quote ASAP for immediate delivery 1 to 5 pieces of 50mm, 100mm, and, if you can find at least 1ea. in a size between 50mm and 100mm (like 60, 70, or 75mm) 8-12 um lenses for 17 um FLIR TAU cores, 320x240 and 640x480 (Tim Olson told me you had in stock 50 and 100mm, 640x512 which I am interested in, as well as 25, 14, and 7 mm which I don't need at this point).
Best wishes,
Naum Morgovsky, Hitek
Tel. 415-706-5420