# Exhibit 6

EXPLORE (HTTP://WWW.FLIR.COM/HOME) | PRODUCTS (/HOME) |
Questions? Fill out our info request form (/cores/display/?id=53135)

**Cores & Components (http://www.flir.com/cvs/cores/index.cfm)**

**LWIR Camera Cores (http://www.flir.com/cvs/cores/view/?id=51981)**
- Boson (http://flir.com/cores/boson/)
- Lepton (http://www.flir.com/cores/content/?id=66257)
- Muon (http://www.flir.com/cvs/cores/view/?id=64979)
- Quark 2 (http://www.flir.com/cvs/cores/view/?id=51266)
- Tau 2 (http://www.flir.com/cvs/cores/view/?id=54717)
- PathFindIR II (http://www.flir.com/cores/content/?id=62945)

**MWIR Camera Cores (http://www.flir.com/cvs/cores/view/?id=51956)**

**SWIR Camera Cores (http://www.flir.com/cvs/cores/view/?id=54502)**

**Lasers & Trackers (http://www.flir.com/cvs/cores/view/?id=52626)**

**Pan Tilt Systems (/mcs/view/?id=53484)**

**ROICs & Components (http://www.flir.com/cvs/cores/view/?id=51859)**

**Resources (http://www.flir.com/cvs/cores/view/?id=51878)**

**Knowledge Base / FAQ (http://www.flir.com/cvs/cores/knowledge)**

**Contact Us / Request Info (http://www.flir.com/cvs/cores/view/?id=56376)**

Share FLIR
- Share on Facebook
- Tweet this
- Email this

# Tau® 2 Uncooled Cores


Tau with a 19mm Lens
Click to see more lens options (http://www.flir.com/cvs/cores/view/?id=52263)

Lens Options
7.5mm
9mm
13mm
19mm
25mm
35mm
50mm
60mm
100mm


Tau with 19mm lens
Mouse over lens options to see image change

Description | New features | Export | **Specs** | Optics | DRI | Applications | Documents | Videos

## Specifications

| Overview | Tau2 640 | Tau2 336 |
|---|---|---|
| Thermal Imager | Uncooled VOx Microbolometer | |
| FPA / Digital Video Display Formats | 640 × 512 | 336 × 256 |
| Analog Video Display Formats | 640 × 480 (NTSC); 640 × 512 (PAL)[1] | |
| Pixel Pitch | 17 µm | |
| Spectral Band | 7.5 - 13.5 µm | |
| Full Frame Rates | 30 Hz (NTSC)<br>25 Hz (PAL) | 30/60 Hz (NTSC)<br>25/50 Hz (PAL) |
| Exportable Frame Rates | 7.5 Hz NTSC; 8.3 Hz PAL | |
| Sensitivity (NEdT) @ f/1 | Industrial: <30mK<br>Performance: <50 mK<br>Commercial: <60mK | |
| Scene Range (High Gain) | -25°C to +135°C | -25°C to +100°C |
| Scene Range (Low Gain) | -40°C to +550°C | |
| Time to Image | <5.0 sec | <4.0 sec |
| Factory Optimized Video | Yes | |
| **Physical Attributes** | **Tau2 640** | **Tau2 336** |
| Size (w/o lens) | 1.75" x 1.75" x 1.18"/ 1.5" x 1.5" x 1.18" (Compact and Shutterless) | |
| Lensed & Lensless Configurations Available | Yes | |
| Precision Mounting Holes (M2x0.4) on 3 sides (2 per side) | Yes | |
| Sealable Bulkhead Mounting Feature on Lens Barrel (M29×1.0), WFOV Only | Yes | |
| **Radiometric Features** | **Tau2 640** | **Tau2 336** |

Share & bookmark (http://www.addthis.com/bookmark.php?v=250&pubid=webflir)

### Tau Feature Comparison

Learn more about the evolution of features in FLIR's Tau LWIR uncooled camera cores.
Check out the Comparison Chart (http://www.flir.com/cvs/cores/view/?id=60983)

| | | |
|---|---|---|
| Isotherms | See Product Spec page 34 Section 3.3.3.1 (http://cvs.flir.com/Tau2-product-spec) | |
| Spot Meter | Temperatures measured in central 4×4 | |
| Advanced Radiometry | Improved accuracy, moveable spot meter, image metric data, T-Linear (digital output) AR requires a separate calibration that must be performed during camera manufacture. The AR capability is captured in the camera part number. An additional fee is charged for this feature. | |
| **Image Processing & Display Controls** | **Tau2 640** | **Tau2 336** |
| NTSC/PAL (field switchable) | Yes | |
| Image Optimization | Yes | |
| Digital Detail Enhancement | Yes | |
| Invert/Revert (analog and 8-bit digital) | Yes | |
| Polarity Control (black hot/white hot) | Yes | |
| Color & Monochrome Palettes (LUTs) | Yes | |
| Continuous Digital Zoom | 2x-8x | 2x- 4x |
| Symbology (256 gray & 256 color) | Yes, single-pixel resolution for all models | |
| **Digital Video** | **Tau2 640** | **Tau2 336** |
| LVDS (14-bit or 8-bit) | Yes | |
| CMOS (14-bit or 8-bit) | Yes | |
| BT.656 (8-bit) | Yes | |
| Camera Link (Expansion Bus Accessory Module) | Yes | |
| Slow Video Option (factory configured) | Yes | |
| **Interfacing** | **Tau2 640** | **Tau2 336** |
| Primary Electrical Connector | 50-pin Hirose | |
| Input Supply Voltage | 4.0 - 6.0 VDC | |
| Power Dissipation, steady state (max 2.5W during shutter event of approximately 0.5 seconds) | <1.2 W | ~1.0 W |
| Flat-Field Correction (FFC) Duration | <0.5 sec | |
| Power Reduction Switch (disables analog video) | Yes | |
| RS-232 Compatible Communication | 57,600 & 921,600 baud | |
| External Sync Input/Output | Yes | |
| Discrete I/O Controls Available | Yes (10-camera minimum) | |
| Settable Splash Screens | Yes (10-camera minimum) | |
| User Configurability via SDK & GUI | Yes | |
| Dynamic Range Switching | Yes | |
| **Environmental** | **Tau2 640** | **Tau2 336** |
| Operating Temperature Range | -40°C to +80°C (Industrial & Performance) -20°C to +65°C (Commercial) | |

| | |
|---|---|
| Non-Operating Temperature Range | -50°C to +85°C |
| Temperature Shock | 5°/min |
| Operational Altitude | +40,000 feet |
| Humidity | 5% - 95% non-condensing |
| Vibration | 4.3g three axis, 8 hr each |
| Shock | 200g shock pulse w/ 11 msec sawtooth |
| ROHS | Compliant |

1. Tau2 336 analog video is upsampled & interpolated to 640 × 480 for NTSC, and to 640 × 512 for PAL[back]

### ELECTRICAL / MECHANICAL (/instruments/electrical/content/?id=66136)

FLIR TG165 (/instruments/tg165)
FLIR C-Series (/instruments/c-series)
FLIR E4, E5, E6 & E8 (/instruments/ex-series)
FLIR E40, E50 & E60 (/instruments/exx-series)
FLIR E75, E85 & E95 (/instruments/content/?id=82350)
FLIR T420, T440 & T460 (/instruments/display/?id=62960)
FLIR T500-Series (/t500Series/)
FLIR T600, T620, T640 & T660 (/instruments/display/?id=62960)
FLIR T1K (/instruments/content/?id=70502)
Test & Measurement Tools (/instruments/display/?id=61313)
IR Windows (/instruments/display/?id=50386)

### BUILDING (/instruments/building/content/?id=65320)

FLIR C-Series (/instruments/c-series)
FLIR E4, E5, E6 & E8 (/instruments/ex-series)
FLIR E40bx, E50bx & E60bx (/instruments/exx-series)
FLIR E75, E85 & E95 (/instruments/content/?id=82350)
FLIR T420bx, T440bx, T620bx & T640bx (/instruments/display/?id=62960)
FLIR T500-Series (/t500Series/)
FLIR T1K (/instruments/content/?id=70502)
Test & Measurement Tools (/instruments/display/?id=61313)

### PERSONAL VISION SYSTEMS (/hunting-outdoor/content/?id=66928)

FLIR ONE (/flirone)
FLIR FX (/flirfx/content/?id=65477)
FLIR Scout Series (/hunting-outdoor/content/?id=66928)
FLIR ThermoSight R-Series (/thermoSightR-Series/)

### RESEARCH & DEVELOPMENT (/science/content/?id=66897)

Industrial R&D (/science/content/?id=66897)
Academics & Research (/science/content/?id=67274)
Non-Destructive Testing (NDT) / Materials Testing (/science/content/?id=67277)
Defense & Aerospace (/science/content/?id=67307)

### MARINE (/marine/content/?id=66311)

FLIR First Mate II (/marine/display/?id=51292)
FLIR Ocean Scout (/marine/display/?id=67126)
FLIR BHM-Series (/marine/display/?id=60445)
FLIR MD-Series (/marine/display/?id=59356)
FLIR M-Series (/marine/display/?id=50777)
FLIR M400 (/marine/display/?id=67146)
FLIR Voyager (/marine/display/?id=50773)
FLIR MV-Series (/marine/display/?id=59700)
Raymarine (http://www.raymarine.com)

### LAW ENFORCEMENT (/law-enforcement/content/?id=66956)

### SECURITY (/security/content/?id=67507)

HD WiFi Security Camera (/flirsecure/hd-wifi-security/)
FLIR FX (/flirfx/)
Lorex (https://www.lorextechnology.com/)
FLIR Analog (/security/display/?id=69286)
FLIR MPX™ (/security/display/?id=69304)
FLIR IP (/security/display/?id=69284)
FLIR Thermal (/security/display/?id=44280)

### SURVEILLANCE (/surveillance/content/?id=63482)

Airborne Systems (/surveillance/display/?id=64505)
Maritime Systems (/surveillance/display/?id=64627)
Land Systems (/surveillance/display/?id=64697)
Tactical Vision (/surveillance/display/?id=64697)
Unmanned Systems (/surveillance/display/?id=64697)

### CBRNE DETECTION (/threatdetection/content/?id=63317)

Chemical Detection (/threatdetection/display/?id=65351)
Radiation Detection (/threatdetection/display/?id=65349)
Biological Detection (/threatdetection/display/?id=63346)
Explosives Detection (/threatdetection/display/?id=65350)

### ABOUT FLIR (/aboutFLIR)

About FLIR (/aboutFLIR/)
The World's Sixth Sense (/wss/)
Investors (/investor/)
Supply Chain Information (/corporate/display/?id=61617)
Reseller and Customer Information (/corporate/display/?id=83440)
Contact Sales (/corporate/display/?id=55426)
Newsroom (http://investors.flir.com/releases.cfm)
Careers (/careers/?id=64835)

### SUPPORT (/corporate/display/?id=60235)

Product Support (/corporate/display/?id=60235)
Online Orders (https://cart.flir.com/DRHM/store?Action=help&SiteID=flirsys&Locale=en_US)
Product Registration (/corporate/display/?id=57892)
Warranty Information (/corporate/display/?id=57893)
Product Manuals (/corporate/display/?id=53132)
Training (http://www.infraredtraining.com/)

### FOLLOW US

TEST & MEASUREMENT (/instruments/display/?id=61313)

FLIR DM284 Imaging Multimeter (/instruments/content/?id=75295)
FLIR TG165 Spot Thermal Camera (/instruments/content/?id=64755)
FLIR TG130 Spot Thermal Camera (/instruments/content/?id=72831 )
FLIR MR160 Imaging Moisture Meter (/instruments/content/?id=69038)
FLIR MR176 Imaging Moisture Meter (/instruments/mr176)
FLIR MR60 Imaging Moisture Meter (/instruments/mr60)
FLIR Flexible Clamp Meters (/instruments/display/?id=69146)
FLIR DM92 Digital Multimeter (/instruments/display/?id=65791)
FLIR DM93 Digital Multimeter (/instruments/display/?id=61256)
FLIR CM82 Power Clamp (/instruments/display/?id=65798)
FLIR CM83 Power Clamp (/instruments/display/?id=61257)
FLIR CM85 Power Clamp (/instruments/display/?id=65802)
FLIR CM78 Clamp with IR Thermometer (/instruments/display/?id=61258)
FLIR VP50 Voltage Detector (/instruments/display/?id=61255)
FLIR IM75 Insulation & DMM Combo (/instruments/display/?id=65760)
FLIR MR77 Moisture Meter (/instruments/display/?id=61161)
FLIR VS70 Videoscope (/instruments/display/?id=61259)
Airtec (/instruments/display/?id=57067)
IntelliRock (/instruments/concrete/display/?id=59678)
Extech (http://www.extech.com)

GAS DETECTION SYSTEMS (/ogi/)

FLIR GFx320 (/ogi/gfx320/)
FLIR GF304 (/ogi/display/?id=58334)
FLIR GF306 (/ogi/display/?id=55666)
FLIR GF309 (/ogi/display/?id=55667)
FLIR GF320 (/ogi/display/?id=55671)
FLIR GF343 (/ogi/display/?id=66607)
FLIR GF346 (/ogi/display/?id=51857)

AUTOMATION (/automation/content/?id=65833)

FLIR Compact A-Series (/automation/display/?id=56341)
FLIR A300 / A310 (/automation/display/?

FLIR LS-Series (/law-enforcement/display/?id=57065)
FLIR H-Series (/law-enforcement/display/?id=50691)
FLIR BHS-Series (/law-enforcement/display/?id=50843)

FIREFIGHTING (/fire/content/?id=69019)

FLIR K2 TIC with MSX™ (/fire/display/?id=68967)
FLIR K33 & K53 (/fire/content/?id=74907)
FLIR K45, K55 & K65 TICs with FSX™ (/fire/display/?id=60239)
FLIR KF6 (/fire/content/?id=74903)
FLIR M-Series (/fire/content/?id=74906)

ITS & TRAFFIC (/traffic/content/?id=66601)

Thermal Sensors (/traffic/display/?id=62099)
Vehicle & Pedestrian Sensors (/traffic/display/?id=62100)
Video Detection Boards (/traffic/display/?id=62101)
Software (/traffic/display/?id=62102)

MACHINE VISION CAMERAS (Formerly Point Grey) (https://www.ptgrey.com)

Grasshopper3 (https://www.ptgrey.com/grasshopper3-usb3-vision-cameras)
Blackfly (https://www.ptgrey.com/blackfly-usb3-vision-cameras)
Blackfly S (https://www.ptgrey.com/blackfly-s-usb3-vision-cameras)
Chameleon3 (https://www.ptgrey.com/chameleon3-usb3-vision-cameras)
Flea3 (https://www.ptgrey.com/flea3-usb3-vision-cameras)
All Area Scan cameras (https://www.ptgrey.com/Cameras)
Ladybug Spherical Cameras (https://www.ptgrey.com/360-degree-spherical-camera-systems)
Bumblebee Stereo Cameras (https://www.ptgrey.com/stereo-vision-cameras-systems)

OEM CORES & COMPONENTS (/cores/content/?id=53463)

LWIR Uncooled Cores (/cores/display/?id=51981)
MWIR Cooled Cores (/cores/display/?id=51956)
SWIR Cores (/cores/display/?id=54502)
ROICs & Components (/cores/display/?id=51859)
Laser Components & Systems (/cores/display/?id=52626)
Pan-Tilt Systems (/pan-tilts/display/?id=53484)

sUAS (/suas/content/?id=70733)

FLIR Duo (/suas/duo)
FLIR Vue (/suas/content/?id=68335)
FLIR Vue Pro (/suas/vuepro)
FLIR Vue Pro R (/suas/vuepror)

id=41099)
FLIR A310pt / A310f (/automation/display/?id=56385)
FLIR A310ex (/automation/display/?id=63398)
FLIR A315 / A615 (/automation/display/?id=41330)
FLIR AX8 (/automation/display/?id=65816)
FLIR A6604 (/automation/display/?id=65823)
FLIR G300pt (/automation/display/?id=65463)
FLIR G300a (/automation/display/?id=65466)
MIO (/automation/store/?id=84602)

 (http://www.flir.com)

2017 © FLIR® Systems, Inc. All rights reserved

Privacy Policy (/corporate/display/?id=60309)  |  Copyright Policy (/corporate/display/?id=60307)  |  Terms of Use (/corporate/display/?id=60310)