# Exhibit 7



Productions

About us
- Прицелы ночного видения
- ИК осветители
- Приборы ночного видения
- Дневная оптика
- Крепления
- Тепловизионные прицелы
- Тепловизионные насадки

Price  Fotogallary  Contacts

http://infratech.ru:80/en/produkciya/teplovizionnye_pricely/  Go

**3 captures**
16 Jul 2015 – 6 Aug 2016

Thermal Imaging product
Тепловизионные прицелы



Фотогалерея
To view three-dimensional image of the goods must be installed Adobe Reader X

More info

**InfraTech IT-1TWS-615A**
384x288, 60 Hz, 17 µm, 3,3x

**649 000**

| Матрица | |
|---|---|
| Тип сенсора | неохлаждаемая микроболометрическая матрица (FPA) |
| Частота , Гц | 50-60 |
| Разрешение | 384x288 |
| Размер пикселя , мкм | 17 |
| Спектральный диапазон , мкм | 8÷14 |
| Чувствительность , мК | <50 |
| Принцип калибровки | без затвора |
| Оптика | |
| Объектив | 50 мм, F/1,18 |
| Минимальная дистанция фокусировки , м | 5 |
| Оптическое увеличение , крат | 2,8 |
| Цифровое увеличение | x2, x4 |

To Order

Dear Clients!
To purchase, please fill out the form below.

*Name: _____
*Address: _____
*Telephone: _____
*E-mail: _____
Numbers: _____
Coments: _____

4 5 2 3

_____

[Send] [Cancel]

| | |
|---|---|
| Угол поля зрения , град | 7,5X5,6 |
| Шаг выверки , см/100м | 1,7 |
| Диоптрийная настройка | -5...+2 |
| Удаление выходного зрачка , мм | 55 |
| Электроника | |
| Тип дисплея | AMOLED (цветной) |
| Разрешение дисплея | 800x600 |
| Видеовыход | PAL/NTSC |
| Питание , В | 3÷6 |
| Источник питания | 2x RCR123A |
| Эксплуатационные параметры | |
| Диапазон температур , °C | -40...+60 |
| Относительная влажность , % | 98 |
| Ударная нагрузка , g | 800 |
| Степень защиты | IP67 |
| Габаритные размеры , мм | 235x65x63 |
| Вес , кг | 0,65 |

**InfraTech IT-1TWS-315AH**
640x480, 30 Hz, 17 μm, 1,7x

**965 700**

| | |
|---|---|
| Матрица | |
| Тип сенсора | неохлаждаемая микроболометрическая матрица (FPA) |
| Частота , Гц | 25-30 |
| Разрешение | 640x480 |
| Размер пикселя , мкм | 17 |
| Спектральный диапазон , мкм | 8÷14 |
| Чувствительность , мК | <50 |
| Принцип калибровки | без затвора |
| Оптика | |
| Объектив | 50 мм, F/1,18 |
| Минимальная дистанция фокусировки , м | 5 |



Фотогалерея
To view three-dimensional image of

the goods must be installed [Adobe Reader X](#)

[More info](#)
[To Order](#)

Dear Clients!
To purchase, please fill out the form below.

*Name: [            ]
*Address: [            ]
*Telephone: [            ]
*E-mail: [            ]
Numbers: [            ]
Coments: [            ]

4 5 2 3

[            ]

[Send]   [Cancel]

| | |
|---|---|
| Оптическое увеличение , крат | 1,7 |
| Цифровое увеличение | x2, x4, x8 |
| Угол поля зрения , град | 12,6x9,4 |
| Шаг выверки , см/100м | 2,8 |
| Диоптрийная настройка | -5...+2 |
| Удаление выходного зрачка , мм | 55 |
| Электроника | |
| Тип дисплея | AMOLED (цветной) |
| Разрешение дисплея | 800x600 |
| Видеовыход | PAL/NTSC |
| Питание , В | 3÷6 |
| Источник питания | 2x RCR123A |
| Эксплуатационные параметры | |
| Диапазон температур , °C | -40...+60 |
| Относительная влажность , % | 98 |
| Ударная нагрузка , g | 800 |
| Степень защиты | IP67 |
| Габаритные размеры , мм | 235x65x63 |
| Вес , кг | 0,65 |

**InfraTech IT-1TWS-610A**  **699 000**
384x288, 60 Hz, 17 $\mu$m, 6,6x

| | |
|---|---|
| Матрица | |
| Тип сенсора | неохлаждаемая микроболометрическая матрица (FPA) |
| Частота , Гц | 50-60 |
| Разрешение | 384x288 |
| Размер пикселя , мкм | 17 |
| Спектральный диапазон , мкм | 8÷14 |
| Чувствительность , мК | <50 |
| Принцип калибровки | без затвора |
| Оптика | |

News
02.10.2014

[Международная выставка «ARMS & Hunting 2014»](#)

Приглашаем Вас посетить наш стенд F52 на Международной выставке «ARMS & Hunting 2014», которая будет проходить с 09 по 12 октября в выставочном комплексе Гостиный двор г. Москва.

01.07.2014

01.02.2013

[Thermal sught](#)

01.02.2013

[The new site](#)



[Фотогалерея](#)

To view three-dimensional image of the goods must be installed [Adobe Reader X](#)

[More info](#)
[To Order](#)

Dear Clients!
To purchase, please fill out the form below.

*Name: [    ]
*Address: [    ]
*Telephone: [    ]
*E-mail: [    ]
Numbers: [    ]
Coments: [    ]

4 5 2 3

[    ]

[Send]  [Cancel]

| | |
|---|---|
| Объектив | 100 мм, F/1,35 |
| Минимальная дистанция фокусировки , м | 10 |
| Оптическое увеличение , крат | 5,5X |
| Цифровое увеличение | x2, x4 |
| Угол поля зрения , град | 3,8 X 2,8 |
| Шаг выверки , см/100м | 0,85 |
| Диоптрийная настройка | -5...+2 |
| Удаление выходного зрачка , мм | 55 |
| Электроника | |
| Тип дисплея | AMOLED (цветной) |
| Разрешение дисплея | 800x600 |
| Видеовыход | PAL/NTSC |
| Питание , В | 3÷6 |
| Источник питания | 2x RCR123A |
| Эксплуатационные параметры | |
| Диапазон температур , °C | -40...+60 |
| Относительная влажность , % | 98 |
| Ударная нагрузка , g | 800 |
| Степень защиты | IP67 |
| Габаритные размеры , мм | 281x88x82 |
| Вес , кг | 0,8 |

### [InfraTech IT-1TWS-310AH](#)    1 015 700
640x480, 30 Hz, 17 $\mu$m, 3,3x

| | |
|---|---|
| Матрица | |
| Тип сенсора | неохлаждаемая микроболометрическая матрица (FPA) |
| Частота , Гц | 25-30 |
| Разрешение | 640x480 |
| Размер пикселя , мкм | 17 |



[Фотогалерея](#)

To view three-dimensional image of the goods must be installed [Adobe Reader X](#)

[More info](#)
[To Order](#)

Dear Clients!
To purchase, please fill out the form below.

| | |
|---:|---|
| *Name: | [        ] |
| *Address: | [        ] |
| *Telephone: | [        ] |
| *E-mail: | [        ] |
| Numbers: | [        ] |
| Coments: | [        ] |

4 5 2 3

[ Send ]   [ Cancel ]

| | |
|---|---|
| Спектральный диапазон , мкм | 8÷14 |
| Чувствительность , мК | <50 |
| Принцип калибровки | без затвора |
| **Оптика** | |
| Объектив | 100 мм, F/1,35 |
| Минимальная дистанция фокусировки , м | 10 |
| Оптическое увеличение , крат | 3,3 |
| Цифровое увеличение | х2, х4, х8 |
| Угол поля зрения , град | 6,2х4,6 |
| Шаг выверки , см/100м | 1,4 |
| Диоптрийная настройка | -5...+2 |
| Удаление выходного зрачка , мм | 55 |
| **Электроника** | |
| Тип дисплея | AMOLED (цветной) |
| Разрешение дисплея | 800х600 |
| Видеовыход | PAL/NTSC |
| Питание , В | 3÷6 |
| Источник питания | 2х RCR123A |
| **Эксплуатационные параметры** | |
| Диапазон температур , °C | -40...+60 |
| Относительная влажность , % | 98 |
| Ударная нагрузка , g | 800 |
| Степень защиты | IP67 |
| Габаритные размеры , мм | 281х88х82 |
| Вес , кг | 0,8 |

[Home](#) | [About us](#) | [Productions](#) | [Price](#) | [Fotogallary](#) | [News](#) | [Contacts](#) | [Карта сайта](#)

11 981  2 470  688   © "Infratech" 2016

Выполняется запрос