# Exhibit 8



# InfraTech IT-1TWS-310AH



**1 015 700**
640x480, 30 Hz, 17 $\mu$m, 3,3x
To Order
Dear Clients!
To purchase, please fill out the form below.

*Name:
*Address:
*Telephone:
*E-mail:
Numbers:
Coments:

Send   Cancel

News
02.10.2014

Международная выставка «ARMS & Hunting 2014»

Приглашаем Вас посетить наш стенд F52 на Международной выставке «ARMS & Hunting 2014», которая будет проходить с 09 по 12 октября в выставочном комплексе Гостиный двор г. Москва.

Фотогалерея
To view three-dimensional image of the goods must be installed Adobe Reader X

| Матрица | | |
|---|---|---|
| Тип сенсора | | неохлаждаемая микроболометрическая матрица (FPA) |
| Частота , Гц | | 25-30 |
| Разрешение | | 640x480 |

| | | |
|---|---|---|
| Размер пикселя , мкм | 17 | 01.07.2014 |
| Спектральный диапазон , мкм | 8÷14 | |
| Чувствительность , мК | <50 |  |
| Принцип калибровки | без затвора | |
| Оптика | | |
| Объектив | 100 мм, F/1,35 | 01.02.2013 |
| Минимальная дистанция фокусировки , м | 10 | |
| Оптическое увеличение , крат | 3,3 | Thermal sught |
| Цифровое увеличение | x2, x4, x8 |  |
| Угол поля зрения , град | 6,2x4,6 | |
| Шаг выверки , см/100м | 1,4 | 01.02.2013 |
| Диоптрийная настройка | -5...+2 | |
| Удаление выходного зрачка , мм | 55 | The new site |
| Электроника | | |
| Тип дисплея | AMOLED (цветной) | |
| Разрешение дисплея | 800x600 | |
| Видеовыход | PAL/NTSC | |
| Питание , В | 3÷6 | |
| Источник питания | 2x RCR123A | |
| Эксплуатационные параметры | | |
| Диапазон температур , °C | -40...+60 | |
| Относительная влажность , % | 98 | |
| Ударная нагрузка , g | 800 | |
| Степень защиты | IP67 | |
| Габаритные размеры , мм | 281x88x82 | |
| Вес , кг | 0,8 | |

Home|About us|Productions|Price|Fotogallary|News||Contacts|Карта сайта

© "Infratech" 2016

Выполняется запрос