Exhibit 9



Enter the word

[Productions](#)

- [Прицелы ночного видения](#)
- [ИК осветители](#)
- [Приборы ночного видения](#)
- [Дневная оптика](#)
- [Крепления](#)
- [Тепловизионные прицелы](#)
- [Тепловизионные насадки](#)

[About us](#)    Price    Fotogallary    Contacts

[Home](#)

InfraTech IT-1TWS-315AH

# InfraTech IT-1TWS-315AH

**870 000**
640x480, 30 Hz, 17 $\mu$m, 1,7x
[To Order](#)
Dear Clients!
To purchase, please fill out the form below.

[Фотогалерея](#)
To view three-dimensional image of the goods must be installed
[Adobe Reader X](#)

*Name:
*Address:
*Telephone:
*E-mail:
Numbers:
Coments:

Send    Cancel

News
02.10.2014

[Международная выставка «ARMS & Hunting 2014»](#)

Приглашаем Вас посетить наш стенд F52 на Международной выставке «ARMS & Hunting 2014», которая будет проходить с 09 по 12 октября в выставочном комплексе Гостиный двор г. Москва.

| Матрица | |
| --- | --- |
| Тип сенсора | неохлаждаемая микроболометрическая матрица (FPA) |
| Частота , Гц | 25-30 |
| Разрешение | 640x480 |
| Размер пикселя , мкм | 17 |
| Спектральный диапазон , мкм | 8÷14 |



INTERNET ARCHIVE
WayBackMachine
2 captures
14 Jul 2015 – 16 Jul 2015

| | |
|---|---|
| Объектив | 50 мм, 1:1,18 |
| Минимальная дистанция фокусировки , м | 5 |
| Оптическое увеличение , крат | 1,7 |
| Цифровое увеличение | x2, x4, x8 |
| Угол поля зрения , град | 12,6x9,4 |
| Шаг выверки , см/100м | 2,8 |
| Диоптрийная настройка | -5...+2 |
| Удаление выходного зрачка , мм | 55 |
| Электроника | |
| Тип дисплея | AMOLED (цветной) |
| Разрешение дисплея | 800x600 |
| Видеовыход | PAL/NTSC |
| Питание , В | 3÷6 |
| Источник питания | 2x RCR123A |
| Эксплуатационные параметры | |
| Диапазон температур , °C | -40...+60 |
| Относительная влажность , % | 98 |
| Ударная нагрузка , g | 800 |
| Степень защиты | IP67 |
| Габаритные размеры , мм | 235x65x63 |
| Вес , кг | 0,65 |

01.02.2013

Thermal sught

[ ? ]

01.02.2013

The new site

Home|About us|Productions|Price|Fotogallary|News|Contacts|Карта сайта

© "Infratech" 2015

[ ? ]
Выполняется запрос