Exhibit 10

## Thermal Imaging Modules

| | Sens384 | Sens640 | MiniSens384 | MiniSens640 | MikroSens384 | MikroSens640 |
|---|---|---|---|---|---|---|
| Detector | Uncooled amorphous silicon/ULIS | Uncooled amorphous silicon/ULIS | Uncooled amorphous silicon/ULIS | Uncooled amorphous silicon/ULIS | Uncooled amorphous silicon/ULIS | Uncooled amorphous silicon/ULIS |
| Spectral response | 8~14um | 8~14um | 8~14um | 8~14um | 8~14um | 8~14um |
| FPA format | 384x288 | 640x480 | 384x640 | 640x480 | 384x288 | 640x480 |
| Pixel/pitch | 17 mK | 17 mK | 17 mK | 17 mK | 17 mK | 17 mK |
| Thermal sensitivity (NETD) | ≤60mk  f/1.0  300K | ≤60mk  f/1.0  300K | ≤60mk  f/1.0  300K | ≤60mk  f/1.0  300K | ≤60mk  f/1.0  300K | ≤60mk  f/1.0  300K |
| Frame rate (PAL) | 50 Hz | 25 Hz | 50 Hz | 25 Hz | 50 Hz | 25 Hz |
| Frame rate (NTSC) | 60 Hz | 30 Hz | 60 Hz | 30 Hz | 60 Hz | 30 Hz |
| Self-adaption calibration | yes | yes | yes | yes | yes | yes |
| Time to image | <5s | <5s | <5s | <5s | <5s | <5s |
| Image display resolution | 768*576 | 768*576 | 768*576 | 640*480 | 768*576 | 640*480 |
| Polarity Control | black hot/white hot/color palettes | black hot/white hot/color palettes | black hot/white hot/color palettes | black hot/white hot/color palettes | black hot/white hot | black hot/white hot |
| Digital Zoom | 2x, 4x | 2x, 4x, 8x | 2x, 4x | 2x, 4x, 8x | 2x, 4x | 2x, 4x |
| Brightness | manual | manual | manual | manual | manual | manual |
| Contrast | Auto/manual | Auto/manual | Auto/manual | Auto/manual | Auto | Auto |
| Operation Voltage range | DC: +2.5V~+5.5V | DC: +2.5V~+5.5V | DC: +2.5V~+5.5V | DC: +2.5V~+5.5V | DC: +2.5V~+5.5V | DC: +2.5V~+5.5V |
| Power consumption | <1W | <1.2W | <1W | <1.2W | <1W | <1.2W |
| Operation Temperature Range | -40°C~+60°C | -40°C~+60°C | -40°C~+60°C | -40°C~+60°C | -40°C~+60°C | -40°C~+60°C |
| Non-operating Temperature range | -45°C~+65°C | -45°C~+65°C | -45°C~+65°C | -45°C~+65°C | -45°C~+65°C | -45°C~+65°C |

| Temperature Shock | Shock | Weight | Size | Digital video output | Analogue video |
|---|---|---|---|---|---|
| 5°/min | 300g/2ms | 40 g | 38x38 | 16Bit/ BT.656(customized) | Yes |
| 5°/min | 300g/2ms | 40 g | 38x38 | 16Bit/ BT.656(customized) | Yes |
| 5°/min | 300g/2ms | 32 g | 30x30 | 16Bit/ BT.656(customized) | Yes |
| 5°/min | 300g/2ms | 32 g | 30x30 | 16Bit/ BT.656(customized) | Yes |
| 5°/min | 300g/2ms | 25 g | 24x24 | 16Bit/ BT.656(customized) | Yes |
| 5°/min | 300g/2ms | 25 g | 24x24 | 16Bit/ BT.656(customized) | Yes |