# Exhibit 12




| REVISIONS | | | | |
|---|---|---|---|---|
| REV | ECO | DESCRIPTION | DATE | APVD |
| | | ENIGEERING RELEASE | 4/12/2012 | JDF |

| 41605-001 | | |
|---|---|---|
| FOCAL LENGTH | 50mm | |
| FOV (Horizontal) | 12.5° | 6.2° |
| Format | 640 X 512 | 320 X 240 |
| Pixel size | 17µm | 17µm |
| Wavelength | 8-14µm | |
| F# | 1.2 | |
| Weight | 229gr | |
| Athermal | YES | |
| Interface Camera | Custom | |

PROJECTION: THIRD ANGLE


PROPRIETARY AND CONFIDENTIAL

THIS DOCUMENT CONTAINS INFORMATION WHICH IS PROPIETARY AND IS THE PROPERTY OF JANOS TECHNOLOGY INC. AND MAY NOT BE USED, REPRODUCED, OR DISCLOSED IN ANY MANNER WITHOUT THE EXPRESSED WRITTEN PERMISSION OF JANOS TECHNOLOGY INC.

UNLESS OTHERWISE SPECIFIED: DIMENSIONS ARE IN INCHES METRIC EQUIVALENTS IN BRACKETS (mm)

| ANG. | X.XX | X.XXX | X.XXXX |
|---|---|---|---|
| ±1/2° | ±0.010 | ±0.005 | +0.0005 / -0.0000 |

| DRAWN | D.A.M | 12 |
|---|---|---|
| CHECKED | | |
| ENG APPR. | | |
| MFG APPR. | | |
| Q.A. | | |


JANOS TECHNOLOGY
55 BLACK BROOK ROAD, KEENE, NH 03431 U.S.A.

TITLE: 50mm Objective

SIZE: B   DWG. NO.: 41605-ICD   REV: 1
SCALE: 1:1   CAGE: 66810   SHEET 1 OF 1