# Exhibit 14

### Re: Opportunity

**Naum Morgovsky** <naummorgovsky@yahoo.com>   09/18/12 at 11:29 AM
To  Devin Standard

Hi Devin,
Considering other available options for loose lenses, your prices are on the high side. I like the quality of your product, but I don't have to have mil-spec lenses at this point and see no reason paying a premium for something that the market may not fully appreciate, especially that even customized mil-spec lenses are available at lower prices.
If you will find a way to get the prices down by, for example, eliminating the extra costs associated with the lenses' conformance with mil-specs (which I understand to be somewhat a myth anyway), I don't have a problem placing an order this week. Please let me know ASAP because I'm exploring other options right now and need to make pertinent decisions very soon.
Best regards, Naum

---

**From:** Devin Standard <Devin.Standard@Janostech.com>
**To:** Naum Morgovsky <naummorgovsky@yahoo.com>
**Sent:** Tuesday, September 18, 2012 7:02 PM
**Subject:** Opportunity

Hi Naum:

I have been authorized to offer you a 5% discount off the Quote #610243 if you will place an order this week.
Please let me know if that is of interest to you.
Rgds,

**Devin S. Standard**
*Senior Account Manager*
Janos Technology
The Power of Focus
WWW.JanosTech.com
Devin.Standard@Janostech.com
(603) 313-2502