# Exhibit 15



### Re: EOY special pricing

**Naum Morgovsky** <naummorgovsky@yahoo.com>    10/01/12 at 7:43 PM
To Devin Standard

Hi Devin,
I appreciate your efforts, but the price adjustment has not been serious enough to make it work for me. When I first met you at the Photonics West show in San Francisco you told me that your company was able and interested to develop lenses for me which would be non-milspec and in a lower price range. If your company is interested in doing so, I can offer the following arrangement which would assure the continuity of our doing business together: I immediately place an order for 40 pcs of each 30/50/100mm lens sets at a price 10% below your latest price quote with delivery in 4 and no later than 5 weeks and meanwhile work with your company on designing more affordable non-milspec lenses with focuses 30/60/100mm to be supplied on an ongoing basis with minimum orders which would be of sufficient interest to your company. I can even prepay the order in full if you so desire.
Please let me know ASAP.
Best wishes, Naum

---

**From:** Devin Standard <Devin.Standard@Janostech.com>
**To:** Naum Morgovsky <naummorgovsky@yahoo.com>
**Sent:** Friday, September 28, 2012 5:50 AM
**Subject:** EOY special pricing

Hi Naum:
Please find your revised quote attached.
We are able to loosen some of the specs to reduce the cost.
I look forward to your order.

**Devin S. Standard**
*Senior Account Manager*
Janos Technology
The Power of Focus
WWW.JanosTech.com
Devin.Standard@Janostech.com
(603) 313-2502