# Exhibit 16

(22825 unread) - naummorgovsky@yahoo.com - Yahoo Mail
Case 3:16-cr-00411-VC   Document 116-16   Filed 09/19/17   Page 2 of 2
8/22/17, 3:24 PM

