# Exhibit 17


