Exhibit 18

