# Exhibit 19



(22825 unread) - naummorgovsky@yahoo.com — Yahoo Mail

8/22/17, 3:30 PM

Home | Mail | Search | News | Sports | Finance | Celebrity | Weather | Answers | Flickr | Mobile | More

Search Mail | Search Web | Home | N

Compose

**Inbox (9999+)**
Drafts (228)
Sent
Archive
Spam (42)
Trash

Smart Views
- Important
- Unread
- Starred
- People
- Social
- Shopping
- Travel
- Finance
- silverman
- mseymour
- bartfield
- montgomery
- seymour
- rosas
- cheo

Folders
- Drafts
- Notes
- Sent Messages
- untitled

Sponsored

**Be The Match**
Who Will You Save?

### Re: Naum

**Naum Morgovsky** <naummorgovsky@yahoo.com>
02/20/13 at 11:11 AM
To Devin Standard

Hi Devin,

Non-ITAR project. If everything goes according to plan, the initial quantities will be about 100 ea. 30mm and 100mm and 300 to 400 of 50mm.

Regards, Naum

---

**From:** Devin Standard <Devin.Standard@Janostech.com>
**To:** Naum Morgovsky <naummorgovsky@yahoo.com>
**Sent:** Wednesday, February 20, 2013 7:08 AM
**Subject:** RE: Naum

Hi Naum:
Thanks for your request. ITAR project or non-ITAR project?
How many units of each are you looking to buy?
Rgds,
Devin

**Devin S. Standard**
*Senior Account Manager*
Janos Technology
The Power of Focus
WWW.JanosTech.com
Devin.Standard@Janostech.com
(603) 313-2502

SPIE Photonics West   **BOOTH: # 1736**

Conference Dates: Feb. 5 – 7th
The Moscone Center
San Francisco, CA

Stop by & see us.   Booth #1736

---

**From:** Naum Morgovsky [mailto:naummorgovsky@yahoo.com]
**Sent:** Tuesday, February 19, 2013 8:00 PM
**To:** Devin Standard
**Subject:** Re: Naum

Hi Devin,

Attached are the forms containing the desired specs for lens sets we discussed at the show accompanied by rough sketches pertaining to them.
Please let me know if you need any additional information.

Try the new Yahoo Mail