# Exhibit 20

Case 3:16-cr-00411-VC   Document 116-20   Filed 09/19/17   Page 2 of 2

