Exhibit 21





**Animalistic**
20 Terrifying Animals You
Didn't Know Existed

Re: Lens prints

**Naum Morgovsky** <naummorgovsky@yahoo.com>    03/20/13 at 12:54 PM
To  Devin Standard

Hi Devin,

In order to go forward with the lenses for commercial thermal cameras per the drawings you sent to me, I need ASAP some kind of schematics which would allow me to confirm that the dimensions of the lens assemblies and the distances between lenses and from the rear lens to the camera sensor are in line with those I provided to you in my specs, as well as that the focusing is done by moving the rear lens only.

I am also interested in 30mm and 19mm lenses to be used for the same purposes (not 35mm as you mentioned in your email).

Thanks, Naum

---

**From:** Devin Standard <Devin.Standard@Janostech.com>
**To:** Naum Morgovsky <naummorgovsky@yahoo.com>
**Cc:** John Therriault <John.Therriault@Janostech.com>
**Sent:** Monday, March 18, 2013 1:52 PM
**Subject:** Lens prints

Hi Naum:
I hope you are well.
Our compliance guy told me that if we develop a brand new design for a weapon sight that that falls under ITAR restrictions.
As a Non-ITAR option, we can supply you with a 100, 50 and 35mm developed for a security camera application.
Take a look at the attached lens prints(50mm & 100mm) to see if they will work for you.
If so, I will forward the prints for the 35 as well.
Rgds,
Devin