# Exhibit 22

(22445 unread) - naummorgovsky@yahoo.com - Yahoo Mail          6/29/17, 7:20 PM

Home | Mail | Search | News | Sports | Finance | Celebrity | Weather | Answers | Flickr | Mobile | More

Naum Morgovsky, search your mailbox

janos weapon sight le    FW: Lens prints

Compose

Inbox (9999+)
Drafts (211)
Sent
Archive
Spam (18)
Trash
Smart Views
  Important
  Unread
  Starred
  People
  Social
  Shopping
  Travel
  Finance
  silverman
  mseymour
  bartfield
  montgomery
  seymour
  rosas
  cheo
Folders
  Drafts
  Notes
  Sent Messages
  untitled

Sponsored
**StantonDaily**
Remember Her? Try Not To Gasp When You See Her Now

Search results | Archive | Move | Delete | Spam | More

**FW: Lens prints**

**Devin Standard** <Devin.Standard@Janostech.com>          10/23/13 at 8:56 AM
To  Naum Morgovsky
CC  Paul Oliveira, marcvayn@gmail.com, jmunn@atncorp.com, John Therriault

Hi Naum:
Please find attached the email I sent, together with the drawings of the Non-ITAR lenses, on 3/18/13.
These are the part numbers I quoted you on 5/22/13.
If you are available at 1PM EST we should have a discussion.
Let me know if that time works for you.
Thank you.
Rgds,
Devin

---

**From:** Devin Standard
**Sent:** Monday, March 18, 2013 4:53 PM
**To:** Naum Morgovsky
**Cc:** John Therriault
**Subject:** Lens prints

Hi Naum:
I hope you are well.
Our compliance guy told me that if we develop a brand new design for a weapon sight that that falls under ITAR restrictions.
As a Non-ITAR option, we can supply you with a 100, 50 and 35mm developed for a security camera application.
Take a look at the attached lens prints(50mm & 100mm) to see if they will work for you.
If so, I will forward the prints for the 35 as well.
Rgds,
Devin

northwin….pdf

Try the new Yahoo Mail

https://mg.mail.yahoo.com/neo/launch?.rand=fv1pdncfughct#7179321156                                       Page 1 of 1

(22825 unread) - naummorgovsky@yahoo.com — Yahoo Mail
Case 3:16-cr-00411-VC   Document 116-22   Filed 09/19/17   Page 3 of 3
8/22/17, 3:39 PM

Home | Mail | Search | News | Sports | Finance | Celebrity | Weather | Answers | Flickr | Mobile | More

Search Mail | Search Web | Home | N

Compose

- Inbox (9999+)
- Drafts (228)
- Sent
- Archive
- Spam (42)
- Trash
- Smart Views
  - Important
  - Unread
  - Starred
  - People
  - Social
  - Shopping
  - Travel
  - Finance
  - silverman
  - mseymour
  - bartfield
  - montgomery
  - seymour
  - rosas
  - cheo
- Folders
  - Drafts
  - Notes
  - Sent Messages
  - untitled

Archive | Move | Delete | More

### Re: Revised quote

**Naum Morgovsky** <naummorgovsky@yahoo.com>          05/23/13 at 12:08 PM
To Devin Standard

Devin,

The PO is coming up today from ATN. None lenses are needed in June.

Important urgent questions:
1) Do you have in stock non-ITAR lenses?
2) Are any dimensions and distances pertaining to non-ITAR lenses any different than those pertaining to the ITAR ones we previously bought from you? This is crucially important because we are ordering 600 sets of parts for lens housings with internal focusing and need to know for sure what design changes, if any, need to be made in order to use the non-ITAR lenses.

Regards, Naum

---

**From:** Devin Standard <Devin.Standard@Janostech.com>
**To:** Naum Morgovsky <naummorgovsky@yahoo.com>
**Sent:** Thursday, May 23, 2013 7:31 AM
**Subject:** RE: Revised quote

Naum:
How many lenses do you need during the month of June?
Anticipating your PO, we need to ensure we have sufficient material on hand.

**Devin S. Standard**
*Senior Account Manager*
Janos Technology
The Power of Focus
WWW.JanosTech.com
Devin.Standard@Janostech.com
(603) 313-2502

SPIE Security+Defence -- Booth #1463

---

**From:** Naum Morgovsky [mailto:naummorgovsky@yahoo.com]
**Sent:** Wednesday, May 22, 2013 1:33 PM
**To:** Devin Standard
**Subject:** Re: Revised quote

Hi Devin,

We greatly appreciate your cooperation.
Is it acceptable if the PO is issued by ATN and be subject to the ATN's credit terms with Janos?

Best wishes, Naum

---

**From:** Devin Standard <Devin.Standard@Janostech.com>

Sponsored

**Parents Dome**
You Will Never Believe Who This Star Is!


YAHOO!
What are the best new sedans for 2017?
Search Now