# Exhibit 23



**Devin Standard** <Devin.Standard@Janostech.com>   11/07/13 at 12:25 PM
To  Naum Morgovsky
CC  John Therriault

Naum:
The numbers are the same.
Rgds,
Devin

**From:** Naum Morgovsky [mailto:naummorgovsky@yahoo.com]
**Sent:** Wednesday, November 06, 2013 2:34 PM
**To:** Devin Standard
**Subject:** Re:

Hi Devin,
On November 16, 2012, you forwarded to me an email from Tim in regard to the ITAR lenses. An excerpt from it is as follows:

"Below are the effective focal lengths as designed optically.

Heavy 100.5mm
Medium 50.00
Light 30.50

These are right from Code V design files."

Can you please simply send me ASAP the corresponding numbers for the Non-ITAR lenses.

Regards, Naum

On Wednesday, November 6, 2013 8:03 AM, Devin Standard <Devin.Standard@Janostech.com> wrote:
Naum:
Here is the prescription. Tim says that should answer everything for question A.
Question B is going to require some analysis. I am working on getting a list of what is needed to complete.
Rgds,
Devin

Devin,
Attached is the prescription for the lens.  This coupled with the drawings should give the customer everything he needs to build his lens.
Tim



Tim Olsen
Director of Engineering
603-313-7084
tolsen@janostech.com

a)  the actual focal distances of the lenses