# Exhibit 27

Пожелания и вопросы

1. Квадратный модуль с габаритными размерами 38х38 позволяет унифицировать тепловизионный модуль с модулем Flir. Это позволит использовать новый модуль в конструкциях, спроектированных под Flir. Так же это позволит экономить место в разрабатываемых приборах и использовать его для расположения органов управления, узлов крепления, что в свою очередь уменьшит как габариты, так и вес готового изделия.
2. Закрепление плат модуля на механической детали Part 1, позволит уменьшить габариты приборов выпускаемых на данном модуле за счет возможности различного закрепления модуля через данную деталь. Это так же повысит гибкость использования модуля в различных типах приборов (прицел, монокуляр, комбинированный прибор).
3. В детали Part 1 возможна реализация системы демпфирования SMS, которая позволит свести к минимуму риски появления битых пикселей при использовании данного модуля в прицелах, поскольку микроболометры на матрицах компании Ulis чувствительны к ударным нагрузкам.
4. Все пользовательские разъемы под Micro HDMI, Micro USB, Micro SD должны быть вынесены на отдельную плату. Поскольку прибор для полевых условий должен быть обязательно герметичным, нельзя располагать данные разъемы непосредственно на самом модуле. При подобном расположении в прибор возможно попадание пыли, грязи, влаги как на платы модуля, что может привести к выходу из строя электронных компонентов, так и на оптические элементы, что приведет к ухудшению изображения прибора из-за загрязнения и запотевания внутренних оптических поверхностей. Данную плату необходимо размещать в отдельном герметичном отсеке прибора по типу батарейного отсека, попадание в который посторонних предметов не приведет к ухудшению работы прибора либо выходу его из строя.

Это были пожелания, теперь вопросы.
1. Каково потребление модуля?
   а) С включенными дополнительными возможностями.
   б) С выключенными дополнительными возможностями.
2. Какой принцип калибровки используется в модуле? (калибровка крышкой, калибровка шторкой, электронная калибровка)
3. Будет ли ручная регулировка контраста?
4. Сколько режимов автоконтраста предусматривается в приборе?
5. Каким образом организовано меню? (какая структура меню?)
6. Возможно ли будет корректировать параметры контраста и режимов автоконтраста через персональный компьютер производителю приборов?
7. Возможно ли через Wi-Fi вводить данные с лазерного дальномера в модуль с последующим выводом на микродисплей?
8. Возможна ли в данном модуле реализация баллистического калькулятора с использованием данных дальномера? (позволяют ли аппаратные возможности данного модуля реализовать подобный функционал?) В двух словах это выглядит следующим образом. У пользователя пристрелян прибор на определенную дистанцию, ему необходимо сделать выстрел на другую дистанцию по определенной цели. В приборе должно быть два перекрестия, одно для стрельбы, второе для измерения дистанции лазерным дальномером. Пользователь, наведя крест измерения дистанции на цель нажимает кнопку замера. После чего прицельное

TrashCovers_000311

Доброе утро Наум!!!

Посмотрев реализованный АТНом модуль, у нас сложилось впечатление, что, как принято у нас говорить, наши западные партнеры, просто не хотят переделывать модуль и придумывают различные причины, которые не имеют никакого отношения к сути тех вопросов которые мы поставили. А именно: небольшое изменение конфигурации плат, перенос пользовательских разъемов USB и т.д. на отдельную плату. На представленной фотографии видно, что площадь предлагаемых нами плат больше площади плат на которых они реализовали свой модуль. При сохранении разбивки устройства на функционально законченные модули (платы) сохраняется и разнесение отдельных элементов друг от друга, а наличие в конструкции металлических рамок только улучшает экранирование. Так же если все пользовательские разъемы будут вынесены на отдельную плату, это добавит дополнительное место для разнесения, если они за это так уж переживают.

TrashCovers_000312



