# Exhibit 30



**From:** Naum Morgovsky [mailto:naummorgovsky@yahoo.com]
**Sent:** Monday, January 20, 2014 12:58 PM
**To:** KC KHORRAMI
**Subject:** Re: 26 boxes

Hi KC,

I have checked with SORL, the manufacturer of the off-axis collimator, and other multiple sources, as well as with multiple sources pertaining to the laser engravers (ours is imported from China), and confirmed that there are no export restrictions on either device. I was told that EAR99 is to be used for the ECCN numbers for both of them. Please file the export declaration accordingly.

Best regards, Naum


On Friday, January 17, 2014 2:48 AM, Naum Morgovsky <naummorgovsky@yahoo.com> wrote:


On Thursday, January 16, 2014 11:00 AM, KC KHORRAMI <kc@arii.net> wrote:
Hi Naum,
As I was filling the AES, it seems like the laser engraving machine and the collimator are controlled items for Russia.
Do have the ECCN for these items.
Tks
KC



**@rii**

*kc khorrami*
***American Royal International, Inc.***
***Freight Forwarder & Customs Broker***
***1021 Washington Street, San Carlos, CA. 94070***
*Tel: (650) 685-7330*
*Fax: (650) 685-7334*
*E-mail:* kc@arii.net
*Website:* www.arii.net

**From:** Naum Morgovsky [mailto:naummorgovsky@yahoo.com]
**Sent:** Tuesday, January 14, 2014 9:54 PM
**To:** KC
**Subject:** Re: 26 boxes

Hi KC,

I left later than expected today and had to go to the airport shortly thereafter. My wife will bring the invoices and packing lists tomorrow.



Thank you, Naum