# Exhibit 31



**American Royal International, Inc.**
*1021 Washington Street*
*San Carlos, CA. 94070*

PAID 01/02/2014

# Invoice

| INVOICE DATE | INVOICE # |
|---|---|
| 1/2/2014 | ARII37669 |

| BILL TO: |
|---|
| Vision Tech CO.<br>3145 Geary Blvd. #269<br>San Francisco, CA. |

| MAWB | HAWB | WEIGHT | DUE DATE | ENTRY DATE |
|---|---|---|---|---|
| 999-32684234 | | | 1/2/2014 | 1/2/2014 |

| QUANTITY | DESCRIPTION OF CHARGE | RATE | AMOUNT |
|---|---|---|---|
| 277 | Air freight | 2.75 | 761.75 |
| 277 | Fuel Surcharge | 1.25 | 346.25 |
| 1 | AES Filing | 25.00 | 25.00 |
| 1 | Handling | 45.00 | 45.00 |

**TOTAL DUE**    $1,178.00

\*\* IMPORTANT MESSAGE \*\*
In accordance with 19 CFR 11.29(2)(ii) it is our obligation to inform you as an import customer of American Royal International, Inc. the following:

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed to Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "Customs & Border Protection" which shall be delivered to Customs by the broker.

[Print] [Return to Shipment]

| Shipment Information | | USPPI | |
|---|---|---|---|
| Filer ID | 943383642 | Name | VISION TECH CO. |
| Shipment Reference Number | 37669 | ID Number | 943009069 (EIN) |
| ITN: | X20140120040729 | Contact | NAUM MOREOVSKAYA |
| Current Date/Time: | Thu Jan 23 19:03:08 2014 EST | Phone | 4157065404 |
| | | Cargo Origin | 3145 GEARY BLVD. SUITE 269 SAN FRANCISCO, CA 94118 |
| Departure Date | 01/22/14 | | |
| Transportation Reference Number | 999-32684234 | | |
| Origin State | CALIFORNIA (CA) | Ultimate Consignee | |
| Country of Dest. | RUSSIA (RU) | Name | OOO TPK ARGUS NV |
| Export Port | SAN FRANCISCO INTL AIRPT (2801) | Contact | |
| Mode of Transportation | AIR (40) | Phone | |
| Carrier SCAC/IATA | AIR CHINA CARGO (CA) | | |
| Conveyance Name | AIR CHINA CARGO | Address | KOSINKAYA STREET 7 MOSCOW, RU 111538 |
| Routed Transaction? | Yes | | |
| Related Companies? | No | Freight Forwarder | |
| Hazardous? | No | Name | AMERICAN ROYAL INT'L, INC. |
| | | ID Number | 943383642 (EIN) |
| | | Contact | KC KHORRAMI |
| | | Phone | 6506857330 |
| | | Address | 1021 WASHINGTON STREET SAN CARLOS, CA 94070 US |

### Commodities

| Item | EIC | Schedule B/HTS/Description | Qty | Gross Wt. | Value | Origin | License | Vehicle |
|---|---|---|---|---|---|---|---|---|
| 1 | OS | 9031494000 COLLIMATOR | X | 47 KG | $ 2750 | D | C33 | No |
| | | License Details License Type: NLR NO LICENSE REQUIRED, OR ONLY CONTROLLED FOR ANTI-TERRORISM (AT) (C33) ECCN: EAR99 | | | | | | |
| 2 | OS | 8456100002 LASER ENGRAVING CUTTING MACHINE | 1 NO | 111 KG | $ 2750 | F | C33 | No |
| | | License Details License Type: NLR NO LICENSE REQUIRED, OR ONLY CONTROLLED FOR ANTI-TERRORISM (AT) (C33) ECCN: EAR99 | | | | | | |
| 3 | OS | 8443321010 LASER PRINTER | 1 NO | 27 KG | $ 330 | F | C33 | No |
| 4 | OS | 8528590100 LCD MONITOR | 1 NO | 8 KG | $ 99 | F | C33 | No |
| 5 | OS | 9018200000 INFRARED | X | 15 KG | $ 1065 | D | C33 | No |
| 6 | OS | 8525800035 SECURITY CAMERA | 1 NO | 5 KG | $ 350 | D | C33 | No |