# Exhibit 32

