ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ERIN A. CORNELL (CABN 227135)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7124
FAX: (415) 436-6748
Erin.Cornell@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAUM MORGOVSKY and IRINA MORGOVSKY,<br><br>Defendant. | CASE NO. CR 16-0411 VC<br><br>UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

The United States of America, by and through Alex G. Tse, Acting United States Attorney for the Northern District of California, and Erin A. Cornell, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The Superseding Indictment in the above-captioned case seeks forfeiture of property pursuant to Title 18, United States Code, Sections 981(a)(1) and 982(a), and Title 22, United States Code, Section 401. The United States hereby provides further notice that, pursuant to the Superseding Indictment's forfeiture allegations, the United States seeks forfeiture of the following property:

a. One optic lens, size small, tube serial number 4654898, tube type F9815SLG;

b. One optic lens, size medium, tube serial number 4656232, tube type F9815SLG;

c. One optic lens, size large, tube serial number 4732440, tube type F9815SLG;

d. Forfeiture money judgment in the amount of $222,929.61.

DATED: February 21, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/ Erin A. Cornell
ERIN A. CORNELL
Assistant United States Attorney