ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN HEMANN (CABN 165823)
COLIN SAMPSON (CABN 249784)
ERIN CORNELL (CABN 227135)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    Facsimile: (415) 436-6748
    Email: Colin.Sampson@usdoj.gov

JASON B.A. McCULLOUGH (NYBN 4544953)
Trial Attorney, National Security Division

    600 E Street, NW
    BICN Building, Suite 10606
    Washington, D.C. 20530
    Telephone: (202) 233-0986
    Email: Jason.McCullough@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 16-00411 VC |
| Plaintiff, | ) |
| v. | ) UNITED STATES' NOTICE RE INTRODUCTION OF RECORDS GENERATED BY ELECTRONIC PROCESS OR SYSTEM, AND DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO SELF-AUTHENTICATION PROVISIONS OF FED. R. EVID. 902(13) AND 902(14) |
| NAUM MORGOVSKY and IRINA MORGOVSKY, | ) |
| Defendants. | ) Trial Date: June 13, 2018<br>) Pretrial Date: May 30, 2018, 1:30 p.m.<br>) Court: Honorable Vince Chhabria |

The United States hereby gives notice that it may offer into evidence records generated by an electronic process or system pursuant to Federal Rule of Evidence 902(13), and data copied from an electronic device, storage medium, or file pursuant to Federal Rule of Evidence 902(14). The United

States has attempted to obtain stipulations from defendants Naum Morgovsky and Irina Morgovsky to introduce into evidence business records from the companies listed below, but as of the date of this filing defendants have failed to stipulate. At present, therefore, the United States anticipates calling as a witness Penni Price of the Federal Bureau of Investigation's Silicon Valley Regional Forensic Laboratory ("RCFL"), to testify regarding her electronic extraction of digital files seized from the defendants' residence during the search conducted on August 25, 2016. Ms. Price would testify that she extracted and imaged the files marked as Exhibits 80-99 and 101-199. All files were imaged fromm one computer identified as MacBook Pro, ModelA1278, on a Toshiba SATA 750GG hard drive, Model MK7559GXSF. Her report is identified as Exhibit 79 and titled "RCFL Report with Metadata." Those exhibits are listed below:

| Exhibit No. | Description | *Bates*-Numbers |
|---|---|---|
| 80 | 11/9/2007 Shipment from Hitek International to OOO NPK Infratech | shippermail1628[1].pdf |
| 81 | 10/17/2008 Shipment from Hitek International to OOO NPK Infratech | shippermail1628.pdf |
| 82 | 11/16/2008 Shipment from Hitek International to OOO NPK Infratech | Mult13.pdf |
| 90 | Statement of Cash Flows for Infratech | US11-001304-1305 |
| 91 | Statement of Cash Flows for Infratech | US11-001309-1310 |
| 92 | Statement of Cash Flows for Infratech | US11-001314 |
| 93 | Statement of Cash Flows for Infratech | US11-001299-1300 |
| 94 | Statement of Cash Flows for Infratech | US11-001294-1295 |
| 95 | Infratech product manual (includes IT-333, 404 and 406) | US11-001282-1291 |
| 96 | AIT brochure for 4x and 6x corruptor one scope has Infratech logo | 3.Fin.Brosh_404-6_3.pdf |
| 97 | AIT brochure w/ IT marking on scope | 204_Broshure_1.pdf |
| 98 | AIT brochure same as above w/ IT marking removed (edited same day) | 204_Broshure_3.pdf |
| 99 | Video King invoice to Henryk Ciecierski on 12/20/2011 | Henr12.20.11 |
| 101 | March 25, 2015 Letter from Naum to Sun Creative | LeeterSunProblems1.doc |
| 102 | October 12, 2010 "Description" Letter | US-002092-93 |
| 103 | Statement of Cash Flows for Infratech | US-002097-98 |
| 104 | Statement of Cash Flows for Infratech | US-002101-02 |
| 105 | Statement of Cash Flows for Infratech | US-002106-07 |
| 106 | Statement of Cash Flows for Infratech | US-002110-11 |
| 107 | Statement of Cash Flows for Infratech | US-002115-16 |
| 108 | Statement of Cash Flows for Infratech | US-002120 |
| 109 | Statement of Cash Flows for Infratech | US-002123-24 |
| 110 | Statement of Cash Flows for Infratech | US-002129 |
| 111 | Statement of Cash Flows for Infratech | US-002132-33 |
| 112 | May 12, 2010 Letter to Naum concerning bank wiring instructions | US-002138 |
| 113 | March 1, 2010 Letter to Naum regarding defects | US-002140 |

UNITED STATES' RULE 902(13) & (14) NOTICE
CR 16-00411 VC                                                    2

| | | | |
|---|---|---|---|
| 114 | March 9, 2010 Letter to Naum regarding defects | US-002142 | |
| 115 | June 10, 2008 Letter to Naum regarding assembly status | US-002144 | |
| 116 | February 14, 2006 Letter to Naum regarding delivery of image intensifier tubes. | US-002146 | |
| 118 | Paystubs and associated materials for Christina Sortino | June16.pdf | |
| 118B | Paystubs and associated materials for Christina Sortino | 1CEF7A393F8EAB9DF439A9F211F8B2573ECCB_Paycheck4588_Dec19_09-01.pdf | |
| 119 | November 2012 Infratech Price List | US-002148-49 | |
| 120 | November 2012 Infratech Price List | US-002154-55 | |
| 121 | Installation Instructions for Image Intensifier Tube into IT-320 | US11-000123-145 | |
| 124 | May 25, 2012 Letter to Naum regarding defects [chart] | US-002159 | |
| 125 | February 15, 2012 Letter to Naum regarding discounts | US-002161 | |
| 126 | May 13, 2013 Letter from Vadim to Naum listing out products to include binder connectors | US11-001219 | |
| 127 | May 22, 2013 Letter to Naum with two items: Dormer product selector and AN/PEQ | US-002163 | |
| 128 | 8/11/2011 Invoice from Commerical Optics to Gero trading- for 62 optical converters | GerInv08.03.2011.doc | |
| 129 | 8/26/2011 Invoice from Commerical Optics to Gero Trading - for 150 optical converters | GerInv08.27.2011.doc | |
| 130 | 8/31/2011 Invoice from Commercial Optics to Gero Trading- for 99 optical converters | GerInv09.01.2011.doc | |
| 131 | 9/2/2011 Invoice from Commerical Optics to Gero Trading for - 12 optical Converters | GerInv09.03.2011.doc | |
| 132 | 2/28/2012 Invoice from Commercial Optics to Gero Trading for - 75 optical converters | GerInv02.28-0.2012.doc | |
| 133 | December 9, 2011 task list | Henryk-Val.docx | |
| 134 | September 29, 2011 Letter to Naum regarding receipt of package | US-002165 | |
| 135 | September 9, 2011 Letter to Naum regarding inquiry about products from flir and morovision. | US-002167 | |
| 136 | August 1, 2011 Invoice from Michael Drane to Lithuania | Litv08.01.11.doc | |
| 137 | June 9, 2011 Invoice from Commercial Optics to Gero | GerInv06.09.2011.doc | |
| 138 | March 16, 2011 Invoice from Video King to Lopez Lax | SCS.Inv.03.16.11.doc | |
| 151 | Morovision Specification Sheet for Image Intensifier Tubes | ITTF9810SLN_F9810SLF_SPEC.pdf | |
| 152 | Export Regulation Tracker alerts (4) | Justia Regulation Tracker Export privileges | |
| 153 | Defense Industrial Base Assessment: U.S. Imaging and Sensors Industry, July 2006 | NVreport.pdf | |
| 154 | 18 USC 371 | US CODE Title 18_371_Conspiracy to commit offense or to defraud United States.txt | |
| 155 | 22 USC 2278 | US CODE Title 22_2278_ Control of arms exports and imports.txt | |
| 156 | August 26, 2008 Letter from Joseph Fradel to Sam's Storage authorizing unrestricted access for Irina Morgosky | To.doc | |
| 158 | Infratech Price List 2007 | US-002191 | |

UNITED STATES' RULE 902(13) & (14) NOTICE
CR 16-00411 VC                                3

| 159 | January 2008 Order for Gen. 2 Image Intensifier Tubes from Henryk Ciecierski | ORDER NO_01NM.doc |
|---|---|---|
| 161 | Instructions for installing and changing Image Intensifier Tubes | InstTube.doc |
| 162 | April 5, 2001 Letter from Naum to Mr. Jovanovski regarding shipment of Gen. 2 and 3 tubes to Macedonia | Magnlet4.5.01.doc |
| 163 | January 24, 1998 Letter from Naum to Hakko regarding sale of Image Intensifier Tubes | HAKK16.doc |
| 164 | October 26, 1998 Letter from Naum to Mr. Jovanovski | Magn2.doc |
| 165 | October 15, 1998 Letter from Naum to Mr. Jovanovski | Magn.doc |
| 166 | July 27, 1999 plan re: RUSSIAN TECHNOLOGY TRANSFER SCHEDULE | Phase2&3.Plan.doc |
| 167 | ITT Data Record | 9800.pdf |
| 168 | March 20, 2013 Letter from Vadim to Naum | US-002193-2194 |
| 169 | Letter from Vadim to Naum concerning Infratech 2012 Production Plan | US-002197-99 |
| 170 | A payment invoice dated September 20, 2010 from supplier Hitek International to buyer Infratech for provided products. | US-002201-02 |
| 171 | Recommendations for screen manual brightness control system tuning and installation | US-002205 |
| 172 | March 13, 2006 Communication from Vadim | US-002205-06 |
| 173 | March 8, 2006 Correspondence from Vadim | US-002209 |
| 174 | April 7, 2008 Correspondence from Vadim to Naum | US-002212 |
| 175 | May 10, 2007 Correspondence from Vadim to Naum | US11-001387 |
| 176 | May 11, 2006 Correspondence from Vadim | US-002214 |
| 177 | Attachment #1 to the Ministry of Defense from Hitek and OOO SDM | US-002216-17 |
| 178 | October 20, 2009 PO from Infratech to Hitek | US-002220 |
| 179 | List of Parts | US-002222-23 |
| 180 | 2016 Inventory | US-002226-35 |
| 181 | Letter from Bellafonte Limited | US-002244 |
| 182 | List of Discounted Products | US-002246 |
| 183 | Description of new facility in Moscow | US-002248 |
| 184 | Infratech Price List valid 1/05/2011 | US-002250-51 |
| 185 | October 27, 2014 Draft Letter from Infratech, signed by A.S. Sofine | US-002255 |
| 186 | Minutes No. 825-AE/MO/1 of the Bid Review Meeting | US-002257-60 |
| 187 | Completion Certificate for Military Operation Testing, May 2015 | US-002265-69 |
| 188 | Analysis Report No. 1 on the reasons for failure of product IT310 | US-002275-76 |
| 189 | October 28, 2014 Letter from Infratech to Defense Ministry of Russian Federation | US-002279 |
| 190 | Undated Letter from A. Sofine to Defense Ministry of the Russian Federation | US-002281 |
| 191 | Undated Letter from A. Sofine to Defense Ministry of the Russian Federation | US-002283 |
| 192 | April 22, 2005 Contract between Global Vision and Infratech | US-002285-88 |
| 193 | Letter from A. Sofine to RF State Duma Member regarding Argus and Infratech | US-002293-95 |
| 194 | Hitek Invoice dated 4/23/2007 to Marius Yakovlev/Infratech | InfrInv4.23.07.doc |
| 195 | Commercial Optics Invoice to Gero Trading dated 4/26/2007 | GerInvCO04.26.07.doc |
| 196 | Optics Express Invoice dated 8/2/2012 to FLC lists various lens assembly | Hitek International.docx |

| 197 | Interspace invoice to FLC (edited version of exhibit 196) lists various lenses | Interspace.docx |
| 198 | September 1, 2010 Letter from Vadim | US11-001226 |
| 199 | Certificate of Acceptance and Transfer of Goods and Material Assets to Storage, July 18, 2014 | US11-001233-1240 |

Under Rule 902 of the Federal Rules of Evidence, such records are self-authenticating if accompanied by an appropriate certification. Specifically, Rule 902 provides in pertinent part:

Rule 902.  Evidence That Is Self-Authenticating

The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:

* * *

(13) Certified Records Generated by an Electronic Process or System.  A record generated by an electronic process or system that produces an accurate result, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12).  The proponent must also meet the notice requirements of 902(11).

(4) Certified Data Copied from an Electronic Device, Storage Medium, or File.  Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital indentification, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12).  The proponent also must meet the notice requirements of Rule 902(11).

Fed. R. Evid. 902(13) and 902(14).

The rule referred to in Rule 902 – *i.e.*, Rule 803(6) of the Federal Rules of Evidence – sets forth one of the hearsay exceptions.  It provides as follows:

Rule 803.  Exceptions to the Rule Against Hearsay – Regardless of Whether the Declarant is Available as a Witness

The following are not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness:

* * *

(6) Records of a Regularly Conducted Activity.  A record of an act, event, condition, opinion, or diagnosis if:

(A)   the record was made at or near the time by – or from information transmitted by – someone with knowledge;

(B)   the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

(C)   making the record was a regular practice of that activity;

  (C) all these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification; and

  (E) the opponent does not show that the source of information or the method or circumstances of preparation indicate a lack of trustworthiness.

Fed. R. Evid. 803(6).

  The United States has produced these records in discovery on various dates. The first two pages, US11-001318-1319, are signed by Ms. Price and constitute the certification. The report contains the extraction information (file name and path, creation date, modification date, author identity) and other metadata for the computer files that the government seeks to introduce at trial. As set forth in those documents, the declarations are from the custodian of records of the RCFL. The certifications comply with the requirements set forth in Rule 803(6)(A)-(C) and Rule 902(11).

DATED: May 16, 2018.         Respectfully submitted,

                    ALEX G. TSE
                    Acting United States Attorney


                    */s/ Erin Cornell*
                    COLIN SAMPSON
                    ERIN CORNELL
                    Assistant United States Attorneys
                    JASON B.A. McCULLOUGH
                    Trial Attorney, National Security Division