# ATTACHMENT D

## TRIAL EXHIBIT #25

```
     /// U N I T E D              EXCESS BAGGAGE TICKE
19APR09  SFOS1  36086-1            CUSTOMER RECEIPT
AGENT ID:   V000073
CUSTOMER:  PIPER/GARY
TKT NBR:   016 7419834909 P    CPN: 1    ORIGIN: (
ITEMS:
                15.00 (13)                25.00 (12

FORM OF PAYMENT:    BAXXXXXXXXXXXX7219¤   011500
ADDITIONAL REMARKS:

                                    CPN   DOCUMENT NUMBER    CK
                                     0  016  4511360919    2
TOTAL       USD40.00
```

```
     /// U N I T E D

  PIPER/GARY                            BOARDING PASS


UA 332    APR 19
FROM   SACRAMENTO
TO     CHICAGO/OHARE



BOARDS AT   1:35 PM
                                         SEATING
SEAT 19C
                                            4
CONFIRMATION NBR  KXXTJC
016  7419834909 CPN 2
ISSUED BY V000073 AT 7C5D85 SFOCS
```

Stub (rotated): ER/GARY · 332 · APR 19 · SACRAMENTO / CHICAGO/OHARE · RTS AT 2:05 PM · JBACK - WWW.UALSURVEY.COM · 19C · IN 419834909 CPN 2

1B233.0007

## UNITED AIRLINES DELAYED BAGGAGE REPORT
PLEASE PRINT

Customer Name: Gary Piper
Local Address/Hotel: Holiday Inn
5615 N. Cumberland Ave.
City/State/Zip: Chicago, IL 60631
Phone Number: ███████5800
Alternate Phone: ███████-6674
Email Address: garypiper@yahoo.com
Date of Travel: 4/19/2009
Arriving Flight #: 

Did you clear customs with your bag? Yes ☐ No ☒

Fed EX Delivery Yes ☐ No ☐

### BAGGAGE ITINERARY

In some cases your flight itinerary may have changed after your bag was checked. Please indicate your original baggage routing below.

| FROM | TO | AIRLINE NAME | FLIGHT NUMBER |
|------|----|----|----|
|      |    |    |    |
|      |    |    |    |
|      |    |    |    |

Does the bag have a name tag? ☐ Yes ☐ No
Under what name? Irina Morgovskaya

| MISSING BAG CLAIM CHECK NUMBER(S) | COLOR | TYPE # 1-99 |
|---|---|---|
| 1. 3016UA-919008 |  |  |
| 2. 3016UA-919009 |  |  |
| 3. PIPER/GARY  3016UA-919009  ORD |  |  |
| 4. |  |  |
| 5. |  |  |

TICKET NUMBER: ☐☐☐☐-☐☐☐☐☐☐☐☐-☐☐

Customer Service Representative                    Date / Station

**AIRPORT USE ONLY:** SPECIAL SERVICE CALL BACK INSTRUCTIONS:
PAWOB Locator: XZ3VXQF
☐ Ron Kit

CUSTOMER COPY

1B233.0008

# DELAYED BAGGAGE REPORT



*Deepak Sareen*
*New Deli India*



---

**ONLINE SUPPORT**

We apologize for any inconvenience you may be experiencing. You can check the status of your baggage online by visiting

**www.united.com/bagtrack**

Simply enter the last name listed on this report and your baggage claim numbers or the PAWOB number to retrieve the status of your delayed baggage.

If you do not have internet access and require additional assistance please call 1-800-221-6903.

---

**Notes:**

United 1-800-864-8331
Geraldine Quinones
Kathy
J Reilys. Service Director
Durganam Kothari
Cust/Svc Supervisor

FORM NO. UCS4495 REV. 3/07

1B233.0009