# ATTACHMENT E

## TRIAL EXHIBIT #27



# HITEK INTERNATIONAL

3145 Geary Blvd. • San Francisco, CA 94118 • Tel.: 415-752-2872

June 15, 2007

NPK "InfraTech"

Re: Request for Night Vision Devices

Dear Mr. Pavlov,

In response to your request from June 11, 2007, regarding Night Vision Devices as well as accessories and components to be used in or for Night Vision Devices, we are pleased to offer these products at special prices as follows:

1. Night vision monocular scope "Retron M-121" 3x in the quantity of 50 pieces at $120.00 per unit;
2. Night vision monocular scope "CyberEye" 1x body only without image intensifier tube (ЭОП) in the quantity of 17 pieces at $38.00 per unit;
3. Variable power night vision monocular scope "Pantera" body only without image intensifier tube (ЭОП) in the quantity of 2 pieces at $91.50 per unit;
4. Night vision biocular scope "Firefly" 1x body only without image intensifier tube (ЭОП) in the quantity of 1 piece at $45.00 per unit;
5. Night vision monocular scope "AB" body only without image intensifier tube (ЭОП) in the quantity of 2 pieces at $39.00 per unit;
6. Additional objective lenses for biocular scope "Firefly" in the quantity of 2 pieces at $14.00 per unit;
7. Night vision monocular scope "The Flea" 1x body only with headmount without image intensifier tube (ЭОП) in the quantity of 28 pieces at $52.00 per unit;
8. Wave spring washers for night vision monocular scopes in the quantity of 500 pieces at $0.07 per unit; and
9. Lens covers for night vision monocular scopes in the quantity of 285 pieces at $1.35 per unit.

The above prices are CPT Moscow.
The above products will be ready for delivery within 3 weeks from today.

Very truly yours,

Naum Morgovsky, owner