# ATTACHMENT F

## TRIAL EXHIBIT #56



**Bank of America**

```
                                              PAGE 1 OF 1
                                   BANK OF AMERICA, N.A.
                                   WIRE TRANSFER ADVICE
                                   1 FLEET WAY        PA6-580-04-05
                                   SCRANTON, PA       18507
```

```
WX 0000       889 012961 #001 AT 0.384
    GARY W PIPER, SOLE PROP
    DBA GLOBAL VISION
    63 BOVET RD # 337
    SAN MATEO CA 94402-3104
```

```
                                   DATE: 06/11/13
                                   DIRECT INQUIRIES TO:
                                   800.729.9473 OPTION 2
                                   ACCOUNT:         6484
```

---

THE FOLLOWING WIRE WAS CREDITED TODAY:                USD AMOUNT $21,000.00

| | | |
|---|---|---|
| TRANSACTION REF: | 2013061100113766 | SERVICE REF: 001373 |
| SENDER'S REF: | 0611318639001503 | |
| IMAD: | 20130611B1Q8383C001373 | |
| ORIGINATOR: | TONSTONE HOLDINGS LTD | ID: HU31103000021039237140012 |
| ORIGINATOR'S BANK: | MKB BANK NYRT | ID: 04015023 |
| SENDING BANK: | DEUTSCHE BANK TRUST CO. AMERICAS | ID: 021001033 |
| BENEFICIARY: | GLOBAL VISION | ID:       6484 |
| PAYMENT DETAIL: | PAYMENT FOR OPTICAL GOODS (BUSHNELLBINOCULARS) PER CONTRACT NO. 55 FROM MARCH 15, 2011 | |

1B042-09.0005