# ATTACHMENT H

## TRIAL EXHIBIT #129

## COMMERCIAL INVOICE

| INVOICE NUMBER: 5741 | | INVOICE DATE: | 08.26.2011 |
|---|---|---|---|
| SHIPPER / EXPORTER<br><br>**Commercial Optics**<br>1851 Noriega Street<br>San Francisco, CA 94122<br>Tel. 415-564-5629 | | CONSIGNEE / RECIPIENT<br><br>**Gero Trading**<br>Van der Waalslaan 9<br>7535 CN Enschede<br>Netherlands<br>Tel. 31-53-461-4159 | |
| COUNTRY OF<br><br>EXPORT | USA | RECIPIENT'S VIT NUMBER:<br>**NL-51691024 B01** | |
| COUNTRY OF<br><br>MANUFACTURE | USA | SHIP VIA | Global Express Mail |
| COUNTRY OF ULTIMATE<br>DESTINATION | Netherlands | PAYMENT TERMS | Net30 |

| ITEM | DESCRIPTION | M/pcs | QTY | UNIT VALUE US$ | TOTAL VALUE US$ |
|---|---|---|---|---|---|
| 1 | Optical converter | pcs | 150 | 12.00 | 1,800.00 |
| | | | TOTAL INVOICE VALUE F.O.B. (USD) | | $1,800.00 |

_____
Signature