# ATTACHMENT I

## TRIAL EXHIBIT #130

# COMMERCIAL INVOICE

| INVOICE NUMBER: 5786 | | INVOICE DATE: 08.31.2011 | |
|---|---|---|---|
| SHIPPER / EXPORTER<br><br>**Commercial Optics**<br>1851 Noriega Street<br>San Francisco, CA 94122<br>Tel. 415-564-5629 | | CONSIGNEE / RECIPIENT<br><br>**Gero Trading**<br>Van der Waalslaan 9<br>7535 CN Enschede<br>Netherlands<br>Tel. 31-53-461-4159 | |
| COUNTRY OF EXPORT | USA | RECIPIENT'S VIT NUMBER:<br>**NL-51691024 B01** | |
| COUNTRY OF MANUFACTURE | USA | SHIP VIA | Global Express Mail |
| COUNTRY OF ULTIMATE DESTINATION | Netherlands | PAYMENT TERMS | Net30 |
| ITEM | DESCRIPTION | M/pcs | QTY | UNIT VALUE US$ | TOTAL VALUE US$ |
| 1 | Optical converter 1.5" | pcs | 15 | 12.00 | 180.00 |
| 2 | Optical converter 1.5" adjustable | pcs | 40 | 15.00 | 600.00 |
| 3 | Optical converter 1.7" | pcs | 17 | 15.00 | 255.00 |
| 4 | Optical converter 1.7" dual | pcs | 27 | 25.00 | 675.00 |
| | | | TOTAL INVOICE VALUE F.O.B. (USD) | | $1,710.00 |

_____
Signature