# ATTACHMENT K

## TRIAL EXHIBIT #132

## COMMERCIAL INVOICE

| INVOICE NUMBER: 5941 | INVOICE DATE: 02.28.2012 |
|---|---|
| SHIPPER / EXPORTER<br><br>**Commercial Optics**<br>1851 Noriega Street<br>San Francisco, CA 94122<br>Tel. 415-564-5629 | CONSIGNEE / RECIPIENT<br><br>**Gero Trading**<br>Van der Waalslaan 9<br>7535 CN Enschede<br>Netherlands<br>Tel. 31-53-461-4159 |
| COUNTRY OF EXPORT    USA | RECIPIENT'S VIT NUMBER:<br>**NL-51691024 B01** |
| COUNTRY OF MANUFACTURE    USA | SHIP VIA    Express Mail |
| COUNTRY OF ULTIMATE DESTINATION    Netherlands | PAYMENT TERMS    Net30 |

| ITEM | DESCRIPTION | M/pcs | QTY | UNIT VALUE US$ | TOTAL VALUE US$ |
|---|---|---|---|---|---|
| 1 | Optical Converter | pcs | 12 | 12.00 | 144.00 |
| 2 | Optical Converter Variable | pcs | 63 | 15.00 | 945.00 |
| | | | TOTAL INVOICE VALUE F.O.B. (USD) | | $1089.00 |

_____
Signature