# ATTACHMENT L

## TRIAL EXHIBIT #138

**Video King**          # Commercial Invoice No. 14321
1122 San Benito Avenue    **Date: March 16, 2011**
San Jose, CA 95125
Tel. 408-938-9005

**Ship To/Bill To: Mr. Lopez Lax**
                  c/Cuesta Del Cerro 71
                  28109 Alcobendas (Madrid)
                  Spain
                  Tel. 34 91 575 4849

| Country of Origin | F.O.B. | Currency | Payment Terms |
|---|---|---|---|
| USA | USA | USD | Net30 |

| Qty. | Item Description | | Price | Extended Price |
|---|---|---|---|---|
| 2 | Headmount | | 59.00 | 59.00* |
| 2 | Optical converter | | 50.00 | 50.00* |
| | | | | |
| | | | **Total USD** | $109.00* |

                  *Samples, value for customs only

Signature_____