# ATTACHMENT M

## TRIAL EXHIBIT #162

# FACSIMILE TRANSMISSION

Date:                April 5, 2001
To:                  Mr. Jovanovski
From:                Naum Morgovsky
Pages (including cover):    3

Dear Mr. Jovanovski,

    I was able to arrange with ITT to get the initial quantity of the 3rd gen. tubes by the middle of next week and more tubes by the end of April (some bodies for the PVS-7 without tubes I have in stock, and more of them I will get next week and the objective lenses for PVS-7 goggles I have in stock).
    I am transmitting herewith a proforma invoice for the initial shipment which will go out tomorrow or on Monday. I plan to include Cyber Eye scopes and The 24-Hour Day/Night rifle scopes from Hitek without tubes with connectors inside making it easy to install the tubes in Macedonia. I can send Marlen to Macedonia to install the tubes as soon as you receive the product and the tubes. The 2nd and 3rd gen. tubes and some other items including one sample of each 2nd and 3rd gen. unit so you can get them more quickly for your presentation will be sent separately by Federal Express under a different company name. It will be very easy to install the tubes in Macedonia with said connectors, and can even be done by one of your employees to avoid sending Marlen. If you will need my help for your presentation, I may be able to come myself, in which case I can install the tubes myself. We will not include invoices or packing slips with the shipment(s), and I will send invoices that you need for customs by e-mail and you will be able to print them out. Invoices will only be included with the shipments of parts made by Federal Express, and they will have a very short description of the included items and low values.
    I do not have a commitment for the aviator's goggles yet and hope to secure 1 or 2 of them in the next couple of days.
    Please let me know if this plan will work for you.

Very truly yours,
Naum Morgovsky

1