# ATTACHMENT O

## TRIAL EXHIBIT #173

Добрый день Наум!
Хочу высказать свои соображения по предложенному Вами тексту рекламы.
На мой взгляд, фраза, НАКОНЕЦ .... ДОСТУПНЫ В РОССИИ не совсем уместна в данной рекламе, в достаточно серьезном журнале. Во-первых, так обычно говорят о событии, о котором что-то знают и ждут: наконец пришла весна или, наконец, автомобиль Hummer H2 стал доступен в России. В отношении прицелов фирмы ИнфраТех этого сказать пока нельзя, т.к. мало кто знает о существовании такой фирмы и, тем более, о достоинствах ее продукции. С другой стороны, наши прицелы продаются в России уже более 2-х лет и для тех, кто это знает, в частности, по прошлогодней рекламе в журнале «Калашников» и по недавней выставке, и тех, кто уже приобрел нашу продукцию, эта фраза вызовет недоумение и, как следствие, недоверие. Во-вторых, раньше, в 90-е годы, действительно, все лучшее и дорогое, соответствовавшее мировым стандартам, в первую очередь, экспортировалось, и было труднодоступно в России по причине малого количества и дороговизны. Сейчас в России и, особенно, в Москве доступно практически все, были бы деньги: самые дорогие автомобили, яхты, охотничье оружие и т.п., и очень часто нет необходимости завоевывать репутацию в России путем получения признания за рубежом, хотя этот факт немаловажен. Прямое давление на российского покупателя, достаточно обеспеченного и, как правило, хорошо осведомленного может вызвать, по крайней мере, усмешку и даже недоверие. Подумаешь в Америке они лучшие! А вот Dedal, который знают практически все, признан лучшей российской фирмой по ночным приборам, смотри Интернет, статьи в журналах, выставки за рубежом, рекламу, упоминание в детективных романах и прочий public relation. Обеспеченные, богатые покупатели прежде, чем купить дорогую вещь, тщательно оценивают и сравнивают характеристики изделия, отзывы обладателей этих приборов. Дайте результаты сравнительных испытаний с известными зарубежными и отечественными производителями, опубликованные в уважаемом издании. Вот тогда можно будет судить о преимуществах. Кстати, в рекламе Dedal'а напрямую не говорится, что у них лучшие прицелы. Такие утверждения исходят, как правило, от дилеров, интернет-магазинов оптовых покупателей и др. заинтересованных продавцов и покупателей. Самоуверенное заявление малоизвестной в России фирмы о своем превосходстве, даже, если в чем-то это действительно так и есть, вызывает чувство недоверия. Большее внимание привлечет мнение авторитетного, признанного специалиста в этой области, хотя ангажированность многих средств рекламы, статей в журналах тоже общеизвестна.
Наконец, этот текст занимает достаточно много места в небольшом формате рекламного блока по сравнению с информацией о потребительских качествах продукции и фотографией прицела
Я предлагаю следующий компромиссный вариант. Вверху полное название фирмы: Научно-производственная компания «ИнфраТех» и эмблема. Ниже крупными буквами **Ночные охотничьи прицелы** (пок.II+, III, PHONONIS-DEP). Под названием поместить мелким шрифтом: По данным американского концерна Ziff Davis Media наши приборы ночного видения, с 1991г. известные под торговой маркой "RETRON", были признаны лучшими (Best Overall) на рынке США. Далее идет перечисление отличительных черт прицелов и фотография прицела на оружии. Внизу наши реквизиты: адрес, телефоны, E-mail, www.
Вариант размещения текста и фото пришлю 14 марта.
Жду Вашего просвещенного мнения.
С уважением,
Вадим

US-002209

UNCLASSIFIED

Good afternoon, Naum!
I would like to express my thoughts concerning your suggested text of the advertisement. In my view, the phrase AT LAST…AVAILABLE IN RUSSIA is not quite appropriate in the given advertisement, in a fairly serious magazine. First of all, this is usually how people talk about an event when they know something about it and are in anticipation: "At last, spring has arrived," or, "At last, the Hummer H2 automobile has become available in Russia. This cannot yet be said about Infra Tech's sights, since few know about the existence of such a company, let alone the advantages of its products. On the other hand, our sights have been for sale in Russia for more than two years, and for those who know this—partly after last year's advertisement in the magazine "Kalashnikov" and after the recent exhibition—and for those who have already acquired our products, that phrase will cause misunderstanding and, as a result, distrust. In the second place, earlier, in the 1990's, all the best and most expensive [products], conforming to world standards, really were exported first and were hard to get in Russia because of the small quantity and high prices. Now, in Russia, and especially in Moscow, if one only has the money, practically all of the most expensive cars, yachts, hunting rifles, etc., are available, and very frequently there is no necessity to develop a reputation in Russia by acquiring recognition abroad, although this is by no means unimportant. Direct pressure on the Russian buyer who is sufficiently well-to-do and, as a rule, well informed, may arouse, at the very least, a chuckle and perhaps even distrust. Just think! They are better in America! However, Dedal, known by practically everyone, is acknowledged as the best Russian company for night vision equipment; look on line, in articles in magazines, at exhibits abroad, in advertisements, at references in detective novels, and in other areas of public relations. Well-to-do, rich buyers, before buying an expensive item, will carefully evaluate and compare the characteristics of the product and the reviews of owners of these devices.
Provide the results of comparative tests with well-known foreign and domestic manufacturers, published in a respectable publication; and then it will be possible to judge the advantages. By the way, in Dedal's advertisement, it is not directly mentioned that Dedal has the best sights. These claims, as a rule, emanate from dealers, Internet stores, wholesale buyers and other interested sellers and buyers. A self-assertive announcement by a little known company in Russia about its own excellence, even if there really is some truth to it, arouses a feeling of distrust. Greater attention will be harnessed by the opinion of an authoritative, acknowledged specialist in this field, although the involvement of advertising media and articles in magazines is also well-known.
Finally, this text takes up a fair amount of space in the small format of an advertising block, compared with the information about the consumer quality of the products and the photo of the sight.
I suggest the following compromise option: at the top, the full name of the company: Scientific-Production Company "Infra Tech" and the logo; lower, in large letters, **Night Vision Hunting Sights** (gen. II+, III, PHONONIS-DEP). Under the name, place [this text] in small font: "Per data from the American concern Ziff Davis Media, since 1991 our night vision devices, known under the trademark 'RETRON,'" have been recognized as the best (Best Overall) on the U.S. market." Next comes the listing of

5
UNCLASSIFIED

UNCLASSIFIED

distinctive features of the sights and a photo of a sight on a weapon. At the bottom will be our company details: address, phone numbers, E-mail, www.
I will send a version of the text layout and photo on March 14.
I await your enlightened opinion.
With respect,
Vadim