# ATTACHMENT P

## TRIAL EXHIBIT #970

**Subject:** Fwd: AW: posilka
**From:** Irina Morgovsky <grandmaira@gmail.com>
**Date:** 6/15/2012 3:33 PM
**To:** Morgovsky Naum Naum Morgovsky <nmorgovsky@yahoo.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "accounting" <accounting@frlaserco.com>
> **Date:** June 15, 2012 3:06:45 PM PDT
> **To:** "'Irina Morgovsky'" <grandmaira@gmail.com>
> **Subject:** AW: posilka
>
> Dear Ira,
>
> the parcel came back to us yesterday with the following note: "could not be delivered".
>
> If Naum still needs this stuff, we will ship it to Moscow with our friend who will fly next week.
>
> Would you like us to do so?
>
> Very sorry for this inconvenience!!
>
> Love,
>
> Dina
>
> ---
>
> **Von:** Irina Morgovsky [mailto:grandmaira@gmail.com]
> **Gesendet:** Mittwoch, 13. Juni 2012 08:23
> **An:** accounting
> **Betreff:** Re: posilka
>
> Hi Dinochka! Just talk to Naum. He did not received a parcel. He sad not to worry, he already reordered merchandise and they sending it overnight..
> пя пя︱п︱я я . п≤я—п︱
>
> Sent from my iPhone
>
> On Jun 12, 2012, at 5:45 AM, "accounting" <accounting@frlaserco.com> wrote:
>
>> Hi guys!

US8-000537

I worry a lot if the parcel has come.
Please, let me know.

Thank you!

Love,

Dina