# ATTACHMENT Q
## TRIAL EXHIBIT #976

Уполномоченному по особо важным делам
ОАР Домодедовской таможни
Серебро Е.В.
от гражданина США Морговски Наума

## Объяснения по делу об АП № 10002000-1505/2013.

1. Вопрос:

Кому принадлежат обнаруженные у вас в рамках таможенного контроля 04.10.2013 прибор с маркировкой «Model Serial 1804C 2925», прибор с маркировкой «Systems Item B.B. Head cat №SR-80-70 sN 8SR 8183151» и прибор с маркировкой «Model Serial B2 450F 2925»?

Ответ:

Все вышеуказанные приборы принадлежат мне лично.

2. Вопрос:

Если вышеуказанные предметы принадлежат Вам лично, то где, когда на каких условиях, за какую цену они Вами приобретались (представить подтверждающие документы: чеки, инвойсы, сертификаты)? В каких целях Вы их приобретали?

Ответ:

Прибор вышеописанный как «Systems Item B.B. Head cat №SR-80-70 sN 8SR 8183151» был выставлен в США, где Я проживаю, на интернет сайте Ebay на аукционе с ценой желаемой продавцом в 500 долларов США включающей бесплатную пересылку. Аукцион предусматривал, что покупатель мог предложить покупку по другой, более низкой цене, которую продавец мог принять или не принять. Прибор долго предлагался по вышеуказанной цене, но не оказалось желающих его купить по этой цене, поэтому, когда Я предложил за него цену в 175 долларов США, она была принята продавцом 5-го Августа 2013г. Выпечатка из сайта Ebay относящаяся к этой покупке прилагается как «Приложение 1». Через интернет сервис PayPal, используемый Ebay для принятия платежей кредитными карточками, через счет моей дочери, Я заплатил за эту покупку 5-го Августа 2013г. кредитной карточкой из счета принадлежащего совместно моей дочери, моей жене, и мне. Выпечатка из счета PayPal, относящаяся к этой покупке, прилагается как «Приложение 2». Выпечатка полного реестра платежей сделанных через PayPal в Августе 2013г., содержащая хронологически в соответствующем месте соответствующий

1

US7-000287

US-002355

платеж датированный 5 Августа 2013г. на сумму 175 долларов США, прилагается как «Приложение 3». Выпечатка полного месячного отчета по использованной кредитной карточке за период с 19 Июля по 16 Августа 2013г., содержащая хронологически в соответствующем месте соответствующий платеж датированный 5 Августа 2013г. на сумму 175 долларов США, прилагается как «Приложение 4».

Приборы вышеописанные как «Model Serial 1804C 2925» и «Model Serial B2450F 2925», были также выставлены в США на интернет сайте Ebay на аукционе, как один набор, вместе с соединяющим их кабелем и шнуром для подсоединения к сети США с напряжением в 115 вольт (эти кабель и провод также указаны в Акте Отбора Проб и Образцов как «провода» в количестве 2шт.), с общей ценой желаемой продавцом в 1458,31 долларов США, плюс 55,16 долларов США за пересылку. Этот аукцион также предусматривал, что покупатель мог предложить покупку по другой, более низкой цене, которую продавец мог принять или не принять. Прибор долго предлагался по вышеуказанной цене, но не оказалось желающих его купить по этой цене, поэтому Я сначала предложил за него цену в 700 долларов США, но она не была принята продавцом и моё предложение потеряло срок действия 14-го Августа 2013 г., что отражено в извещении из сайта Ebay прилагаемом как "Приложение 5». Я затем предложил более высокую цену в 830 долларов США, плюс 55,16 долларов США за пересылку (общая сумма 885,16 долларов США) и эта цена была принята продавцом 15-го Августа 2013г. Выпечатка из сайта Ebay относящаяся к этой покупке прилагается как «Приложение 6». Опять через счет моей дочери с PayPal, Я заплатил за эту покупку 15-го Августа 2013г. кредитной карточкой из того же счета принадлежащего совместно моей дочери, моей жене, и мне. Выпечатка из счета PayPal, относящаяся к этой покупке, прилагается как «Приложение 7». Этот платеж также хронологически указан в полном реестре платежей сделанных через PayPal в Августе 2013г. (вышеупомянутое «Приложение 3»). На сайте Ebay была выставлена информация по доставке этой покупки с указанием уплаченной цены и стоимости доставки, прилагаемая как «Приложение 8». Выпечатка полного месячного отчета по использованной кредитной карточке за период с 17 Августа по 16 Сентября 2013г., содержащая соответствующий платеж датированный 15 Августа 2013г. на сумму 885,16 долларов США, прилагается как «Приложение 9».

Вышеописанные покупки были мною сделаны со следующей целью:

Я помог Российской фирме, которой владеет мой знакомый заказать в фирме США, которой владеет сын моей жены от её предыдущего брака, тепловизионные компоненты для этих тепловизионных приборов. Я опасался что эти тепловизионные компоненты могут не удовлетворить спецификации и окажутся неприемлемыми после получения в России их

2

US7-000288

US-002356

полного количества. Российская фирма должна была получить образцы этих компонентов из США приблизительно 10-го Октября 2013г., но не имела доступа к приборам для их тестирования с целью определения их пригодности. Чтобы обезопасить сына моей жены и моего знакомого от неудачной сделки на большую сумму денег «с моей подачи», Я решил купить недорогие приборы пригодные для тестирования тепловизионных приборов в которые должны были установить эти образцы тепловизионные компонентов, прилететь в Россию и протестировать эти образцы, и затем забрать приборы обратно в США где фирма сына моей жены предложила их у меня купить после моего возвращения в США. В конце концов, эта сделка между фирмой сына моей жены и Российской фирмой расстроилась в последний момент и моё тестирование не понадобилось.

3. Вопрос:

Если вышеуказанные предметы Вам не принадлежат, то указать фактического владельца. Также пояснить, на каких условиях данные предметы передавались Вам и с какой целью.

Ответ:

Эти приборы мне принадлежат, как описано выше.

4. Вопрос:

Известно ли Вам предназначение указанных предметов?

Ответ:

Да, они представляют собой достаточно точные эталоны температур в определённых диапазонах и в основном используются для тестирования и калибровки устройств требующих знание достаточно точной температуры объекта. Тестирование и калибровка тепловизионных приборов и компонентов является одним из их применений.

5. Вопрос:

С какой целью Вы ввозили вышеуказанные предметы 04.10.2013 на таможенную территорию Таможенного союза? Если данные предметы ввозились для какого-либо физического или юридического лица, то предоставить его контактные данные, местонахождение.

Ответ:

US7-000289

US-002357

Как описано выше, Я помог Российской фирме, которой владеет мой знакомый и которая участвовала в тендере для поставки тепловизионных приборов которые должны были использоваться для охраны олимпийских игр в Сочи заказать тепловизионные компоненты для этих тепловизионных приборов в фирме США, которой владеет сын моей жены от её предыдущего брака и которого Я вырастил и затем с которым был в ссоре в течение 18-ти лет помирившись с ним только недавно. Я опасался что эти тепловизионные компоненты после поставки фирмой сына моей жены могут не пройти по своим показателям условия тендера и окажутся неприемлемыми после получения в России их полного количества что скорее всего закончилось бы конфликтом между сыном моей жены и моим знакомым в России, в котором меня могли бы обвинить. Российская фирма должна была получить образцы этих компонентов из США приблизительно 10-го Октября 2013г., но не имела доступа к приборам для их тестирования с целью определения их пригодности. Чтобы обезопасить сына моей жены и моего знакомого от неудачной сделки на большую сумму денег «с моей подачи» и из опасения что они меня посчитают виновным, Я решил недорого купить бывшие в употреблении приборы пригодные для тестирования тепловизионных приборов, привезти их в Россию, и протестировать приборы в которые были бы установлены образцы тепловизионных компонентов присланных из США прежде чем в Россию будет прислано большое количество тепловизионных компонентов, и затем забрать привезенные мной приборы с собой обратно в США где фирма сына моей жены предложила их у меня купить, после моего возвращения в США. В конце концов, эта сделка между фирмой сына моей жены и Российской фирмой расстроилась в последний момент и моё тестирование и следовательно использование привезенных мной приборов не понадобилось.

6. Вопрос:

Известны ли Вам правила перемещения товаров через таможенную границу Таможенного союза? Если известны, то в какой степени. Известна ли классификация предназначения товаров для личного и не для личного пользования?

Ответ:

При моем въезде в Россию, Я считал и до сих пор считаю что мне известны правила перемещения товаров через таможенную границу Таможенного союза, и что приборы ввезённые мной являлись и продолжают являться моей личной собственностью которую Я собирался использовать в личных а не коммерческих целях. Я никогда не собирался оставлять или продавать эти приборы в России и не собирался использовать их ни в какой мере с целью какого то либо заработка. Я считал и считаю моё желание

4

US7-000290

US-002358

предотвратить возможный конфликт между сыном моей жены и моим знакомым в России, в котором меня могли бы обвинить в результате того что Я пытался сделать обоим личное одолжение абсолютно без стремления получить какую-либо выгоду, моей личной а не коммерческой целью.

Более того, моё понимание правил перемещения в том что приборы привезенные мной не требовали декларирования усугубилось выданной мне в самолете авиакомпании Люфтганза которым Я прилетел в Россию "Passenger Customs Declaration" ("Пассажирской Таможенной Декларации») на английском языке которая в секциях 3.4., 3.5, и 4., единственных секциях в декларации в которых запрашивалась информация о провозимых товарах, содержала следующие вопросы на английском языке: «3.4. "Goods, forbidden of limited" ("Товары, запрещенные [ошибочный английский предлог «of»] лимитированные (что по всей видимости должно означать «Товары запрещенные [или] лимитированные», "3.5. Indivisible goods over 35 kilos, goods with total weight over 50 kilos and/or total customs value over 1500 Euros" (Неразделимые товары более 35кг, товары с общим весом более 50кг и/или общей таможенной стоимостью более 1500 Евро), и "4. Information of good, mentioned in 3.4, 3.5, which are due to be declared, and other goods (optional)" (Информация о товаре, упомянутом в 3.4, 3.5, которые должны быть задекларированы, и других товаров (необязательно)». Приборы которые Я ввозил не подпадали ни под одно из этих требований, даже не говоря о том что на то время ограничение и таможенной стоимости товаров не требующих декларирования было уже поднято с 1500 до 10000, и в этой декларации не было никаких вопросов которые бы как то выделяли для декларирования товары для коммерческого пользования, а только по их весу и стоимости. Копия Пассажирской Таможенной Декларации заполненной мной при въезде прилагается как «Приложение 10». В Пассажирской Таможенной Декларации даже не было места для декларирования товаров по виду их пользования (личного или не личного), и единственное место где Я мог бы добровольно вписать ввозимые мной предметы был пункт 4. под рубрикой "and other goods (optional)" («и других товаров (необязательно)»).

Более того, в тех толковых словарях в которых я посмотрел различие между товарами для личного и не для личного пользования, называемого в них коммерческим пользованием, разница между ними объяснялась так, что коммерческое пользование это пользование с целью заработка, что не было моей целью в их ввозе и использовании притом что они также принадлежали мне сугубо лично.

7. Вопрос:

5

Известна ли Вам разница между «красным» и «зеленым» коридорами?

Ответ:

Я думаю что да. Мое понимание «зеленого» коридора таково, что это коридор через который прибывший проходит если у него не было оснований ответить положительно на пункты 3.2., 3.3., 3.4. т 3.5. Пассажирской Таможенной Декларации («Приложение 10»).

8. Вопрос:

Как часто Вы пересекаете таможенную границу Таможенного союза? С какой целью?

Ответ:

Ранее Я пересекал её раз в несколько лет, а в последние пару лет примерно два-три раза в год. Обычно Я приезжаю в Россию по бизнесу связанному с закупкой приборов и компонентов приборов ночного видения в России, которые не являются тепловизионными и для которых ввезенные мной приборы не имеют никакого применения.

_____  23 Ноября 2013 г.                                   Морговски Наум
(подпись, дата)

6

US7-000292

US-002360

UNCLASSIFIED

File# 405T-SF-149402
File: US7-000287-292_2018_15_39_302

To: Ye. V. Serebro
Major Case Investigator
Department of Administrative
Investigation,
Domodedovo Customs Office
From: Naum Morgovsky,
US citizen

**Explanations on the case of administrative violation # 10002000-1505/2013**

1. Question:
To whom do the devices belong that were discovered in your possession during a customs inspection on 10/04/2013: the device marked "*Model Serial 1804C 2925*", the device marked "*Systems Item B.B. Head cat #SR-80-70 s# 8SR 8183151*" and the device marked "*Model Serial B2 450F 2915*"?
Answer:
All of the aforementioned devices belong to me personally.

2. Question:
If the abovementioned items belong to you personally, then where, when, under what circumstances and at what price did you acquire them? Present supporting documents: receipts, invoices and certificates. What purpose did you acquire them for?

Answer:
The device described above as "*Systems Item B.B. Head cat #SR-80-70 s# 8SR 8183151*" was listed on the online auction website *eBay* in the USA where I reside. The seller's asking price was 500 US dollars, including free shipping. The auction provided for an opportunity for a buyer to offer a different, lower, purchase price that the seller could accept or decline. The device was listed at the aforementioned price for a long time but there was no one willing to purchase it for that price. That is why I offered 175 US dollars for it. The seller accepted the price on August 5, 2013. The printout regarding this purchase from the website *eBay* is provided in "Attachment 1." Using the Internet service *PayPal* that *eBay* uses to accept credit card payments, through my daughter's account, I paid for this purchase on August 5, 2013, by credit card from the joint account belonging to my daughter, wife and me. The printout from the *PayPal* account regarding this purchase is provided as "Attachment 2."

US7-000287

UNCLASSIFIED

UNCLASSIFIED

File# 405T-SF-149402

The full list of payments processed via PayPal in August 2013 is provided as "Attachment 3." It contains a corresponding payment, in a chronologically appropriate place, dated August 5, 2013, for 175 US dollars. The full monthly statement for the used credit card from July 19 to August 16, 2013 is provided as "Attachment 4." It contains the corresponding payment for 175 US dollars, dated August 5, 2013, in a chronologically appropriate place.

The devices described above as "*Model Serial 1804C 2925*" and "*Model Serial B2 450F 2915*" were also listed in the USA on the Internet auction *eBay* as one set along with a connecting cable and a power cord for the US power network of 115V. (The cable and the cord are also listed as "cords" in the quantity of two items) in the Sample and Specimen Collection Report for Customs Examination. The total asking price was 1,458.31 US dollars and 55.16 US dollars for shipping. The auction provided for an opportunity for a buyer to offer a different, lower, purchase price that the seller could accept or decline. The device had been offered at the aforementioned price for a long time but there was no one willing to purchase it for that price. That is why I initially offered 700 US dollars for it, but the seller did not accept it, and my offer expired on August 14, 2017. This is reflected in the *eBay* notification, which is provided as "Attachment 5." Then I offered a higher amount of 830 US dollars, plus 55.16 US dollars for shipping; the total amount was 885.16 US dollars. And the seller accepted this amount on August 15, 2013. A printout from the website *eBay* related to this purchase is provided as "Attachment 6." On August 15, 2013, I paid for this purchase via my daughter's PayPal account again. I used a credit card from the same joint account belonging to my daughter, wife and me. A printout from the PayPal account related to this purchase is provided as "Attachment 7." This payment transaction is also listed chronologically in the full list of payments conducted via PayPal in August 2013 (in the aforementioned "Attachment 3"). Information regarding the delivery of this order, indicating the paid amount and shipping fee, was posted on *eBay* and is provided as "Attachment 8." The full monthly statement for the used credit card from August 17, 2013 to September 16, 2013 is provided as "Attachment 9." It contains the corresponding payment in the amount of 885.16 US dollars, dated August 15, 2013, in a chronologically appropriate place.

I have made the aforementioned purchases for the following purpose:

I helped a Russian company, owned by an acquaintance of mine, to order thermal imaging components for these thermal imaging devices from a US company owned by my wife's son from her previous marriage. I was afraid that the thermal imaging components might not meet the specifications and would be unacceptable when their entire quantity was received in Russia. The Russian company was supposed to

US7-000288

UNCLASSIFIED

UNCLASSIFIED

File# 405T-SF-149402

receive the samples of these components from the US approximately on October 10, 2013. But it did not have access to the devices to test the components in order to determine their usefulness. In order to protect my wife's son and my acquaintance from a bad deal involving a large amount of money and suggested by me, I decided to purchase inexpensive devices suitable for testing thermal imaging devices that these samples of thermal imaging components should be installed into; to go to Russia by plane; to test these samples; and then to take the devices back to the U.S. The company of my wife's son offered to buy them from me upon my return to the US. Ultimately, this deal between the company of my wife's son and the Russian company fell through at the last moment, and my testing was not needed.

3. Question:

Indicate the actual owner of the aforementioned items if they do not belong to you. Also explain under what conditions were these items handed over to you and for what purpose.

Answer:

As described above, the devices belong to me.

4. Question:

Do you know the purpose of the aforementioned items?

Answer:

Yes. They present rather precise standards of temperatures in certain ranges and are mainly used for testing and calibration of devices that require knowledge of a rather precise temperature of an object. Testing and calibration of thermal imaging devices is one of their applications.

5. Question:

What was the purpose of you bringing the aforementioned items to the customs territory of the Customs Union on 10/04/2013? If the said items were brought in for any individual or legal entity, provide their contact information and location.

Answer:

As stated above, I helped a Russian company, which is owned by an acquaintance

US7-000289

UNCLASSIFIED

UNCLASSIFIED

File# 405T-SF-149402

of mine and which participated in a tender to supply thermal imaging devices for the protection of the Olympic facilities in Sochi, order thermal imaging components for those thermal imaging devices from the U.S. company that is owned by my wife's son from her previous marriage. I raised him and then was estranged from him for 18 years. We have just recently reconciled. I was afraid that after the company of my wife's son delivers the entire quantity of these thermal imaging components, their specifications might not meet the requirements and would be unacceptable after the entire quantity thereof was received in Russia. This would most likely have ended in a conflict between my wife's son and my acquaintance in Russia. They could have blamed me for it. The Russian company was supposed to receive the samples of these components from the U.S. around October 10, 2013 but did not have access to the devices in order to test them for suitability. I wanted to protect my wife's son and my acquaintance from a bad deal initiated by me and involving a large amount of money. I decided to purchase inexpensive, previously used, devices that were suitable for testing of the thermal imaging devices; to bring them to Russia; to test the devices that the U.S. samples of thermal imaging components would be installed into before shipping a large quantity of the thermal imaging components to Russia; and then to take the devices, that I brought with me, back to the U.S. where the company of my wife's son offered to buy them from me upon my return to the US. Ultimately, that deal between the company of my wife's son and the Russian company fell through at the last moment. Therefore, neither my testing nor the use of the devices that I had brought with me was needed.

6. Question:

Are you aware of the rules for transporting goods across the customs border of the Customs Union? If yes, then to what degree? Are you aware of the classification of the goods intended for personal and non-personal use?

Answer:

Upon my entrance into Russia, I believed that I was, and still believe that I am aware of the rules for transporting goods across the customs border of the Customs Union; and that the devices that I transported were, and still are, my personal property that I was planning to use for my personal and not commercial purposes. I never intended to leave or to sell these devices in Russia. I did not intend to use them in any way for the purpose of making money. I thought, and still do, that my wish to prevent a possible conflict between my wife's son and my acquaintance in Russia that I could have been accused of as a result of my attempt to do a personal favor to both, with no desire to get any gain whatsoever, was my personal and not commercial purpose.

US7-000290

UNCLASSIFIED

UNCLASSIFIED

File# 405T-SF-149402

Furthermore, my understanding of the rules for transporting based on the fact that the devices that I brought did not require a declaration was worsened by the *Passenger Customs Declaration* (Passenger Customs Declaration), in English, which was given to me onboard the Lufthansa flight that brought me to Russia. Sections 3.4, 3.5 and 4 of the Declaration were the only sections requesting information about the goods being transported. They contained the following questions in English: "*3.4 Goods, forbidden of limited*" ("Goods, forbidden [erroneous use of the English preposition "*of*"] limited" (which most likely should mean "Goods, forbidden [or] limited." "*3.5 Indivisible goods over 35 kilos, goods with total weight over 50 kilos and/or total customs value over 1,500 Euros*" (Indivisible goods over 35kg, goods with total weight over 50 kg and/ or with total customs value over 1,500Euros." And "*4. Information of goods [sic], mentioned in 3.4, 3.5, which are due to be declared, and other goods (optional)*" ("Information of goods *[sic]*, mentioned in 3.4, 3.5, which are due to be declared, and other goods (optional))." The devices that I was brining were not subject to any of these requirements, let alone the fact that the customs value limit for goods not requiring declaration was raised from 1,500 to 10,000 by then. That declaration did not contain any questions that would somehow highlight for declaring the goods intended for commercial use, except for their weight and value. A copy of the Passenger Customs Declaration I filled out upon my arrival is attached as "Attachment 10." The Passenger Customs Declaration did not even have a field for declaring goods according to their use (personal or non-personal). Section 4 entitled "*and other goods (optional)*" ("and other goods (optional)") was the only place where I could have voluntarily entered the items that I was bringing in.

Furthermore, the definition dictionaries that I consulted for the explanation of the difference between the goods for personal and non-personal use, referred to as commercial use, explained the difference as follows: commercial use is the use with the purpose of earning money. That was not my purpose for bringing and using them, especially when they solely belonged to me personally.

7. Question:

Do you know the difference between the "Red" and the "Green" lane?

Answer:

I think I do. In my understanding, the "Green" lane is a lane that an arrived passenger goes through if he does not have reasons to give an affirmative answer to sections 3.2, 3.3, 3.4 and *[sic]* 3.5 of the Passenger Customs Declaration

US7-000291

UNCLASSIFIED

UNCLASSIFIED

File# 405T-SF-149402
(See "Attachment 10").

8. Question:

How often do you cross the customs border of the Customs Union? For what purpose?

Answer:

In the past, I was crossing it once every several years, but in the last couple of years, approximately two-three time a year. I usually come to Russia on business related to the procurement of night-vision devices and components in Russia. They are not thermal imaging devices, and the ones I brought in cannot be used with them.

[Signature]    November 23, 2013              Naum Morgovski
(Signature and date)

US7-000292

UNCLASSIFIED