# ATTACHMENT T

## TRIAL EXHIBIT #920

# ABSOLUTE SECURITY ELECTRO OPTICS
WWW.OWNNIGHT.COM
626-926-3021

## Customer – End User Declaration for Purchase of Night Vision Equipment

To: Serguei Sofine
1423 Avondale Road
Hillsborough, CA 94010
bashful9999
smseleznev@yahoo.com

**Item Number:** 330443971874  6015 / PVS-14 GEN 3 NIGHT VISION WEAPONS SYSTEM

[X] I understand that the products purchased are subject to one or more of the export control laws and regulations of the U.S. Government and that they fall under the control jurisdiction of either the Department of State's International Traffic in Arms Regulations (ITAR) or the Department of Commerce's Export Administration Regulations (EAR).

[X] I understand that it is unlawful to export, or attempt to export or otherwise transfer or sell any hardware or technical data or furnish any service to any foreign person, whether abroad or in the United States (U.S.), for which a license or written approval of the U.S. Government is required, without first obtaining the required license or written approval from the department of the U.S. Government having jurisdiction.

[X] I understand that, in the ITAR (§ 120.16), a foreign person means any natural person who is not a lawful permanent resident as defined by 8 U.S.C. 1101(a)(20) or who is not a protected individual as defined by 8 U.S.C. 1324b(a)(3). It also means any foreign corporation, business association, partnership, trust, society or any other entity or group that is not incorporated or organized to do business in the U.S., as well as international organizations, foreign governments and any agency or subdivision of foreign governments (e.g., diplomatic missions).
History: 59 FR 25811, May 18, 1994; 71 FR 20534, Apr. 21, 2006.

[X] I understand that I am responsible for compliance with any and all U.S. Government export controls and regulations and that, if I violate them, it could result upon conviction in severe criminal and civil penalties (including substantial fines, imprisonment, seizure of controlled products and technical data, and/or suspension/removal of export privileges) for my company and me. All parties involved are U.S. citizens or a lawful permanent resident.

I certify that all parties to this transaction are accurately identified below:
Your Full Name: Serguei Sofine
Company Name: N/A
Your Signature: _____
Your Title: Owner
Today's Date: June 28, 2010

Return this signed form by email to ABSOLUTE SECURITY ELECTRO OPTICS
glynn@ownnight.com

US7-000141