# ATTACHMENT U

## TRIAL EXHIBIT #923

Subject: Re: FW: Fedex shipment held up in U.S.Customs
From: Serguei Sofine <ssofine2000@yahoo.com>
Date: 2/24/2011 3:41 PM
To: John McGarrah <john_mcgarrah@ftn.fedex.com>

Here it is.
Thanks

--- On Thu, 2/24/11, John McGarrah <john_mcgarrah@ftn.fedex.com> wrote:

From: John McGarrah <john_mcgarrah@ftn.fedex.com>
Subject: FW: Fedex shipment held up in U.S.Customs
To: "'Serguei Sofine'" <ssofine2000@yahoo.com>
Date: Thursday, February 24, 2011, 8:35 AM

From: John McGarrah
Sent: Wednesday, February 23, 2011 10:58 AM
To: 'Serguei Sofine'
Subject: FW: Fedex shipment held up in U.S.Customs

Good morning Serguei,

The form was not completed correctly. Looks like we will need to have your first and last name filled in box 3, then check off DBA in box 4, then

write in Nightsight in box 5.

Thanks,

John

Re: FW: Fedex shipment held up in U.S.Customs

From: John McGarrah
Sent: Tuesday, February 22, 2011 8:11 AM
To: 'Serguei Sofine'
Subject: RE: Fedex shipment held up in U.S.Customs

Good morning Serguei,

The form was not completed correctly. Looks like we will need to have your first and last name filled in box 3, then check off DBA in box 4, then

write in Nightsight in box 5.

Thanks,

John McGarrah

Sr. ECO Import Coordinator

Fedex Trade Networks Transport and Brokerage, Inc.

2335 W Sunset

Springfield, MO

Tel: 417-877-2487

Fax: 417-841-1423

From: Serguei Sofine [mailto:ssofine2000@yahoo.com]
Sent: Monday, February 21, 2011 5:00 PM
To: John McGarrah
Subject: Re: Fedex shipment held up in U.S.Customs

Dear John,

The filled out form is attached.

Regards, Serguei

Re: FW: Fedex shipment held up in U.S.Customs

> --- On Mon, 2/21/11, John McGarrah <john_mcgarrah@ftn.fedex.com> wrote:
>
>> From: John McGarrah <john_mcgarrah@ftn.fedex.com>
>> Subject: Fedex shipment held up in U.S.Customs
>> To: "'ssofine2000@yahoo.com'" <ssofine2000@yahoo.com>
>> Date: Monday, February 21, 2011, 2:00 PM
>>
>> Serguei,

We, Fedex Trade Network, have a shipment, from ARMAMENT TECHNOLOGY INCORPORATED, we are needing to make entry on, for Customs

clearance. But, before we can do so, we are needing to have this Input record ID form completed. The AWB# for the shipment is 794441239260.

Thanks,

John McGarrah

Sr. ECO Import Coordinator

Fedex Trade Networks Transport and Brokerage, Inc.

2335 W Sunset

Springfield, MO

Tel: 417-877-2487

Fax: 417-841-1423

Re: FW: Fedex shipment held up in U.S.Customs

Attachments:

Form1651.pdf                                    48.2 KB

U.S. DEPARTMENT OF HOMELAND SECURITY Bureau of Customs and Border

**IMPORTER ID INPUT RECORD**

19 CFR 24.5

Approved OMB NO. 1651-0084.
See back of form for Paperwork Reduction Act Notice.

1. TYPE OF ACTION (Mark all applicable)
- [X] Notification of Importer's number
- [ ] Change of name*
- [ ] Change of address*
- [ ] Check here if you also want your address updated in the Fines, Penalties, and Forfeitures Office

*NOTE- If a continuous bond is on file, a rider must accompany this change document.

2. IMPORTER NUMBER (Fill in one format):

2A. I.R.S. Number:

2B. Social Security Number: [redacted]-9316

2C. [ ] Check here if requesting a CBP-assigned number and indicate reason(s). (Check all that apply.)
- [ ] I have no IRS No.
- [ ] I have no Social Security No.
- [ ] I have not applied for either number.
- [ ] I am not a U.S. resident

2D. CBP-Assigned Number:

AWB #:

3. Importer Name: Serguei Sofine

Return to the Attention of:

4. DIV/AKA/DBA: [ ] DIV [ ] AKA [X] DBA
5. DIV/AKA/DBA Name: Night Sight

FX:

6. Type:
- [ ] Corporation
- [ ] Partnership
- [X] Sole Proprietorship
- [ ] Individual
- [ ] U.S. Government
- [ ] State/Local Governments
- [ ] Foreign Governments

7. Importer Mailing Address (2 32-character lines maximum): 751 Laurel Street #518

8. City: San Carlos
9. State Code: CA
10. ZIP: 94070
11. Country ISO Code (Non-US, Only):

12. Importer Physical Location Address (2 32-character lines maximum, see instructions): 1423 Avondale Road

13. City: Hillsborough
14. State Code: CA
15. ZIP: 94010
16. Country ISO Code (Non-U.S, Only):

17a. Has Importer ever been assigned a CBP Importer Number using the same name as in Block 3? [X] No  [ ] Yes (List number(s) and/or name(s) in Block 17c.)

17b. Has Importer ever been assigned a CBP Importer Number using a name different from that in Block 3? [X] No  [ ] Yes (List number(s) and/or name(s) in Block 17c.)

17c. If "Yes" to 17a and/or 17b, list number(s) and/or name(s):

I CERTIFY: That the information presented herein is correct; that if my Social Security Number is used it is because I have no IRS Employer Number, that if my CBP-assigned number is used it is because I have neither a Social Security Number nor an IRS Employer Number, that if none of these numbers is used, it is because I have none, and my signature constitutes a request for assignment of a number by CBP.

18. Printed or Typed Name and Title: Serguei Sofine, Owner
19. Telephone No. Including Area Code: 415-706-5420
20. Signature: X [signature]
21. Date: 02-24-2011

22. Broker Use Only

Previous Editions are Obsolete

CBP Form 5106 (03/99)

US7-000203