WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
FRANK S. MOORE (SBN 158029)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691
Email: osterhoudt@aol.com

Attorneys for Defendant
NAUM MORGOVSKY

IN THE UNITED STATE DISTRICT COURT,

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No. CR-16-0411 VC |
| ) | |
| Plaintiff ) | **DEFENDANT NAUM MORGOVSKY'S** |
| v. ) | **PROPOSED ADDITIONAL QUESTIONS** |
| ) | **FOR THE JURY QUESTIONNAIRE** |
| **NAUM MORGOVSKY, et al.,** ) | |
| ) | |
| Defendants ) | Date: April 30, 2018 |
| ) | Time: 1:30 p.m. |
| ) | Place: Hon. Vince Chhabria |
| ) | |
| ) | |

Pursuant to the Court's Pretrial Order, Naum Morgovsky respectfully proposes the following questions as additions to the Court's standard questionnaire, to which Mr. Morgovsky has no objections.

(1) Mr. Morgovsky is accused of conspiring to export arms controlled night vision devices and component parts to Russia without first obtaining a required export license as required by United States law. The government contends that the items which Mr. Morgovsky conspired to export were included in the United States Munitions List based on a determination that export of such items must be controlled and monitored through the licensing requirement. Mr. Morgovsky has pleaded not guilty and is presumed

---

Joint Proposed Additional Questions For The Jury Questionnaire, Case No. Cr-16-0411 VC

innocent. Is there anything about the nature of this accusation that causes you to doubt your ability to be a fair and impartial juror in this case?

(2) Mr. Morgovsky is a United States citizen and has lived with his wife, Irina, also a United States citizen and a co-defendant in this case, in the United States for many years. Mr. and Mrs. Morgovsky are charged together in this case. Mr. Morgovsky was born and raised in Ukraine and has long had business and personal ties with persons and businesses in Russia and in Ukraine, which borders Russia, and has a large Russian-speaking population. Considering the charge in this case, that Mr. Morgovsky conspired to illegally export arms controlled devices to Russia, are you confident that you can be a fair and impartial juror in this case?

(3) What do you think about Russian people in general? Do you have any family ties with Russian people? Do you have Russian friends? Do you have co-workers who are Russian?

(4) What is your opinion about the honesty of Russian people? Do you think Russian business people are a little shady, or a little corrupt? If you harbor such feelings, how does that affect your ability to sit in judgment of Mr. Morgovsky?

(5) What is your reaction to charges that persons associated with the Russian government helped "steal" the 2016 U.S. presidential election so that their preferred candidate would win and become U.S president?

    a. Do you think this accusation is true? Do you suspect that it is true?

    b. Do accusations that Russia interfered in the 2016 U.S. presidential election make you angry? How would these feelings affect your ability to be completely impartial when weighing the evidence against Mr. Morgovsky, who is accused of illegally exporting defense controlled night vision items to people and/or businesses in Russia?

    c. Being completely honest, do you think Mr. Morgovsky would have to overcome these feelings on your part as you consider the evidence presented against him?

      d. If Mr. Morgovsky exercises his constitutional right not to testify at this trial, would you be inclined to suspect that he is trying to conceal the nature and extent of his Russian contacts?

(6) Do you believe that the Russian government poses a threat to United States' interests in the Middle East, or anywhere else in the world? If so, how, if at all, would this belief affect your participation in this case as an impartial juror?

(7) Is there anything not covered in these questions that cause you to doubt your ability to sit as a juror in this case?

(8) From what you have been told about the nature of this case, and about Mr. Morgovsky, would you prefer not to sit as a juror?

(9) If you were in Mr. Morgovsky's position, would you feel satisfied with a jury composed of twelve members with your state of mind?

Dated:                                      Respectfully submitted,

                                                 _/s/ *William L. Osterhoudt*____
                                                 WILLIAM L. OSTERHOUDT
                                                 Attorney for Defendant

Joint Proposed Additional Questions For The Jury Questionnaire, Case No. Cr-16-0411 VC