1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  COLIN SAMPSON (CABN 249784)
   ERIN CORNELL (CABN 227135)
5  Assistant United States Attorneys
          450 Golden Gate Ave., 11th Floor
6         San Francisco, CA 94102
          Telephone:    (415) 436-7020
7         Facsimile:    (415) 436-7234
          Email:  Colin.Sampson@usdoj.gov
8
9  JASON B.A. McCULLOUGH (NYBN 4544953)
   Trial Attorney, National Security Division
10        950 Pennsylvania Ave, NW, Ste. 7700
          Washington, D.C. 20530
11        Telephone: (202) 233-0986
          Email:  Jason.Mccullough@usdoj.gov
12
13 Attorneys for United States of America

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17
   UNITED STATES OF AMERICA,        )  CR 16-00411 VC - 1
18                                   )
          Plaintiff,                 )  UNITED STATES' WITNESS LIST (COUNTS
19                                   )  ONE THROUGH FOUR)
      v.                             )
20                                   )
   NAUM MORGOVSKY,                   )
21                                   )
          Defendant.                 )
22                                   )
   _____   )
23

24       The United States of America ("United States") hereby submits its list of prospective witnesses

25 that may be called (other than those called solely for impeachment or rebuttal) to testify at trial of

26 Counts One through Four, which the government expects to be scheduled for trial shortly.  The United

27 States reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify

28 this list before trial and to call additional witnesses as may be necessary during trial:

1.      Robert Amenta.

2.      David Campagnolo.

3.      Joel Dabisch.

4.      Edward Davis.

5.      Jeffrey Dubsick.

6.      Adam Evans.

7.      Leila Freeman.

8.      Linda Green.

9.      David Goto.

10.     Yefim Gluzman.

11.     Cynthia Ho.

12.     Joe Hora.

13.     Joseph Jones.

14.     Anetta Kalk.

15.     Boris Kalk.

16.     Michael Kan.

17.     Randall Katz.

18.     Timothy Knox.

19.     Nancy Leahy.

20.     Masha Levinson.

21.     Julie Liang.

22.     Xian Ly.

23.     Dulce Marroquin.

24.     Vsevolod Mazo.

25.     David Migdal.

26.     Vladimir Mikhaylov.

27.     Ian Mitchell.

28.     Mond Mugiya.

1    29.    Raymond Navarra.

2    30.    Marlen Neymark.

3    31.    Bharat Patel.

4    32.    Lydia Pedro.

5    33.    Boris Pozharny.

6    34.    Penni Price.

7    35.    Stephen Proctor.

8    36.    Irene Richardson.

9    37.    Brian Rodriguez.

10    38.    Sarah Rodriguez.

11    39.    Alex Roman.

12    40.    Cecily Rometo.

13    41.    Nina Sahakian.

14    42.    Michael Sarasua.

15    43.    Menachem Schillit.

16    44.    Donald Schottland.

17    45.    Andrew Schook.

18    46.    Robert Taylor.

19    47.    Dustin Wen.

20    48.    Aaron Wong.

21    49.    Letitia Wu.

22    50.    Paul Brown or other representative of Bank of America/BAC Home Loans.

23    51.    Marcelle Hembree or other representative of EverBank.

24    52.    A representative of Federal Express.

25    53.    A representative of First American Title Company.

26    54.    A representative of First Hawaii Title, dba Nextitle.

27    55.    A representative of Island Title Company.

28    56.    A representative of J.P. Morgan Chase Bank, N.A.

1        57.     A representative of U.S. Bank.

2        58.     A representative of Wells Fargo Bank.

3
Dated: June 19, 2018.                           ALEX G. TSE
4                                               Acting United States Attorney

5
                                                */s/ Colin Sampson*
6                                               COLIN SAMPSON
                                                ERIN CORNELL
7                                               Assistant United States Attorneys

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28