

**JEWISH
VOCATIONAL
AND CAREER
COUNSELING
SERVICE**

77 Geary Street
Suite 401
San Francisco, CA
94108
(415) 391-3600
FAX (415) 391-3617

4600 El Camino Real
Suite 204
Los Altos, CA
94022
(415) 941-7922
FAX (415) 941-4138

BOARD OF DIRECTORS
Andy Elkind
President
Gary Goddard
Vice President
Joelle Steefel
Vice President
Sandee Blechman
Secretary
Tom Kasten
Treasurer

Linda Attell
Herbert M. Bass
Robert H. Feldman
George Foos
William Freeman
Peter Friend
G. Gorodetsky, M.D.
Jeff Graff
Mikhail Khavul
Peter Kogan
Carol Landa
Peggy Mendelson
Meredith Michaels
Larry Miller
Stuart Seiler
Mel Sibony
Susan Solomon
Donald Sweet
Keith Tandowsky
Harold A. Tuchfeld

PAST PRESIDENTS
Max Bernstein
Harry Cohn
Kenneth Colvin
David Z. Cook
Irving Rabin
Leon Rosenthal
Roselyne C. Swig
Sanford Tandowsky
Melvin Wasserman
Norman Zilber
Arthur Zimmerman

HONORARY LIFE
MEMBERS
Ethel Meyer
Peggy Nathan

EXECUTIVE DIRECTOR
Abby Snay

A Beneficiary of the Jewish
Community Federation

August 2, 1993

Mr. Naum Morgovsky
Closets Unlimited
1045 Terminal Way
San Carlos, CA 94070

Dear Mr. Morgovsky:

On behalf of the *San Francisco Business Times* and Jewish Vocational Service, I'm pleased to inform you that you have been chosen to receive the **1993 Business Leadership Award.** Our committee selected Closets Unlimited from a pool of highly qualified corporations. Closets Unlimited was chosen because it best demonstrated the criteria for this award:

• Leadership in our community through hiring, training and employing individuals with barriers to employment. These barriers may include foreign language, work experience, disability, age or educational background.

• Commitment to building a diverse workforce.

• Commitment to ongoing training.

We would like to present you with an award at our Strictly Business luncheon to be held on **Tuesday, September 28** at noon at the St. Francis Hotel on Union Square. We anticipate that 450-500 guests will attend this event.

We are producing a video to be shown at the luncheon and would like to film some shots at your store and talk to employees. We would also like to interview you for a personal overview of the company. Our event manager, Marjorie Randell-Silver, will call you to arrange a time to film and discuss the details.

Again, we congratulate you and look forward to the opportunity to present you with this award.

Best regards,

Abby Snay
Executive Director

Peggy Mendelson
Event Co-chair

Joelle Steefel
Event Co-chair

**1B042-07.0010**

8/9/2018

To:  The Honorable Vince Chhabria
Cc:  U.S. Probation Officer Jill Polish Spitalieri

Re: Naum Morgovsky

I am sorry to burden you with such a long letter, but I believe that it is important to reflect my brother's personality as fully as possible, and will greatly appreciate your taking the time to read it.

My name is Raisa Solovyova. My address is 6 Skymont Court, Belmont, CA 94002. I used to work as an engineer and I am presently retired. Naum Morgovsky is my younger brother and the only sibling. We were both born and lived in Kiev, Ukraine when it was the former Soviet Union. We are of Jewish ancestry, which was reflected in our identification documents as "nationality" in the Soviet Union.

Naum was almost 17 years old when our father died at the age of 54 shortly after Naum graduated from high school. After graduating from high school, Naum worked as an apprentice maintenance technician, and then journeyman maintenance technician at a shoe factory to support our family, but he wanted to study engineering. To be accepted into college, a person was supposed to take an entry exam and obtain a good score. In the Ukraine, this rule was working for all citizens, except Jews. The government had a very limited quota for persons of Jewish "nationality", and no matter how good the results of your exam were, you were not accepted. Because of that, Naum went to an engineering school in Bryansk, Russia and was accepted with flying colors. He studied by correspondence while living in Kiev, Ukraine, and working to support our family. He graduated from college with a degree in mechanical engineering and held a number of engineering positions, which were low-paying because of his "nationality".

Despite of being 5.5 years younger, Naum has been acting as a father figure to me all my life. He hated the Soviet regime since his childhood and was always opposed to it, to his peril. When I divorced my former husband, Naum became like a father to my daughter, who had a stroke at the age of 6 and was partially paralyzed.

When it became possible, in 1979, Naum renounced his Soviet citizenship and emigrated to the United States with his wife Irina and his stepson Marc. The Soviet government first allowed Naum to emigrate, but did not allow him to take Irina and Marc with him. Naum was fired from his job immediately when he announced his intention to emigrate because he was considered a "traitor" of the communist regime. Naum then staged a long "war" against the Soviet government, which was very risky because the Soviet government tended to place dissidents in psychiatric clinics or imprison them. Eventually, after Naum went as far as threatening to burn himself in the Red Square, the Soviet government allowed Irina and Mark to emigrate with him.

1

Naum's family came to San Francisco in 1979 with $60 in their pocket and approximately $8,000 debt Naum incurred in the Ukraine to pay the Soviet government for his family renouncing their citizenship and their college education.

My mother, my daughter Lyudmila, and I stayed behind in the Ukraine (I could not get a release from my ex-husband to leave). For two years we were unable to emigrate. I was fired from my job for being a "traitor" of the communist regime. Only because of support from Naum and his wife sending parcels from the US, we were able to survive.

In 1981, we were happily reunited with Naum's family in the US. We lived with them for several months in a place they were renting and were overwhelmed by the kindness, generosity, and support from him and his wife. At that time, Naum and his wife were working for large corporations in the Bay Area, after Naum was initially employed as a dishwasher and busboy at a Chinese restaurant in San Francisco. My English was very poor, and Naum and his wife rented an apartment for us, Naum enrolled my daughter in a good school, and they helped us until I was able to get a job and for some time after. Naum found a car for me and helped me to pay for it, and thanks to him I got my first job in the United States.

Naum is an entrepreneur at heart, he was always dreaming of having his own business, and took the risk of leaving the corporate world starting a closet organizing business out of his garage with a credit card in 1984. He was first designing, building, and installing  custom closet systems in his garage all by himself. Little by little, his closet company grew and he was able to hire employees. It was Naum's mission to provide jobs to people with barriers to employment, whether it was language, lack of marketable skills, disabilities, race, or gender. He gave a start to many people I know, and they are grateful to him to this day.

Between late 80's and late 90's, Naum worked closely with several non-profit employment agencies, such as Jewish Vocational Service ("JVS"), International Rescue Committee, and Arriba Juntas, to give jobs to virtually everyone with barriers to employment referred to him. In fact, in mid-90's Naum was the original recipient of a Business Leadership Award as employer of the year, selected from many companies providing job opportunities to people with barriers to employment. The award was sponsored by the San Francisco Business Times and JVS and after that became an annual award with its next-year recipient being Wells Fargo Bank. Many people Naum hired were new immigrants from all over the world, Russia, Ukraine, Poland, Bulgaria, Romania, Vietnam, Japan, Mexico, Guatemala, Costa Rica, UK, and other countries. Naum was even willing to hire people on parole who could not get a job elsewhere and help them keep out of trouble.

Naum has always been driven to try save the world. It does not matter to him if people he helps are close to him or complete strangers, he is always eager to help anyone who needs help even without being asked, often at a detriment to himself. There are many people who remain eternally grateful to him, and there are those who are incapable of gratitude, but Naum says that he helps others not because he expects gratitude, but because he needs it to feel good about himself. He says that even if there are only few instances when he has been able to change people's lives to better, he will not die in vain. When a woman he and his wife met in Italy shortly after emigrating from the Soviet Union was in a life-threatening condition after

2

she came to the United States, because she needed a kidney transplant, Naum offered his kidney without hesitation. Only because his kidney was not compatible with hers, he was unable to do so, but then he tirelessly looked for a proper donor. Even the woman's husband and her adult daughter were unwilling to offer what Naum offered.

I worked for several companies in the US, but most of my working years I spent at Naum's company Closets Unlimited. Being always driven, Naum was the first to build custom home offices when PCs became available, spacious custom cabinets for garages, home theaters, innovative wall beds, pull-out and fold-out tables, pull-out ironing boards, and many other innovative home-organizational cabinet systems.

When Naum interviewed potential employees for their first job in the United States, if he believed that these individuals could get better pay or growth opportunities elsewhere, he told them "I can hire you right now, but I think you should not accept a job with me and seek a more promising job". Naum sometimes went as far as getting in his car together with the prospective employee and driving around visiting various companies and asking their owners to hire on his recommendation these individuals whose English was insufficient to do it on their own. Most of the time, Naum was successful in convincing business owners to give those people a try, and was later thanked by both employees and employers for doing so. I saw such individual with his wife approach Naum in a restaurant and thank him for not hiring him but instead helping him to get a job with much better growth potential elsewhere.

When I was employed by Naum at Closets Unlimited, Naum had a standing agreement with Silicon Valley Credit Union, in which his company was enrolled, to finance a used car for any person without credit history solely based on Naum's personal guarantee. He also had a standing agreement with a car dealership, Serramonte Nissan, to sell a good used car to any person referred by him at a low Blue Book price. I estimate that he helped almost a hundred new immigrants to buy a good reliable used car at an affordable price through these arrangements. No matter how busy he was, Naum personally helped those people to select the cars and to obtain financing. Everyone who did not take advantage of his help in that regard bought cheap unreliable cars and, after having many problems with them, came back for Naum's help. If any of Naum's employees got in trouble with the law, he personally appeared in court with them, vouched for them, bailed them out, and helped them to stay out of trouble. In some instances, Naum and Irina found out that some of their employees had drug problems and, instead of firing them, sent them to rehab and paid for it.

In mid-to-late 90's, Naum borrowed a lot of money at very high interest rates to save his business. This started as a result of a business dispute with his stepson resulting in Naum's losing a significant part of his night vision business.

In 1999, Naum and Irina filed a lawsuit against a couple of individuals from whom he borrowed money and who started a foreclosure on their house. This lawsuit was going on for several years. In 2003 Naum was no longer able to sustain his businesses due business losses and high debt and closed them down. Shortly thereafter, in summer of 2003, when they won that lawsuit, Naum and Irina told me and my husband that one of the people they sued in that case who lived in Russia was a very dangerous and ruthless person with ties to Russian mob

and made threats to have them killed. Naum and Irina moved out of their house and told us that they lived in motels hiding from that person. We did not see Naum and Irina for several years, and they only contacted us from time to time to let us know that they were alive but still in hiding.

I cannot think of any other brother who would do for his sister's family what he did and still doing for mine. My granddaughter, who was born in the United States, has been diagnosed with several severe neurodevelopmental disorders, including severe Attention Deficit Hyperactivity Disorder (ADHD), combined type; Disruptive Mood Dysregulation Disorder (DMDD); Anxiety Disorder, and Autism Spectrum Disorder, among other things, which she has suffered almost since her birth. It has been determined that she is able to receive appropriate education and treatment only in the most restrictive environment, locked residential facilities because of her mental illness and resulting disruptive behaviors and propensity for elopement, self-harm, and harm of others. Such facilities for children of her age are virtually extinct in California and scarcely available in other states. Only parents who have kids like her understand what our family has been going through for many years. Besides from living with a dysregulated child at home our family is in constant battles with the school district, child protective agency, and insurance company. When my granddaughter's behaviors became extreme in 2014, my daughter, who was a nurse in a hospital and a single mother having the sole custody of her daughter, was no longer able to protect her daughter and achieve a proper placement for her daughter being crushed by the system. She asked Naum for help and in 2015 appointed Naum her daughter's short-term guardian till 2019. Since 2014, Naum has dedicated most of his time and efforts in helping to keep my granddaughter safe and find appropriate placements for her. Her school district attempted to place her so far with well over 30 residential facilities and has been unsuccessful in it. Since 2015, Naum has been able to make possible three placements, one in a special school and two in residential facilities, for my granddaughter when everyone else failed. Now my granddaughter is not receiving any education and any support from the school district and is being in and out psychiatric hospitals and emergency rooms almost every day because of her frequent elopements and harming herself. Her mother is unable to control her and keep her safe. No residential facility is willing to accept her because of her behaviors. Naum is spending most of his time trying to protect her and attain a residential placement for her. Our entire family is totally devastated, and Naum is the only person who keeps our family going.

When I call Naum for help, no matter how busy he is, he will help. And I am not the only one. Friends, other relatives, friends of friends, and strangers value his advice and appreciate a tremendous amount of time and efforts he dedicates to helping them to resolve their problems. Even during the enormously difficult times for him and his wife since he was arrested in August of 2016, Naum has dedicated much of his time and efforts to dealing with my granddaughter's problems, at the expense of his ability to fully prepare for trial.
In 2016, when Naum started having severe stomach problems because of his chronic ulcer and arrhythmia and required emergency hospitalization, Naum was helping us with my granddaughter from the hospital bed in the emergency room.

Unfortunately, throughout the years, in his drive to succeed and solve problems, Naum made a number of reckless decisions, which will follow him through the rest of his life. I witnessed

4

Naum's reckless behaviors demonstrating his lack of self-preservation in both his business decisions and in sports when he was skiing straight downhill on black diamond slopes with mind-boggling speed and, after breaking several ribs, going back to the slopes in less than one month. Naum jumped with parachute, deep scuba-dived, and waterskied at high speeds. I believe that borrowing money at very high interest rates from dangerous people from Russia was his most reckless behavior that led to his current legal troubles. I must say, though, that in the last several years, even before his arrest, Naum has become much more circumspect and considerate of the consequences of his conduct to himself and others.

I just want to tell you, the people who are making a decision about his fate, the following: "I know my brother made some serious missteps in the past and I know he deeply regrets it, but I am sure that his good deeds grossly outweigh the bad ones. My brother has a heart of gold. There are so many people whose lives were changed and enriched by his kindness, readiness to help, and generosity. Please take it into consideration.

Sincerely,

Raisa Solovyova

Polina Beckerson
124 Acacia Court
San Carlos, CA 94070

July 22, 2018

The Honorable Vince Chhabria
U.S. Probation Officer Jill Polish Spitalieri

To The Honorable Vince Chhabria and Ms. Spitalieri,

I am writing on behalf of Naum and Irina Morgovsky. My name is Polina Beckerson. I am a
deputy public defender in Santa Clara County. I am married and have two sons, Sam (8) and
Eliot (6). I live with my family in San Carlos, California.

I understand that Naum and Irina will be sentenced in September. While I do not know
much about their case, I would like to share some of my experiences with them. I have
known the Morgovsky family for almost 30 years. When I arrived in the United States in
1989, my first friend in this country was Naum and Irina's daughter, Patricia. I spent much
of my childhood in their home and they always treated me like their own child.

When my family first came to the United States, I was eight years old, and we did not have
much. I remember that learning a new language and culture was difficult. It quickly became
apparent that my brother and I did not have the clothes and toys the other kids had. Naum
and Irina helped us learn the culture and to feel more comfortable in our new country. They
were generous with their time and resources. I remember one shopping trip that I went on
with Irina and Patricia. When Irina saw how much I liked one particular outfit, she bought it
for me without being asked.  It was my favorite and I wore it until it no longer fit. That was
just one example among many of the thoughtfulness and generosity with which Naum and
Irina treated me when I was young, and which made a huge difference in those first years.

Naum and Irina showed how well multi-generational family homes can work. Irina's parents
always lived in the family house and as a child I remember how great it was to have them
around. They spoke Russian and made sure that we kids did too. Growing up in a house
where children and adults of all ages mixed regularly, and especially during meals, helped me
learn how to communicate outside of my peer group. It taught me the value of family,
especially grandparents. Naum and Irina helped instill these values in their daughter and me.

As Patricia and I became adolescents, and then teenagers, Irina played an important role in
my life. Irina and Patricia have always had a very close relationship. Patricia could confide in
Irina about pretty much anything. Even if Patricia was not going to get what she wanted, she
always talked to her mom. This made a huge impression on me, particularly when I struggled
with my own mother. I turned to Irina often and she treated me like her own daughter. Irina
took me to get my ears pierced and bought me my first lipstick. These memories of Irina
alleviating the awkwardness of those years mean a lot to me.

When I was growing up my family spent a lot of time with the Morgovskys, on weekends and on trips. Naum and Irina introduced us to new activities and places. We went to lakes to have picnics on the beach. Naum taught the kids how to water ski and boogie board. When we started taking trips to Tahoe in the winter, Naum volunteered to take the kids on our first bunny slopes and taught us how to ski. When I was older, Naum took me on my first black diamond slope when none of the other parents wanted to do it. Naum and Irina were there for every birthday party and graduation. They participated in my brother's and my joint Bar and Bat Mitzvah. They got us our first pet cat and taught us how to take care of him.

In short, Naum and Irina Morgovsky were second parents to me. They instilled in their own daughter Patricia the value of family, generosity, education, and hard work, and I heard and learned those lessons too. I spent more time with Naum and Irina than anyone else outside of my own family. All of my memories of great trips, fun activities, and important events involve the Morgovskys. Patricia was like a sister to me growing up, and I still consider her my family.

Recently I have seen Irina cherish and revel in becoming a grandmother. I think it was difficult for Irina to watch her children become adults and move out, but once she became a grandmother to her two grandsons, she began to glow again. She actively participates in their lives and helps care for them. She has taken on the role of grandparent in our cultural tradition by making sure the boys know their history and culture, and the Russian language.

Though people may make mistakes and bad decisions, I believe that they are never as bad as the worst thing they have ever done. Indeed, I hope that when you assess and evaluate everything before you, Naum and Irina's positive effect on my family's and others' lives will shine through. They contributed to my development with their love and support. I cannot imagine acclimating to and assimilating into my new country and community without them, and I cannot imagine having grown up without them as a part of my life.

Sincerely,

Polina Beckerson
650-248-5039

Lisa Sullivan
324 Riesling Street
Cloverdale, CA 95425


July 22, 2018


Re: Naum & Irina Morgovsky


To:  The Honorable Judge Vince Chhabria
     U.S. Probation Officer Jill Polish Spitalieri

My name is Lisa Sullivan, I am a 49 year old wife and mother who relocated to Cloverdale from
San Carlos in 2008.  I am currently unemployed after working for 3.5 years at Cloverdale Market
in my community.  I am now pursuing an exciting career opportunity with a new business which
will be opening in September 2018.

I have known Naum & Irina since 1996 when I began working for them.  They became very
important people in my life who I am thankful to have worked with.  They taught me a lot about
becoming an adult and helped me many times when life got difficult.  When I needed help with
getting an apartment, Naum co-signed and gave me an advance for the deposit needed and
allowed me to make payments.  When I needed a car they did the same.  When I needed advice
they made time for me in their busy schedules.  They were always willing to help anyway they
could, without them I do not know what I would have done.  I worked for them from 1996 to
2003 when I left on maternity leave unfortunately, the company shut down and sadly I was not
able to return to work as I had planned.  I loved working with them and learned so much from
each of them, to this day I think of them as family.  I still believe that if I needed anything they
would be there for me even though we have not had much contact.  I have a lot of love and
respect for both of them and think of them often.

I am aware of the charges Naum & Irina are facing and it saddens me to hear.  I am hoping the
court takes this letter into consideration. Despite the current case I still believe Naum & Irina to
be honorable individuals and good human beings.


Sincerely,

Lisa Sullivan

August 10, 2018

The Honorable Judge Chhabria
US Probation Officer Jill Polish Spitalieri

Re: Naum Morgovsky

My name is Patricia Morgovsky, and I am Naum and Irina Morgovsky's daughter. I am thirty-five years old and recently started a travel concierge and event planning company.

I will start out by telling you that I am a "Daddy's Girl". I love and adore my dad and think the world of him. This doesn't mean that I agree with his actions or condone them, but I also know him better than almost anyone and I know, without a doubt, that he is a truly good man.

As a dad Naum has always been extremely loving and supportive. Regardless of the reason for a phone call, it has always ended with "I love you" before hanging up. "I love you" before bedtime was a norm. I have always felt unwavering love and support from my dad (whom I still call "Daddy" to this day) and have always known that he had my back, without an inkling of doubt. I am my father's daughter in the sense that I am fiercely independent and strong-willed. In my case this has resulted in me living in five different countries, changing careers from one day to the next, and making life decisions that were not always the road most travelled. While I attribute some of my personality to genetics, I firmly believe that my dad's support, regardless of whether or not he agreed with my endeavors, gave me the courage to follow my dreams. Thanks to him, I love where I live, I love my work, and I'm in a healthy and very loving relationship. I know for sure that without his being my rock in life I never would have become the strong and successful woman that I am today.

That being said, he not only gave me strength, but also a strong moral compass. He taught me to be good and to do good, and he lead by example. When I was a child I thought the most normal thing in the world was helping those around you in every which way possible. I witnessed my dad give jobs to a countless number of immigrants. He lent and bought cars, rooms, money, clothes, and much more to those who needed his help. He even convinced several employees to go through drug and alcohol rehab programs (paid for by him) and had jobs waiting for them when they completed them. His selflessness has never had any bounds, to the point of not sleeping or spending time on himself if anyone was in need of his help. Only when I got a bit older did I realize that this was not "normal" – and I greatly loved and respected the fact that he was such a great human being. And while his morals and values might be brought into question considering his crimes, I know him and I know that he never intended to harm anyone. It's just not who he is as a person. And while I hold him responsible for his actions and how they have affected my mom, myself, and my family, I continue to love him and support him in any way I can because I know what a wonderful person he is.

When I was a child and my parents would come home from work, we'd sit down for a family dinner. I remember not wanting to eat certain things, but I'd eat them off my dad's plate

1

because they just seemed to taste better coming from there. I looked up to him then, and despite his serious mistakes, I continue to look up to him for many reasons. I also understand that he needs to pay for those mistakes, as difficult as it might be for me to come to terms with that. However, I also know that he is nearing seventy years old and doesn't have a lifetime ahead of him. My dream is for him to be a grandpa to my kids (something he's always dreamt of – he LOVES kids and has always dreamt of me having them) and to have quality time with his family in his retirement years. I know he feels remorse for his actions and understands that he must answer for them. I know he also feels tremendous guilt for how our family has and continues to suffer due to his actions. However I beg for leniency in his sentence, as he is a good man with a beautiful heart, and has a loving family that needs him by our side.

I thank you in advance.

Kindest regards,

Patricia

Shabnam Samoohi
240 West 73rd Street
Apt 401
New York, NY 10023

7/21/2018

To the Honorable Vince Chhabria and U.S. Probation Officer Jill Polish Spitalieri:

My name is Shabnam Samoohi. I am a friend of Naum Morgovsky's daughter Patricia
Morgovsky and her family. I have known Patricia for over 9 years. Patricia and I met in San
Francisco at a salsa event and have been close friends ever since. I am writing this letter to
describe my interactions with Naum over the last 9 years.

I have visited Patricia Morgovsky and stayed with her and her family several times.
Naum and his wife even offered for me to stay their house twice when Patricia was out of town.
Once, I was traveling with to the bay area when I was still single and more recently a little over a
year ago, I went with my husband and our 23 month old daughter who was less than a year old at
the time.

Naum absolutely adores his daughter Patricia and because we are such good friends he always
lovingly called me his second daughter.  I know he treasures every moment with Patricia and is
looking forward to Patricia having children one day and spending time with them. Naum also
spent quite a lot of time with Irina's grandchildren always reading to them and playing with
them. He always treated them like his own. He was almost as happy as my father when he met
my daughter Arabella a little over a year ago.

I remember fondly one time I was helping a piano player friend of mine promote a show in the
bay area. Naum came to pick us up and showed him around all day because it was his first time
in the bay area. He also brought his grandchildren to the show and said how wonderful it was
that they took a break from the games on their phones to watch the show.

Naum has a wonderful support system with Patricia and his family. I am sure that he feels
remorseful for what he did and would be appreciative of the chance to spend more time with his
family.

I cannot imagine what going to prison would do to Patricia and the rest of his family. He loves
his family so much.

I thank you so much for taking the time to read this letter.

Respectfully,

Shabnam Samoohi

September 29, 2018

The Honorable Vince Chhabria
U.S Probation Officer Jill Polish Spitalieri

Re: Naum and Irina Morgovsky

My name is Galina Yusupov. My home address is 3072 Vichy Avenue, Napa California 94558. I am a naturalized United States citizen. I immigrated to the United States from the Ukraine almost 30 years ago as a refugee. I did not speak English, did not have college education, and had difficulties getting a job. As a result, I was on public assistance for some time, being on welfare. I was fortunate to meet Naum Morgovsky at that time. I met his wife Irina Morgovsky some time later. Naum and Irina had their own business, Closets Unlimited, and had many employees. When Naum learned that I lived on public assistance, he shamed me. He told me that when he came to the United States, also from the Ukraine, he also did not speak English, but never applied for public assistance and from day one chose to wash dishes at a Chinese restaurant rather than taking advantage of the generosity of the American public. He told me that I should do whatever it took to come off public assistance and pursue a meaningful occupation. I took his words to heart and they have guided me until this day. I studied hard, became a licensed real estate agent, and have been successful as such ever since.

From the first days of acquaintance with Naum Morgovsky to this day, he disinterestedly and without fail always assisted not only me and my family, but also many of our friends, relatives, and acquaintances, and friends of my friends, relatives, and acquaintances, most of whom were complete strangers to him. He has always helped everyone who needed help by providing them with any help and advice they needed. Naum lent money to strangers in need and cosigned their purchase of cars and rent of apartments, and Irina gave away clothing and dishes to those in need. Naum and Irina never refused to help me or anybody else. From late 1980s through late 1990s, Naum and Irina gave jobs in their business to virtually hundreds of people, many of whom were new immigrants from many countries and did not speak English or had other problems getting employment, and helped them in many ways to get established in this great country.

Between mid-1990s and early 2000s, Naum and Irina struggled financially and Naum was constantly looking to borrow money to save their business. In late 2003, Naum told me that there was a threat to his and his wife's lives from a Russian mobster and that they moved out of their house and went into hiding. He told me that I was among very few people to whom he confided about the threat and asked me to never give his telephone number to anyone, even his family and friends. When I needed his help, we met at different cafes and he continued to help me and many others over the years. Only about 2010, Naum told me that there was no longer a threat to their lives and they could resume a normal life.

I always knew that I and everyone I knew could count on Naum's and Irina's help and that I could call Naum for help anytime, day and night. Naum is continuing to help me, my family, my friends, and my clients even in these times very difficult and stressful for him and Irina. We all love Naum and Irina for being selfless, warm, wonderful people. To those of you who will read these lines, I wish from the bottom of my heart to have in your life people like Naum and Irina, especially when you need help. The best friend of my childhood, who was also the husband of my sister, dying in the hospital, said the following words: "Thank God for all of you and for the fact that I was lucky to meet a person like Naum Morgovsky in my life's journey!!!" These were his words and reciting these words in the presence of 400 people at his funeral we sent him on his last journey about 5 years ago.

I recently had a heart attack that prevented me from writing this letter earlier. I hope that you will take into consideration Naum's and Irina's good character and their contribution to the society and will pass their sentences with utmost leniency.

Sincerely,

Galina Yusupov

August 8th, 2018

Alexander Melamed, MD
48 Prince Street, Apt 2
Boston MA 02130

To The Honorable Vince Chabbria and U.S. Probation Officer Jill Polish Spitalier,

My name is Alexander Melamed. I am a physician in my final year of medical training at the Massachusetts General Hospital and a Clinical Fellow in Obstetrics, Gynecologic and Reproductive medicine at Harvard Medical School. I am writing in a personal capacity on behalf of Irina Morgovsky and her husband Naum Morgovsky.

After emigrating from the Soviet Union as a small child in 1989, I spent my childhood in San Francisco and the surrounding suburbs. Irina and Naum were, for many years, our closest family friends, and had come to America a decade before us. To my sister and I they were second parents, and their daughter Patricia, who is my age, was our de facto sister. I have been tremendously sad to learn about Irian and Naum's present situation. The crimes of which they stand accused seem completely at odds with the good people I remember from my childhood.

Irina and Naum are central in my best childhood memories. Their home was full of things that I had never seen before coming to America. There was a yard with a basketball hoop, a room with a pool table, and unfamiliar snacks, like juice in pouches that must be punctured with a straw, and cookies from aluminum tins. They were always generous and kind and invited us often.

At some point, our families began a tradition of going out to eat on Friday nights. Irina and Naum took us to restaurants that served food that we had never heard of or imagined: like Indian food and sushi. When I was eight or nine, we went to a restaurant that served escargot, which Naum suggested that I order. All the grownups laughed with disbelief as I made a show of enjoying the snails. It made such an impression on me that, to the considerable bewilderment of the waiter, I tried to order escargot during our next Friday dinner at Round Table Pizza.

In the summer Irina and Naum organized barbeques at the Foster City Lagoon. They took everyone waterskiing. Naum tried to teach me, but as I recall I was better on land, where Naum help teach me to man the grill.

I became a father last October. Naum and Irina are grandparent age now. Their daughter Patricia is trying to become pregnant. If given the chance, Naum and Irina will be doting grandparents, and will bestow the same love and warmth on their grandchild as they bestowed onto Patricia, my sister, and me. I hope very much that this is possible.

Sincerely,

Alexander Melamed, MD

August 7, 2018

Honorable Judge Vince Chhabria
Probation officer Jill Polish Spitalieri

I, Nadezhda Antonova, live at 1099 Fillmore Street Apt. 3L, San Francisco, California 94415. I have known Naum Morgovsky since 2009 because I was caring for his aunt Yeva Beynina who was very old and very ill, until she died in 2011. During that time, I was in constant contact with Naum because he was very dedicated to taking care of his aunt and making her last years as painless as possible. He always immediately responded to her needs and numerous health problems. For many years, I have been suffering from multiple sclerosis. After Naum's aunt died, I have had many problems with administration of the building where I live, including their refusal to allow my son to live with me and care for me. Naum helped me without hesitation to resolve all problems. In all situations when I was only able to cry and wrung my hands in desperation, Naum came and made sure I was treated fairly.

Naum also helped me tremendously with my son. My son Denis, like many children, would not listen to me and made some wrong choices. Naum gained my son's respect and set him on the right path. When my son had problems finding employment, Naum helped him to buy a van and all of the necessary equipment to start a carpet cleaning business, which enabled my son to support himself and help his unemployed sister and her children.

I have had a very hard life all my life and could never count on anyone but myself. Naum has changed that and has proven to be the most decent and compassionate person I have ever met. When I met Naum, my family and I were complete strangers to him, but he always helped me and my family without hesitation. Everybody I have met who knows Naum have described him as a person who helps many people without expecting anything back. I have never heard anybody say a bad word about him.

Since I found out that Naum has serious legal troubles, I have been very distraught and worried about him. I beg the Court in deciding on his sentence to take into account the good deeds Naum has done and is doing for many people.

Nadezhda Antonova

The Honorable Vince Chhabria
U.S. Probation Officer Jill Polish Spitalieri

Lordmark (Mark) Zeino
1507 26th Ave
San Francisco, CA 94122

My name is L. Mark Zeino and I am a US citizen residing in San Francisco since 1985. My wife of 26 years died in April of 2017 at an early age and I live with my 7-year-old daughter.

I was a caregiver for 27 years for my late wife who had a congenital heart disease and was not expected to live beyond her childhood. I have a Ph.D. in Sports Management and am an expert in the financial and economic aspects of sports education and research field. I am a figure skating coach and a former ice skater and ice skating judge with the Ice Skating Institute of America.

Naum Morgovsky and his wife have always been very kind and respectful to me and my late wife and helped us to cater to my wife's needs arising from her disability.

For example, approximately 10 years ago, when Naum learned that we needed to remodel a part of our house to accommodate my wife's needs, on his own initiative he used his access to purchasing cabinetry and special doors which we could not afford, redesigned the section of our house that needed remodeling, ordered the cabinetry and special doors for us at a wholesale cost, brought a very heavy lift needed to do the work, and spent many hours helping us to do the remodeling at no cost to us. At that time I believe he was 57 years old and physically carried heavy cabinets and doors.

For many years, I have witnessed so many good things Naum has done for many people in need, including strangers, on his own initiative without asking anything in return. Over the years, Naum has been very protective of me against discrimination as African-American. He has also helped me tremendously to fight against vicious attempts of my late wife's relatives to take away from me the custody of my daughter who is my life.

I have also witnessed and been told of many instances when Naum hired people who did not speak English and had no job qualifications to help them to establish themselves in the US and come off government assistance.

Since 1995, I feel I am so lucky, blessed and fortunate to have such amazing friend. I am deeply grateful for his friendship and support.

All in all, I believe with all my heart that Naum has been an outstanding member of and a great asset to the community.

I kindly thank this Honorable Court for its thoughtful consideration of Naum's kindness, good character, and contribution to the society in passing a most lenient sentence to him.

Sincerely,

Mark Zeino
August 8, 2018

July 25, 2018

Mr. Igor Sundukovskiy
75 Lyndhurst Dr
San Francisco, CA 94132

The Honorable Judge Vince Chhabria

CC: U.S. Probation Officer Jill Polish Spitalieri

RE: Leniency Request for Naum Morgovsky

Dear Judge Chhabria,

I am writing this letter to ask for leniency for Mr. Naum Morgovsky.

My name is Igor Sundukovskiy. I immigrated to the United States from the USSR in 1991 and I've known Mr. Morgovsky since 1992, when I joined his company, Closets Unlimited. Currently, I am one of the founders and the Chief Operating Officer of Connected Life, Inc., a company that provides network administration services for small and medium size businesses in the San Francisco Bay Area, Los Angeles, Dallas, and New York City. I've held this position since 2008.

I was employed by Mr. Morgovsky for over 10 years until Closets Unlimited went out of business in 2003. During that time Mr. Morgovsky, himself an immigrant, provided support and compassion towards his employees, most of which were newcomers like myself.

He was always available if anyone needed advice or help with settling in the country. He helped people rent apartments by co-signing on rental agreements, and co-signed on car loans and lent money to new immigrants so that they could buy their first cars here.

Mr. Morgovsky often spent time calling schools on behalf of employees who could not express themselves well in English in order to enroll their children. My own son, Misha, was one of those children that he helped.

Perhaps most importantly, he gave his employees an opportunity to get an education by paying for the classes that he felt would benefit their development and career growth. I personally benefited from this generosity having joined Closets Unlimited as an engineer-designer making blueprints. Mr. Morgovskiy paid for my computer design classes, after which I decided to change careers and become an IT professional. Mr. Morgovsky supported my decision by moving me to the position of IT administrator, and later paid for my Windows Network Engineer certification. After I completed the course, he promoted me to the position of a Network Engineer. My work schedule was always made flexible so that my educational goals could be met.

The support and education that I got allowed me to develop my skills and become a leader of my own company. I remain grateful to Mr. Morgovsky for believing in my abilities and giving me an

opportunity to grow professionally, something not every employer would be willing to do. I honestly believe my work experience at Closets Unlimited and Mr. Morgovsky's mentorship and encouragement made it possible for me to succeed in my life.

I'm available to provide more information or answer any questions if needed, and can be reached at (415) 846-8753.

Thank you for your consideration.

Sincerely,

Igor Sundukovskiy

To: The Honorable Vince Chhabria
cc: U.S. Probation Officer
      Jill Polish Spitalieri

When I came to this country I didn't speak English and that made it impossible for me to find a job. Naum Morgovsky gave me my first job in USA and I am still grateful because it made it possible to support my family I worked for Naum Morgovsky's company for many years, he was thoughtful, kind, knowledgeable boss. I was able to come to him with any problems that arise at work and also in my family life and he always spend time to listen to me, to advice, to help with anything he possible can, he was very supportive and kind. Because of Naum Morgovsky I learned new skills that made it possible for me to find job after Closets Unlimited. I am forever grateful to Naum Morgovsky for all the help, support and kindness that I had throughout the years from him. He is exceptionally nice, kind, smart and honest person. And it was a privileage to know him, to work for him. He gave me a start of my life in America and as far as I am concern I saw only good from that person, I always knew that I can come to him with any

problem in my life and he will try
to help me as much as he can. And if
that letter helps him in any way I
will be very grateful and happy.
Because from Naum Morgovsky I
saw only good, helpful and supportive
things. If not for him my life in
America would be much worse and I
would not have that many opportunities
to find work and support my family.

Vladimir Kremnitser
former installer
1950 44th ave., San Francisco,
CA 94116
8-1-18

til: 1·415·759·6356

Irina Kostiovkovskaia
2714 40th Ave
San Francisco, CA 94116

August 1, 2018

To: The Honorable Judge Vince Chhabria,
    U.S. Probation Officer Jill Polish Spitalieri

I am writing on behalf of Naum and Irina Morgovsky. I have known Mr. and Mrs. Morgovsky since 1995, a few years after I arrived to San Francisco as a refugee from the former Soviet Union. Since this time, the Morgovsky family has shown themselves, to me and many others in our small community, to be generous, intelligent and caring individuals. I was shocked to hear of the current legal proceedings and the state of affairs for the Morgovsky family. I am confident these individuals can prove to you expeditiously that they are loyal to their country, community and friends, and are eager to wholeheartedly remedy any mistakes.

As a former employee of Irina Morgovsky and Naum Morgovsky's Closets Unlimited business in the late 1990s, I witnessed many examples of Mr. and Mrs. Morgovsky helping new refugees from the former Soviet Union to get on their feet and survive in a new country. Most refugees arrived with few pieces of clothing and literally a few dollars in their pockets. As in my experience with the Morgovskys not only provided financial support and basic necessities, but also helped train refugees with valuable employment skills so folks could support themselves and "repay" the country that took them in during their time of need. Mr. Naum Morgovsky personally taught me bookkeeping skills and gave me a job. Today, I use these very skills and kind-hearted values in San Francisco working for the Positive Resource Center (PRC) Baker Places, a nonprofit that helps people affected by HIV/AIDS, substance abuse, or mental health issues get the opportunities they deserve by providing a variety of integrated legal, social, and health services.

On another occasion, Mr. Naum Morgovsky went out of his way to assist one of his employees, a legal resident from Mexico, during a time of need. This employee fell upon hard times due to a substance abuse issue and was pulled over while driving under the influence in the middle of the night. It is still amazing to me that this employee decided to call not a relative and community friend, but rather his employer for help, and Mr. Naum Morgovsky did what he always does – he answered the call to help. Mr. Naum Morgovsky went down to the police station and provided the bail bond.

Lastly, in a further example of Mr. and Mrs. Morgovsky's caring nature that strikes close to home, in 2000 my daughter had returned to San Francisco after leaving her first year of college early. She had been taking drugs and my husband and I were highly concerned about her when she had disappeared for a few days. Hearing of this troubling news from my family friend, Mr. and Mrs. Morgovsky took it upon themselves to join the search for my daughter and visited multiple locations. The Morgovskys were incredibly generous with their support and compassion during this time and luckily, my daughter ultimately was surfaced.

It is my hope this letter regarding Mr. and Mrs. Morgovsky will act as a positive and contributing factor for your consideration. Thank you for considering this request for leniency.

Sincerely,

Irina Kostiovkovskaia

To: The Honorable Vince Chhabria
      U.S. Probation Officer Jill Polish Spitalieri
From: Natasha Rabey
        14 Edgewater Place, Larkspur, CA 94939
        Phone: (650) 515-6831


Dear Sir and Madam:

My name is Natasha Rabey. I live and work in the city of Larkspur. By education I am a
mathematician and an IT professional. Since the year 2001, I have been semi-retired. I
currently work as a manager in two low income houses.

I have known Naum Morgovsky for the past 49 years. He became a member of our
family by marrying my cousin Irina.  When Irina and Naum were married, I met his
friends who were all very interesting, educated and well-rounded people.

Naum and Irina immigrated to the United States in 1979 and almost immediately after
that the borders of USSR where closed. Many of those who have begun the process of
immigration and where waiting for the final permission to leave, where left stranded.
Most have already quit their jobs and where not able to get them back due to political
negative stigma towards those who attempted to leave the country. Needless to say
they found themselves in difficult situations: They could not leave the country due to the
closures and going back to their lives became impossible for them. Many of Naum's
friends found themselves in such situations and as a result found it hard to survive
financially. Even though Naum was just starting out in America and did not have a lot of
money to spare, he supported his friends morally and financially.

A few years later the borders opened again and a new wave of immigration from the
former Soviet Union began. Naum's friends finally where able to leave and decided to
come to the Bay Area, as Naum was the only person they knew in the United States. By
that time Naum already started his first business and was able to give his friends work.
As new immigrants this was an amazing opportunity for them. Those that he could not
help with work opportunities he helped financially and morally.

When my family and I arrived in San Francisco, Naum helped us by being our sponsor,
finding us our first apartment, furnishing it and even stocking the fridge. He helped us
buy our first car, put together my first resume and gave me a lot of useful advice in
those first difficult years.

I know Naum Morgovsky as a devoted friend, a loving husband and father. He became
a real father to Irina's son from her first marriage and then when their daughter Patricia
was born he simply adored her. Naum is also very fond of his only sister. When a
granddaughter with a serious illness of the nervous system was born in the family,
Naum helped them financially and morally

All this shows that Naum Morgovsky is a generous, loving person to his family and friends. He always tried to help everyone, never said that it was difficult for him to do it, or that there was simply no time. He found a minute for everyone and if he could not help, he always gave good advice.

In my mind I cannot imagine him as a dangerous criminal and I am sure that he does not pose a danger to the general public. I ask the judge to take into account my opinion when passing Naumu Morgovsky's final verdict. I very much hope that the punishment will not be too harsh and that Naum will not perish in jail without ever seeing his grandson, who is due to be born next year.

God bless you,
Yours faithfully,

Natasha Rabey

July 23, 2018

Nelly Beygel
3685 Market St
San Francisco CA 94131

July 26th, 2018

## RE:  Character Reference for Naum Morgovsky

The Honorable US District Judge Vince Chhabria,
US Probation Officer Jill Polish Spitalieri

My name is Nelly Beygel, I am a married US citizen living in San Francisco since 1990.  I was professionally employed in the software development industry and have recently retired.

I was truly saddened to hear about the case against Naum Morgovsky.

I met Naum in 1990 when we first arrived in California.  He was very well known in the local Russian speaking emigre community, as a person who most people would go to for all kinds of help, and Naum was generous both with his time and money to help people in need.   Although my husband or I never worked for Naum or any of his companies, we knew a lot of immigrants who were given a job in one of his companies and a chance to build a new life in this country.

Our family, like many others we know, were fortunate to get Naum's help in getting our first car, first home and even advice regarding the schools for our son.   Naum always had a big heart for his friends,  he often showed his generosity by organizing events such as trips to the mountains and lakes, sharing his experience and helped us adjust to life in the USA.

Although Naum may have crossed certain legal boundaries, I have witnessed a transformation in Naum from a highly opinionated CEO with a strong personality to a much softer, warmer person, loving father and grandfather in the last decade.

It is my sincere hope that the court takes this letter into consideration, despite the current case, I still believe Naum is an honorable individual, valuable member of community and a good human being.

Nelly Beygel

To:
The Honorable Vince Chhabria
US Probation Office Jill Polish Spitalieri

On behalf of: Naum Morgovsky, residing at 1423 Avondale Rd, Hillsborough, Ca 94010

From:
Lana Vayn, daughter-in-law to Irina Mogrovsky
Software Engineer and now stay home mom
4040 Ibis Point Cir, Boca Raton, Fl 33431


        The very first time I met Naum Morgovsky was when he and his wife Irina Mogrovsky came to our newly purchased home in San Francisco. My husband was away on the business trip and I, with a two year old in my arms, had to move the whole household to a new location. When Naum examined the house, he realized that I had very little closet space to move all of our stuff in to. He and Irina were in the closet business in the past and Naum, seeing my difficult situation, came to the rescue. Without me even asking for help he volunteered and came to my aid. For the next 10 days Naum spend every free moment designing closets, buying materials and physically building out our closet space. It was an arduous task as Naum was working by himself and time was of an essence. Sometimes he would work very late at night and I would ask him to stop and take a break. I saw how tired he was, but he never complained and made sure the project was complete. I was genuinely grateful to him for making my problem his priority.

Throughout the years that I known Naum Morgovsky, I saw him help numerous people with all kinds of problems. No task was too big for him. His doors were always open to people that were in need, be it financial help, emotional support or legal problems..  I heard from others that when Naum had his Closet Unlimited Business he made sure to hire people who were underprivileged and unemployable due to their age, disability or poor English. Being an immigrant himself he knew to well how hard it was to make ends meet when you are in disadvantage.

I remember Naum helping one of our live-in nannies when she was getting a divorce. She was fairly new in US and her English was very poor. It was a very messy situation and she was not on the speaking terms with her husband who wanted to rub her not only of all the money, but also her dignity. Naum came to the rescue by helped her with legal problems, plus assisted her in translating and drafting legal documents. He never asked anything in return, when he helped people, it was out his own convictions.

Naum was always very kind to my kids. They are not his real grandchildren, but they never felt that way. He was happy to see them at the house and there was no limits to how long they could stay. One time my husband Marc and I left on vacation so Naum and Iria moved into our house to take care of the children while we were away. I remember Naum telling us a story about his

aunt who would bring him gifts every time she saw him. He had a found memories of that time and that bond so he made sure to always bring something every time he saw my children. I am very grateful to Naum for treating my kids like his own grandchildren, playing with them, teaching them and taking them on vacations.

Unfortunately, as I know now, Naum has made some grave mistakes in his life which are  too late to take back. I hope that your honor will have mercy when considering the rest of his life as he has done much good to others and is loved by many.  I hope that your honor will consider Naum's family who is devastated at the prospects of having him in jail at his age. We cannot change the past but we can change the future. I hope that your honor will have mercy and give Naum a light sentence so he can still have a chance to live out his life among his family who cares about him a loves him very much.

Thank you
Lana Vayn

7/23/2018

Vayn

The Honorable Vince Chhabria                    07/24/2018

For Naum Morgovsky

We, Yevgeny Guzhavin, 68 years old, Limo Service Driver and Lyudmila Guzhavin, 67 years old, retired. We live at the address: 397 Imperial Way #205 Daly City, CA 94015. The phone number 650-550-4227. We are married for 46 years; we have son Alex Guzhavin, 44 years old and granddaughter 17 years old.

We know Naum Morgovsky since late 60's of the last century. We were very close friends while lived in the Ukraine. We spent a lot of time together and new each other very well.

We immigrated to the United States of America in 1989, ten years later than Naum Morgovsky. He was so helpful; he and his family made for us a huge support in different ways. Naum helped us from the very beginning of our immigration way. Yevgeny's father passed away in Vienna right after we left the Soviet Union. Naum supported us financially and emotionally during that tragic moment in our life. He was the first person whom we saw in the airport.

Naum helped us to learn English; he taught us new different skills in order to find a job. He showed and explained to us different sides of the life here. He was guardian for us to everything: looking for a job; driving the car; renting apartment; he made us familiar with different restaurants and even skiing in the mountains. Besides, it was financial support.

When terrible earthquake happened in October'1989 Naum drove around to check everybody from our family to see if somebody needs help.

A few months after we arrived to US we both started to work in Naum's business.  It was extremely important because it was our first job in the United States. We had to continue learning a lot and getting a new skills. All those were done under Naum's attention and supervision. When we got into car accident Naum arrived there immediately. He helped us with everything needed and gifted his car to us since our car has been damaged totally.

There were a lot of people who immigrated to San Francisco shortly after us, and Naum helped many of them even though they were not as close friends of him as we are.

We can say that the most of things we have been doing during our life in America are based on the knowledge and experience we received from Naum Morgovsky. It's priceless.

We are so grateful for him forever.

Regards, Yevgeny Guzhavin

        Lyudmila Guzhavin

TO: United States District Judge The Honorable Vince Chhabria and
US Probation Officer Jill Polish Spitaliery.

FROM: Alexander Shtromberg 477, 46th Avenue, San Francisco, CA 94121.

RE: Naum and Irina Morgovsky.

August, 03, 2018

Dear Honorable Vince Chhabria and Officer Jill Polish Spitaliery.

I, undersigned Alexander Shtromberg. Assistant Dean for Engineering & Facility at College of
Chemistry, UC Berkeley would like to make the following statements describing  Naum and Irina
Morgovsy's human qualities:

My wife Maya and I met Naum and Irina in summer of 1979 in Ostia Italy. Just like us they were a young
couple with a child, waiting for the refugee visa to United States. The money was obviously extremely
tight for those who left Soviet Union in the late 1970's so the only way to survive was to rent an
apartment together and share daily expenses. We had found immediately that Naum and Irina are honest,
decent and reliable people, and decided to spend the waiting period together, thus helping each other.

It had turned out that we needed substantially more help than they did. Our daughter was only four years
old and my wife Maya with chronic nephritis (she then had two kidney transplants between 1988 and
2002) had no energy to provide the kind of care the child needed at her age and in that difficult period of
our life.
This is when Naum and Irina without hesitation had stepped in. I strongly believe that I alone would not
be able to handle everyday difficulties with ill wife and small child, and successfully arrive to USA in one
piece.
Naum's help and support to my family did not stop there. We met again in San Francisco, where he
helped me to learn to drive a car and to repair it. He also assisted me with putting together a professional
resume, which helped me to land my first engineering job.
I've later learned that I was not alone. Naum helped many other newcomers to acquire a profession and/or
find their first job.

Naum is simply a person who would help anyone who asked for help, before thinking about his own
comfort or convenience.

For years Both Naum and Irina were providing us a support we desperately needed with our child and
during Maya's surgeries.

To the rest of my life I will be grateful to Naum and Irina Morgovsky for helping my family to survive in
1979 Italy, for guiding me and giving me a sense of direction in my professional life.

Thank you in advance for taking the above statements to consideration.

Best Regards,

Alexander Shtromberg

To:   The Honorable Vince Chhabria, US District Judge
      Jill Polish, US Probation Officer


     I know Naum Morgovsky and his wife Irina for over 20 years. As a matter of fact,
Naum gave me a jump-start for a self-reliant life in this great, but then unfamiliar to me
country. He was my first employer, boss and patient guide in American work culture. Since
then, I have acquired a significant experience as an engineer and software developer in a
number of Silicon Valley companies. However, Naum remains a role model for me as a
resourceful and creative entrepreneur and a person with high dignity and sense of fairness.
And above all, during these years, grew my admiration at Naum's readiness to help
everybody who turned to him. As busy as Naum has usually been, at no circumstances
would he fail to find time to give his hand, knowledge and energy to various people who
got into the difficult situations.
     Several years ago, I asked him for an advice with documents preparation in a matter
important for my family. I only hoped for a short conversation, since knew that he was very
busy at that time. However, he invited me to his home and spent several hours until far after
midnight, making sure I would go to my goal the most effective way.
     I am aware of the occasions when people abused Naum's openness and readiness to
help, and paid him with ingratitude. But never has it made him less generous. I am also
lucky to know Irina and enjoy her cheerfulness and hospitality every time I and my wife
meet with this couple.

     I deeply respect Naum and am ready to confirm his high qualities personally. Please,
do not hesitate to contact me by telephone, e-mail, or other way if you have questions.

Sincerely,

                                                              7/23/2018

Arkadiy Yampolskiy,
Principal Software Engineer
at Roche Sequencing Solutions.
Home Address:
371 Bundy Avenue,
San Jose, CA 95117
Home: (408) 246-4951
Cell.: (408) 966-2891
E-mail: Ark.Yamp@gmail.com

To:
The Honorable Vince Chhabria
US Probation Office Jill Polish Spitalieri

On behalf of: Naum Morgovsky residing at 1423 Avondale Rd, Hillsborough, CA 94010

From:
Jason Teplitsky
Managing Partner of Blowfish restaurant group
2170 Bryant st San Francisco CA 94110

I'm writing this letter to ask Your Honor for leniency in the sentencing of Naum Morgovsky. I have known Naum since my early teenage years and have spent a good portion of them growing up in his household. Naum is probably one of the hardest working people, I have ever met. I remember him starting his work day, early in the morning, coming home late from his office and after having a quick bite, working at home, late into the night. All this, in the name of building a better life for his family. Like my family, Naum and his family immigrated to the US from the Soviet Union, with the shirts on their backs and an abundance of hopes and dreams. Later, he realized many of them, for himself and his family, by building a successful custom closet business. It started in his garage and grew into one of the premier closets companies, in the Bay Area, employing over a hundred people. I would not be exaggerating when I say, the majority of the work ethic, that I applied in starting and growing my own business, I learned from Naum. I learned many other business lessons, form him, as well. I remember coming to his home office, in the evenings, and listening to him explain the ins and outs of running a company. Even though he was very tired, from the long day, he would always take the time to answer the questions, which were probably quite silly, at times, of a curious boy. I will always be grateful for the valuable education, I received from him.

I'm not sure how Naum ended up in this predicament. I've always known him to be an honest person. Whatever drove him to make the mistakes, he made at this point of his life, is by no means indicative of how he lived his life and ran his businesses. This I'm sure of. Undoubtedly, I do not possess the knowledge and wisdom, that you have, Your Honor, but I cannot believe that society would be best served by a lengthy incarnation of this man, Naum Morgovsky, at this point in his life. It is my sincere hope, that Your Honor will agree and hand down the lightest sentence possible.

I thank you, profusely, for reading my letter and your consideration.

Kindest Regards,

Jason Teplitsky

Dear Sir/Madam,

We are Vladimir and Faina Belfor, would like to write a letter of support of Irina and Naum Margovsky to vouch for their generosity and character as illustrated by the story that follows.

More than 30 years ago, our family with elderly parents came to San Francisco as refugees from the former USSR. Over twenty years earlier I, Vladimir Belfor, went to university with Naum Morgovsky. We have been friends during that time and have not seen each other for over a decade. When we arrived in San Francisco as refugees, Irina and Naum Morgovsky were the first to meet us at the airport. They took us in and cared and supported us during a very difficult time.

They surrounded our family with warmth and care, spent a lot of time with us helping us adapt to an unfamiliar country. They rented us an apartment, brought the necessary furniture, household items, food, accompanied us to all meetings related to legalization of documents, medical visits.

Shortly after our arrival, Vladimir began working for their company, and later Faina got a job there too.

They showed immeasurable care toward our parents. Vladimir's mother got seriously ill and was diagnosed with cancer shortly after we arrived. During the 2 years of her illness, Irina despite her very busy schedule, took time off work and away from her family to regularly accompany her to all doctor's appointments, helped us get consultation and treatment first at UCSF and later at Stanford Hospital, and was there supporting us and her for her surgeries, chemo and after treatments.

We are eternally grateful to Irina and Naum for their help, support and generosity

If there is any additional information we can provide in support of Irina and Naum, please don't hesitate to contact us at 415.386.5329.


Sincerely,

Faina and Vladimir Belfor

July 24, 2018

To: The Honorable Vince Chhabria

Cc: U.S. Probation Officer Jill Polish Spitalieri

My name is Lyudmila Kollin, I am the niece of Naum Morgovsky.

Naum has always been the patriarch of my extended family. Whenever one of us gets into a jam he is there to guide us out. He spends exorbitant amount of time and skill to see that every member of my family is comfortable and have what he or she needs to survive in this at times crazy world.

There is one example.

My lazy bum ex-husband served me with papers, stating, that I should be present on a hearing before a judge, which will take place the following day, to take away from me a custody of our daughter.  My ex-husband did not want to work and was trying to extort child and spousal support from me.

Naum spent the rest of that day on searching for a lawyer for me and all night interviewing me and writing legal papers to present the lawyer with everything he needed to help me in keeping my daughter. Thanks to him I am not only have a sole custody of my daughter, but owe no spousal support to my ex.

He helped me to buy my first house, found builders to fix it up. He designed and installed closets in my house by himself. He designed my kitchen and paid for many appliances in it, he redesigned my windows and paid for the new ones.

I have a special needs daughter with a lot of neurological and emotional problems. Every year is getting more and more difficult to take care of her. Only people, who have children, like her, know what it means to have such a child at home.  And it's impossible to calculate the tremendous amount of time and efforts he spent and spends on making our and her life easier. It's never ending battles with insurance, school district, child protective agency.

A lawyer, who we are trying to hire now to help us with our battles, wrote to him recently:

"I really admire your tenacity and willingness to fight so hard for so long to get your niece what she needs – I wish you a good luck".

My uncle and his wife are kind, caring, wonderful people and I love them with all my heart.


Sincerely,

    Lyudmila Kollin.

To:
The Honorable Vince Chhabria
US Probation Office Jill Polish Spitalieri

On behalf of: Naum Morgovsky residing at 1423 Avondale Rd, Hillsborough, CA 94010

From:
Jesse Dishart
601 4th Street, #225
San Francisco, CA 94107


Much like Irina, Naum was like a 2nd father to me when I was growing up in my teenage years.  I pretty much "lived" at their house every weekend.  He always instilled in Marc and I on the importance working hard and supporting your family.

Naum worked extremely hard to provide for his family.  He was the American Dream unfolded in real life.  He started a custom closet business in his garage which later grew to a business, at its height, employing ~50-100 people.  This is something I took to heart. If you work hard, you will succeed.

I'm not aware of the specific details of what he did or did not do.  I write to you both today to ask for leniency for Naum because this is his first offense and he is not a danger to society.  Also given his age, a prison term can mean more than just being punished for a few years

Sincerely,

Jesse Dishart