9/27/18

# Peninsula Cardiovascular Specialists, Inc.

Jeffrey J. Guttas, M.D., F.A.C.C.        David A. Kurzrock, M.D., F.A.C.C.

To whom it may concern

Mr Morgovsky

Is being seen by me weekly
proxysmal Atrial fibrillation
rapid rates —
now on medical therapy
following closely
call me if questions

*Jeff*

100 S. San Mateo Drive, Ste. 400 • San Mateo, CA 94401
Telephone: (650) 696-4100 • Fax: (650) 696-4121