## Discussion

Letter prepared for   by:FALK

Letter prepared for   by:FALK

## Plan

Anatomical narrow angle of both eyes|H40.033
Gonio today - borderline occlduable, IOP after dilation wtih minor change only OD (19---23), will monitor for now.
Repeat gonio in 3 months, consider LPI OD first if any worsening.
Signs aond symptoms of acute angle closure discussed.

Age-related nuclear cataract, bilateral|H25.13
R/b of cataract surgery discussed, he wants to think about procedure.
Continue to Monitor
Try Rx before Cat Sx

Hypermetropia of both eyes|H52.03

Bilateral presbyopia|H52.4

Left amblyopia|H53.002
HIgh hypermetropia OS, anisomteropia, likley amblyopia OS (states that vision OS decreased since childhood).
Ok with current glasses.
See above.   created by:Iryna Falkenstein, M.D.

**FOLLOWUP SCHEDULED:**
PLEASE ADD THE FOLLOWING REFERRAL DOCTOR: SVERDLOV, DINA MD ERIKA
Return Visit - 2 months or PRN iop check Gonioscopy

___

Iryna Falkenstein, M.D.          DOCUMENT CREATE DATE: 01/11/2018 12:10:07 PM

Account:27245 MORGOVSKY,NAUM DOB: 9/23/1949 Todays Date:08/15/18 13:28     Exam Date:01/11/2018   Page 3   of 3

# Morgovsky, Naum

MRN: 57329512

**Office Visit** 8/27/2018  Provider: Filer, Robert Stephen, MD (Ophthalmology)
Pacific Eye Specialists  Primary diagnosis: Anatomical narrow angle
Reason for Visit: Glaucoma follow up; Referred by Sverdlov, Dina, MD

## Progress Notes

Filer, Robert Stephen, MD (Physician) • Ophthalmology

Impression: (H40.039) Anatomical narrow angle (primary encounter diagnosis)
(H40.051) Ocular hypertension of right eye
(H25.13) Age-related nuclear cataract of both eyes

Plan: Return in about 6 months (around 2/27/2019) for GLAUCOMA, FOLLOW UP, VF, SDP. Warning signs and symptoms of retinal detachment discussed at length with the patient. The patient knows to call immediately in the event of any new signs or symptoms. No outpatient prescriptions have been marked as taking for the 8/27/18 encounter (Office Visit) with Filer, Robert Stephen, MD.

## HPI

Follow up patient with history of ? Narrow angles here for recheck. Patient with no new ophthalmic complaints at present.
Last edited by Filer, Robert Stephen, MD on 9/17/2018 12:17 PM. (History)

## ROS

Negative for: Constitutional, Gastrointestinal, Neurological, Skin, Genitourinary, Musculoskeletal, HENT, Endocrine, Cardiovascular, Eyes, Respiratory, Psychiatric, Allergic/Imm, Heme/Lymph
Last edited by Filer, Robert Stephen, MD on 9/17/2018 12:17 PM. (History)

## Base Eye Exam

### Visual Acuity (Snellen - Linear)

|         | Right | Left  |
|---------|-------|-------|
| Dist cc | 20/25 | 20/30 |

### Tonometry (Applanation, 9:25 AM)

|          | Right | Left |
|----------|-------|------|
| Pressure | 22    | 19   |

### Pachymetry (9/17/2018)

|           | Right | Left |
|-----------|-------|------|
| Thickness | 561   | 581  |

### Gonioscopy

|          | Right   | Left    |
|----------|---------|---------|
| Temporal | Grade 2 | Grade 2 |
| Nasal    | Grade 3 | Grade 3 |
| Superior | Grade 3 | Grade 3 |
| Inferior | Grade 3 | Grade 3 |

Slightly steep approach OU

### Pupils

|       | Pupils | APD  |
|-------|--------|------|
| Right | PERRL  | None |
| Left  | PERRL  | None |

### Extraocular Movement

| Right | Left |
|-------|------|
| Full  | Full |

### Neuro/Psych

Oriented x3: Yes
Mood/Affect: Normal

Printed by Filer, Robert Stephen, MD at 9/17/18 12:24 PM        Page 1 of 2

Edited by: Filer, Robert Stephen, MD

## Slit Lamp and Fundus Exam

### External Exam

|  | Right | Left |
|---|---|---|
| External | Brow ptosis | Brow ptosis |

### Slit Lamp Exam

|  | Right | Left |
|---|---|---|
| Lids/Lashes | Dermatochalasis | Dermatochalasis |
| Conjunctiva/Sclera | Pinguecula | Pinguecula |
| Cornea | Anterior basement membrane dystrophy superiorly OD>OS, Arcus senilis | Anterior basement membrane dystrophy superiorly OD>OS, Arcus senilis |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive | Round and reactive |
| Lens | 3+ Nuclear sclerosis centrally | 3+ Nuclear sclerosis centrally |

Edited by: Filer, Robert Stephen, MD

## Instructions

Return in about 6 months (around 2/27/2019) for GLAUCOMA, FOLLOW UP, VF, SDP.

Return in about 6 months (around 2/27/2019) for GLAUCOMA, FOLLOW UP, VF, SDP. Patient with minimally narrowed angles with likely phacomorphic component. No indication at this point for PI's. Will recheck in 6 months, earlier PRN.

## Additional Documentation

Encounter Info:   Billing Info, History, Allergies, Detailed Report

## Orders Placed

PR US CORNEAL PACHYMETRY
PR SPECIAL EYE EVAL GONIOSCOPY

## Medication Changes

As of 9/17/2018 12:16 PM

None

## Visit Diagnoses

Anatomical narrow angle H40.039
Ocular hypertension of right eye H40.051
Age-related nuclear cataract of both eyes H25.13