1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  COLIN SAMPSON (CABN 249784)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7020
7      FAX: (415) 436-7009
       Email: colin.sampson@usdoj.gov

8

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 16-411 VC |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| NAUM MORGOVSKY, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Counts One, Two, Three, and Four of the First Superseding Indictment (ECF No. 67) as to defendant Naum Morgovsky.

DATED: February 26, 2022

                                              Respectfully submitted,

                                              STEPHANIE M. HINDS
                                              United States Attorney

                                              *Thomas A. Colthurst*

                                              THOMAS A. COLTHURST
                                              Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 16-411 VC_____                                                                                   v. 8/4/2021

1  Leave is granted to the government to dismiss Counts One, Two, Three, and Four of the First
2  Superseding Indictment (ECF No. 67) against Naum Morgovsky.
3
4
5  Date: _____
6                                                    _____
                                                     HON. VINCE CHHABRIA
                                                     United States District Judge